JASON K. SINGLETON (SBN 166170)
RICHARD E. GRABOWSKI (SBN 236207)
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
Telephone: (707) 441-1177
Facsimile: 441-1533
lawgroup@sbcglobal.net

Attorneys for plaintiff Ritchie Philips, dba R&D Computers

STUART C. CLARK (SBN 124152)
CHRISTINE S. WATSON (SBN 218006)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444
Email: clark@carrferrell.com
Email: cwatson@carrferrell.com

Attorneys for defendants Netblue, Inc.,
Kenneth Chan, Scott Rewick, Derek Pilch, and
Frederick Harman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITCHIE PHILLIPS, dba R&D COMPUTERS, <br><br>Plaintiff, <br><br>v. <br><br>NETBLUE, INC., YFDIRECT, LTD., KENNETH CHEN aka KENNETH CHEN, SCOTT REWICK, DEREK PILCH, FREDERICK HARMAN, and DOES 1 through 50 inclusive, <br><br>Defendants. | CASE NO. 3:05-cv-04401-SC (EDL) <br><br>STIPULATION FOR DISMISSAL OF ACTION AND CLAIMS AS TO DEFENDANT FREDRIC HARMAN |

WHEREAS:

    A.    Plaintiff and defendant Fredric Harman ("Harman") have entered into a

---

Stipulation Dismissing Action As To Defendant Harman – 3:05-cv-04401-SC (EDL)

settlement agreement (the "Settlement Agreement") pursuant to which, among other things, plaintiff has agreed to dismiss this action as to Harman; and,

B.   It is a term of the Settlement Agreement that the parties shall through their counsel stipulate to the with prejudice dismissal of all claims against Harman:

NOW THEREFORE, IT IS HEREBY STIPULATED by and between plaintiff Ritchie Phillips and defendant Fredric Harman, through their respective counsel, that:

1.   Plaintiff's action and all of his claims against Harman are dismissed with prejudice; and,

2.   Each party will bear its/his own costs and attorneys' fees.

Dated: August 30, 2006            SINGLETON LAW GROUP

By: _____
JASON K. SINGLETON
RICHARD E. GRABOWSKI
Attorneys for plaintiff Ritchie Phillips dba R&D Computers

Dated: August 29, 2006            CARR & FERRELL LLP

By: _____
STUART C. CLARK
CHRISTINE S. WATSON
Attorneys for defendants Netblue, Inc., Kenneth Chan, Scott Rewick, Derek Pilch, and Frederick Harman

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: August       , 2006        _____
HON.
United States

*IT IS SO ORDERED — Judge Samuel Conti*

Stipulation Dismissing Action As To Defendant Harman – 3:05-cv-04401-SC (EDL)