STUART C. CLARK (SBN 124152)
CHRISTINE S. WATSON (SBN 218006)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone: (650) 812-3400
Facsimile: (650) 812-3444
Email: clark@carrferrell.com
Email: cwatson@carrferrell.com

Attorneys for defendants Netblue, Inc.,
Kenneth Chan, Scott Rewick, Derek Pilch, and
Fredric Harman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITCHIE PHILLIPS, dba R&D COMPUTERS, | CASE NO. 3:05-cv-04401-SC (EDL) |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL |
| NETBLUE, INC., YFDIRECT, LTD., KENNETH CHEN aka KENNETH CHEN, SCOTT REWICK, DEREK PILCH, FREDERICK HARMAN, and DOES 1 through 50 inclusive, | |
| Defendants. | |

Having considered the submissions of counsel for Netblue, Inc., Kenneth Chan, Scott Rewick, Derek Pilch, and Fredric Harman ("Defendants") and counsel for Ritchie Phillips, dba R&D Computers, and good cause having been shown,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED, and that Defendants shall file under seal Exhibits A, B, D, and E to the Declaration of Christine S. Watson in support of Defendants' Motion for Summary Judgment.

Dated: September 11, 2006

_____
HON.
United
*IT IS SO ORDERED*
*Judge Samuel Conti*

-1-