STUART C. CLARK (SBN 124152)
CHRISTINE S. WATSON (SBN 218006)
CARR & FERRELL LLP
2200 Geng Road
Palo Alto, California 94303
Telephone:  (650) 812-3400
Facsimile:   (650) 812-3444
clark@carrferrell.com
cwatson@carrferrell.com

Attorneys for Defendants
Netblue, Inc., Kenneth Chan,
Scott Rewick, and Derek Pilch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITCHIE PHILLIPS, dba R&D COMPUTERS, <br><br>Plaintiff, <br><br>v. <br><br>NETBLUE, INC., YFDIRECT, LTD., KENNETH CHEN aka KENNETH CHEN, SCOTT REWICK, DEREK PILCH, FREDERICK HARMAN, and DOES 1 through 50 inclusive, <br><br>Defendants. | CASE NO. C05-4401-SC (EDL) <br><br>NOTICE OF MOTION AND MOTION BY NETBLUE, INC. TO COMPEL PRODUCTION OF DOCUMENTS <br><br>Date:         October 10, 2006 <br>Time:        2:00 p.m. <br>Dept.:        Courtroom E, 15th Floor <br>Judge:       Hon. Elizabeth D. Laporte |

PLEASE TAKE NOTICE THAT on October 10, 2006, at 2:00 p.m., or as soon thereafter as the matter may be heard, Defendants Netblue, Inc., Kenneth Chan, Scott Rewick, and Derek Pilch ("Defendants") will move under Federal Rule of Civil Procedure 37(a) for an order compelling plaintiff Ritchie Phillips d/b/a R&D Computers ("Plaintiff") to respond to and to supplement its responses to certain document production requests.

The motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the declaration of Christine S. Watson, the pleadings and papers on file, and any argument and documentary or testimonial evidence as may be permitted at the hearing on this matter.

1   Defendants bring this motion to compel on the grounds that the production requests
2 propounded in Defendants' Fourth Request for Production of Documents, which Plaintiff has
3 refused to respond to, are all related to information relevant to the claims and defenses in this
4 action.  In addition, Defendants request that Plaintiff supplement its Response to Defendants'
5 Request for Production of Documents, Request No. 1, to include original versions of the e-mails
6 previously produced.  Finally, Defendants seek an order compelling Plaintiff to modify its
7 designation of certain e-mail messages produced by Plaintiff in its Response to Defendants'
8 Request for Production of Documents, Request No. 1, as "Highly Confidential – Attorneys' Eyes
9 Only" to allow certain individuals limited access to the e-mails in order for Defendants to be able to
10 adequately prepare their defense.
11   Pursuant to Fed.R.Civ.P. 37 and Local Rule 37-1(a), this motion is made following various
12 telephonic meet-and-confer discussions between counsel and the exchange of correspondence
13 between counsel beginning in September 2005 through the date of the filing of this motion.

Respectfully submitted,

Dated:  September 25, 2006            CARR & FERRELL LLP


By: _____
STUART C. CLARK
CHRISTINE S. WATSON

Attorneys for Defendants
Netblue, Inc., Kenneth Chan,
Scott Renwick and Derek Pilch