UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITCHIE PHILLIPS, dba R&D COMPUTERS,<br><br>Plaintiff,<br><br>v.<br><br>NETBLUE, INC., formerly known as YFDIRECT, INC., et al.,<br><br>Defendants. | No. C-05-4401 SC<br><br>ORDER DENYING ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL |

Having considered the Administrative Motion of Plaintiff for an order permitting the filing under seal of the Declaration of Jason K. Singleton with four attached exhibits and the Declaration of Richard E. Grabowski with sixteen attached exhibits and no good cause having been shown, IT IS HEREBY ORDERED that Plaintiff's Motion is DENIED.

Pursuant to Section 5.1 of the Stipulated Protective Order, each party must designate only those materials which qualify under the appropriate standards.  Plaintiff has failed to meet this burden.

IT IS SO ORDERED.

Dated: September 26, 2006

_____
UNITED STATES DISTRICT JUDGE