# Affiliate Agreement
# Netblue, Inc.
# Effective April 2nd, 2006

The following terms and conditions (the "Agreement") by and between Netblue, Inc. ("Netblue") and its affiliate service providers, govern the use of the Netblue website (hereinafter the "Site"), and advertising programs sponsored by Netblue or Netblue's subsidiaries ("Programs"). Affiliate agrees to use the Site, participate in any Programs offered by Netblue, and use any additional services offered by Netblue only in accordance with the terms and conditions of this Agreement.

## 1. Application Process for Approval of Affiliates.

*1.1*   *Application Process.* All website operators, newsletter operators, e-mail distribution lists owners, contextual (adware) media operators, and search affiliates, companies, or individuals desiring to participate in any Netblue programs must be officially approved by Netblue before they can become an Affiliate and use the programs and services of Netblue. A potential affiliate must be approved for each category of activity for which it desires to operate as an affiliate of Netblue. No potential Affiliate shall be considered an Affiliate until such time as the potential Affiliate applies to become an Affiliate of Netblue in accordance with the application procedures specified by Netblue from time-to-time and has been approved by Netblue as an Affiliate for a particular type of activity.

*1.2*   *Approval of Affiliates.*   The Affiliate process is highly subjective and Netblue reserves the right to withhold or refuse approval of active Affiliate status, and/or payment to any Affiliate for any reason, whatsoever. Netblue may also revoke the approval of any Affiliate at any time. Applying to become an Affiliate with Netblue does not make an applicant an Affiliate. Only written approval by Netblue shall make an applicant an Affiliate. Only when an applicant has met all of the requirements set forth in this Agreement and by Netblue, and has been officially approved in writing by Netblue, will an applicant be considered an "Affiliate."   Only approved Affiliates may participate in Programs (as defined below) made available by Netblue on behalf of Netblue or Netblue's clients (the "Advertisers").

*1.3*   *Approval of Sub-Affiliates.* From time-to-time, certain Affiliates may desire to use their business partners and associates to fulfill the obligations or exercise the rights under a particular Program. For the purposes of this section, any business partners or associates of Affiliate that participate in or performs any activities for Affiliate as part of a Program shall be deemed to be a "Sub-Affiliate." Netblue reserves the right to review and approve or reject any and all Sub-Affiliates used by Affiliate hereunder. All Sub-Affiliates must meet the same criteria for approval as the Affiliate as set forth in this Agreement. Affiliate shall fully and unconditionally indemnify Netblue for any and all actions of any Sub-Affiliate, including payment of legal fees and costs if necessary. Netblue reserves the right to withhold or refuse approval of active Sub-Affiliate status for any reason whatsoever. Netblue may revoke the approval of any Sub-Affiliate at any time. Netblue may revoke the approval of any Affiliate at any time based on the actions of that Affiliate's Sub-Affiliates. Once a Sub-Affiliate has been officially approved by Netblue, references to the Affiliate shall include that Affiliate's approved Sub-Affiliates. Netblue reserves the right to withhold or refuse approval of any Sub-Affiliate for any reason whatsoever. Netblue further reserves the right to withhold or refuse payment to any Sub-Affiliate for any reason whatsoever. Netblue further reserves the right to withhold or refuse payment to any Affiliate should its Sub-Affiliates breach this Agreement.

## 2. Eligibility Requirements

*2.1*   *Minimum Eligibility Requirements.* All Affiliates must meet the minimum eligibility requirements set forth by Netblue. In order to be eligible to become an Affiliate, all Affiliates must demonstrate to Netblue that the Affiliates, and their Sub-Affiliates, meet Netblue's requirements specified in this Agreement.

*2.2*   *Corporate Proofing.*   Those desiring approval to become Affiliates shall demonstrate evidence (acceptable to Netblue, in its sole discretion) of incorporation or other proof of a formal corporate structure

or, if an individual or sole proprietorship, shall demonstrate evidence of economic viability. Furthermore, all Affiliates shall provide documentation of a working and active business phone(s), a valid business address, and a working e-mail address that is regularly checked and maintained by an employee or representative of the Affiliate. Netblue has the right to terminate any Affiliate account if the Affiliate is not domiciled in the United States of America and is not in good standing with the state or government agencies associated with the state in which Affiliate is domiciled.

3.   **Responsibilities of Affiliates Generally**

*3.1   Compliance.* The Affiliate represents and warrants that the Affiliate owns or has the legal right to use and distribute all content, copyrighted material, trademarks, products, or services displayed on the Affiliate's websites, affiliated websites, e-mail distribution lists, contextual (adware) media, and search affiliates (collectively the "Media") and that during the term of this Agreement, the Affiliate, its Sub-Affiliates, and the Media, shall: (a) not infringe or dilute the intellectual property rights of others; (b) comply with all other applicable local, state, federal and international laws and regulations (including, if applicable but without limitation, the Controlling the Assault of Non-Solicited Pornography and Marketing Act of 2003 (the "CAN-SPAM Act") and the Child Online Protection Act); (c) not contain content or links to any material that Netblue, in its sole and absolute discretion, finds objectionable; and (d) not directly or indirectly include or result in:

   (a) Racial, ethnic, political, hate-mongering, pornography, explicit sexual images, nudity, or otherwise objectionable or illegal content;

   (b) Business opportunities or investments which are not permitted under law; deceitful, misleading or other unfair trade practices; phishing; or other fraudulent or unlawful practices;

   (c) Gratuitous violence or profanity;

   (d) Material that defames, abuses, or threatens physical harm to others;

   (e) Promotion of illegal substances or activities such as illegal online gambling, how to build a bomb, counterfeiting money, etc.;

   (f) Making available pirated software (e.g., Warez);

   (g) Hacking or Phreaking;

   (h) Spamming, indiscriminate advertising or unsolicited commercial e-mail;

   (i) Obscenity and any spoofing, redirecting, or trafficking from adult-related websites in an effort to gain traffic;

   (j) Content that is illegal or promotes illegal activities; or

   (k) Use of the Site and Netblue's data in any manner other than what is specifically contemplated in this Agreement.

Without limiting any other provision of this Agreement, Affiliate agrees that failure to strictly abide by the terms of this section would result in significant damages to Netblue or Advertisers and Affiliate agrees to indemnify Netblue and/or Advertisers, and compensate Netblue and/or Advertisers for any such damages resulting there from, including attorneys' fees and legal costs.

*3.2   Prohibited Activities.* After acceptance and approval of Affiliates by Netblue, unless authorized by Netblue in writing, Affiliates may not engage in any of the following activity as means to enhance or affect the performance of any Netblue Program: (a) directly or indirectly offer any person or entity any consideration or incentive (including, without limitation, payment of money (including any rebate), or granting of any discount or other benefit) for participating in the Program (e.g., by implementing an additional "rewards" program for persons or entities who use special links on Affiliate's site to access the Netblue's offers); (b) read, intercept, record, redirect, interpret or automatically fill in the entire contents of

any electronic form or other materials submitted to us by any person or entity without express user consent and confirmation thereof; (c) take any action that could reasonably cause any customer confusion as to Netblue's relationship with Affiliate; or (d) attempt to intercept or re-direct (including, without limitation, via user-installed software) traffic from or on, or divert referral fees from, any web site that participates in the Program. If Netblue determines, in its sole discretion, that Affiliate has engaged in any of the foregoing activities, Netblue may, without waiving any other legal actions it may be entitled to, withhold any fees or monies due or otherwise payable to Affiliate under this Agreement and/or terminate this Agreement.

**3.3    Direct Performance Based Advertising.** Affiliate represents and warrants that during the term of this Agreement, Affiliate shall not participate in any performance based advertising relationship directly with any Advertiser within Netblue's network, unless a previously existing business relationship between Advertiser and Affiliate prior to entering into this Agreement can be demonstrated to the reasonable satisfaction of Netblue. In this connection, both parties agree and acknowledge that if Affiliate violates its obligations under this section, Netblue, in addition to any and all legal remedies it may have at its disposal, shall be entitled to seek reimbursement from Affiliate of all monies paid by Netblue to Affiliate under this Agreement.

**4.    Affiliate Categories and Specific Responsibilities.**

Each Affiliate may participate in activities that can be classified into the following categories, as defined below: (a) websites, (b) e-mail publishers, (c) contextual / adware providers, and (d) search affiliates. An Affiliate must be approved for each category by Netblue. Affiliates may participate in more than one of the categories described herein. The requirements for each type of activity may differ. Accordingly, each Affiliate must adhere to the applicable guidelines for the respective types of activities in which Affiliate may engage.

**5.    Website Affiliates**

**5.1    Website content.** For each Affiliate website or email correspondence sent pursuant to the Program, each website Affiliate agrees that its website or email content shall:

- (a) be professionally designed and fully functional at all levels, with substantial content, and shall not have broken links or pages under construction;

- (b) be written primarily in the English language and be of U.S. traffic only;

- (c) not have content that consists solely of a list of links or advertisements;

- (d) have a top-level domain name other than .mil, .edu, or .gov.

- (e) not automatically download programs onto viewers' computers without each viewer's express consent, which shall be obtained prior to any computer program installation on the viewers' computer,

- (f) not contain any false or misleading links.

- (g) not frame any pages of Netblue Sites or pop any pages of Netblue Sites that are not intended to pop;

- (h) not deep link into a Netblue website, without Netblue's prior written permission;

- (i) Not offer incentives to users to click on ads; incentives include, but are not limited to, awarding users cash, points, prizes, contest entries, etc., to click on ads and/or links.

- (j) Not spawn process pop-ups and exit pop-ups.

- (k) Not contain any adult content nor link from or to any adult materials including but not limited to:

1. Any explicit, vulgar or obscene language;

2. Post or reference sexually explicit images or other offensive content;

3. Promote adult services, such as phone sex or escort services; or

4. Content that is otherwise in violation of the law.

(j) infringe on any personal, intellectual property or copyrights nor include:

1. Racial, ethnic, political, hate-mongering, pornography, explicit sexual images, nudity, or otherwise objectionable or illegal content;

2. Business opportunities or investments which are not permitted under law; deceitful, misleading or other unfair trade practices; phishing or other fraudulent or unlawful practices;

3. Gratuitous violence or profanity;

4. Material that defames, abuses, or threatens physical harm to others;

5. Promotion of illegal substances or activities such as illegal online gambling, how to build a bomb, counterfeiting money, etc.;

6. Pirated software (e.g., Warez, Hotline);

7. Hacking or Phreaking;

8. Spamming, indiscriminate advertising or unsolicited commercial e-mail;

9. Obscenity and any spoofing, redirecting, or trafficking from adult-related websites in an effort to gain traffic;

10. Content that is illegal or promotes illegal activities;

11. Any spoofing, redirecting, or trafficking from adult related websites in an effort to obtain or increase traffic;

12. Any reference to liquor, alcohol, tobacco, pornography, lotteries, firearms or ammunition; or

13. links to affiliate networks.

**5.2** *Website approval.* Each website Affiliate further agrees that the determination of whether Affiliate's website meets the above requirements remains in Netblue's sole opinion and any approval of a website Affiliate is in Netblue's sole discretion.

6. **E-mail Publisher Affiliate**

**6.1** *E-mail Requirements.* Each e-mail publisher Affiliate (and all of its Sub-Affiliates) shall:

(a) have permission based opt-in databases with functional unsubscribe mechanisms for e-mail advertisements;

(b) explain and provide examples of the mechanisms that it and its Sub-Affiliates use (historically and currently) to obtain and build its list of subscribers and their use of such data (including e-mail addresses, any personally identifiable information (PII) and other relevant data);

(c) provide to Netblue the following items related to any e-mail address in Affiliate's list(s) within 24 hours of request, including Sub-Affiliate list(s): (i) Date/Time Stamp of original opt-in registration, or Date/Time stamp related to when name is received if part of a data deal; (ii) IP address; and (iii) Source URL;

(d) demonstrate the mechanisms available to users to unsubscribe from marketing messages from : (i) Affiliate's e-mail list(s). Sub-Affiliate list(s); and (ii) the advertiser promoted in Affiliate and Sub-Affiliate e-mails, which mechanisms shall be enabled and working for 30 days or more from the date the email was originally sent.

(e) seed its list(s), including Sub-Affiliate list(s), with **xxxxx@Netblue.com** so that Netblue may ensure: (i) correct and accurate Header/Footer (company name, address, phone number, etc.) is used; (ii) approved FROM and SUBJECT lines are used; (iii) creative/copy is current and approved for use; (iv) offer links are functioning and direct to the correct landing page; (v) there are functioning unsubscribe mechanisms for the e-mail list and the advertiser; and (vi) Netblue offers are distributed only to approved e-mail lists;

(f) fully cooperate with Netblue to resolve any e-mail complaints or unsubscribe requests within 24 hours of notification;

(g) Provide a valid, working unsubscribe link that will remove all email addresses from requesting users from Affiliate's email lists within two business days, and maintain accurate, up-to-date records of all such requests. Affiliate will immediately forward copies of all such unsubscribe requests to Netblue, and verify in writing to Netblue that said email addresses have been removed accordingly;

(h) Upon notice from Netblue requesting that Affiliate terminate e-mail solicitations of one or more of Netblue's advertisements or Programs, Affiliate and Sub-Affiliates shall immediately stop sending any e-mail solicitations promoting such Netblue advertisements;

(i) Ensure that Netblue suppression lists are properly handled and applied to all mailings that contain Netblue offers;

(j) Register with Netblue the IP address and domains used for delivery of Netblue offers prior to the mailing; and

(k) not frame any pages of Netblue Sites or pop any pages of Netblue Sites that are not intended to pop.

**6.2   SPAM.**   Should Affiliate, or any of its Sub-Affiliates, appear on any negative listing by a spam advocacy group (e.g., Spamhaus, Spamcop, etc.), then Netblue shall be entitled to terminate this Agreement immediately and withhold any payment due by Netblue and hold such against any potential damages to Netblue there from.

**6.3   E-mail Compliance.**   Each E-mail Affiliate represents and warrants that it shall (and shall cause its Sub-Affiliates to):

(a) Not falsify or display erroneous e-mail header information (including, without limitation, source, destination, IP address, and routing information);

(b) Refrain from seeking or obtaining unauthorized access to computers for the purposes of sending commercial e-mail;

(c) Not be sent for the purpose (but not necessarily the sole purpose) of harvesting the email addresses in order to send future unsolicited e-mails;

(d) Include within any e-mail sent: a valid street address of Affiliate, a clear and conspicuous identification that any e-mail message is an advertisement or solicitation, and a functioning opt-out notice that is clear and conspicuous;

(e) Comply with all legal obligations with respect to opting out or unsubscribing consumers from Affiliate's e-mail mailing lists, as well as Advertiser's e-mail list if applicable within two days or less of receipt of an unsubscribe request. Affiliate must also maintain electronically or tangible records evidencing the removal of such e-mails from its list for verification by Netblue as required or requested. This includes all delete lists and Suppression Lists (as defined below) sent by Netblue via e-mail;

(f) Use only Netblue's previously approved subject lines and from lines. If permitted to use a subject line or from line other than those provided and approved by Netblue, Affiliate shall not use any subject or from line that is materially false or misleading, or use subject lines that are ambiguous as to the content of the e-mail;

(g) Regularly scrub its database against any opt-out or unsubscribe list provided by Netblue (the "Suppression List") and shall not at any time send any commercial e-mails to any individuals on the Suppression List, to the extent that Netblue provides an opt-out or unsubscribe list to Affiliate in connection with any Program. Each Suppression List, and all versions thereof, shall be considered Confidential Information at all times and the proprietary property of Netblue;

(h) Not use the Suppression List in any manner other than for the purpose contemplated by clause (g) above, and Affiliate shall not obtain any ownership interest or rights in and to any Suppression List hereunder. Affiliate shall only be licensed to use such as necessary to perform its obligations pursuant to this Agreement;

(i) Immediately alert Netblue in the event that any litigation or investigation ensues concerning Affiliate's or its Sub-Affiliates' e-mail practices (regardless of whether such litigation relates to Affiliate's relationship with Netblue);

(j) Not use Netblue or its Advertisers' names (including any abbreviations thereof), or any trademark, trade name, service mark, logo or other Netblue and Advertiser identifying information in the originating or return e-mail address line, header or subject line of any e-mail transmission;

(k) Ensure that all e-mails are in compliance with local, federal and international laws, rules and regulations; and

(l) Comply with Netblue's email Affiliate polices and procedures provided by Netblue to Affiliate from time-to-time.

**6.4    Test E-mail.**   Netblue reserves the right to request a test e-mail that must be approved by Netblue before deployment. Netblue also reserves the right to use all measures necessary to ensure Affiliate and its Sub-Affiliates are in compliance with this Agreement.

**7.      Contextual / Adware Affiliates.**

Each Contextual / Adware Affiliate represents and warrants that it shall:

(a) Utilize clear and accurate opt-in processes for all downloads of its applications;

(b) Implement a complete and working uninstall process in all of its applications that is clear to users, easy to use, and which completely removes all of Affiliate's applications;

(c) not frame any pages of Netblue Sites or pop any pages of Netblue Sites that are not intended to pop;

(d) Not take any action that would violate any law or regulation governing the use and deployment of contextual/adware software and/or services; and

(e) Comply with Netblue's contextual/Adware polices and procedures provided by Netblue to Affiliate from time-to-time.

8. Search Affiliates

*8.1* **Content.** Netblue must approve in writing **ALL** content, including copy and layout before it is posted or sent by an Affiliate. Each Search Affiliate shall submit to Netblue all such content for prior approval. Once Netblue has received such content, including all websites, content, images, URL's and other materials required to be reviewed, Netblue will review and will provide the Affiliate with any necessary edits and changes to such materials as soon as practicable and usually within two (2) business days of their receipt. After any such edits and changes have been made the Affiliate will resubmit such material to Netblue for final approval. Only after Netblue has given final approval to the Affiliate may they insert unique links and begin generating sales or leads for the client. Each Search Affiliate agrees that should Netblue request any changes after the campaign is live, it will implement changes as soon as practicable once requested by Netblue and in any event within two (2) business days of said request.

*8.2* **Search Terms.** Upon request by Netblue, each Search Affiliate shall submit to Netblue for approval the search terms, URL's and search advertising copy creative that will be used to market the website on search engines or elsewhere on the internet before any such items are used by the Affiliate.

*8.3* **Leads.** Each Search Affiliate shall not generate sales or leads with unapproved domain names or client text and/or images. All changes to domain names and client related text/images must be approved by Netblue in writing prior to implantation.

*8.4* **Search Methods.** Each Search Affiliate agrees not to engage in methods that are considered inappropriate by search engines, for example: spam, cloaking, link farms, hidden text, keyword stuffing, spidering leads from chatrooms, guestbooks, and IRC channels, etc. Netblue has the right to withhold payment for any sales or leads generated using inappropriate methods.

9. **Use of the Netblue Site.**

The Netblue Site allows Netblue to post offers of Programs sponsored by Netblue or its subsidiaries. The Programs will specify the amount and terms under which Affiliate will receive payment when the applicable Program's requirements are fulfilled. Compensation is derived from a specified event ("Event") identified in a Program, such as clicks, click-throughs, sales, registrations, impressions and leads. The definition of the Event associated with a Program is set forth in the Program's specifications, and such definition shall govern. If Affiliate accepts a Program, Affiliate agrees to place that Program's advertising creative (including the subject and from lines and any disclosures provided therein) ("Ad") on Affiliate's Media, in accordance with the terms of the relevant Program (the "Program Terms") and this Agreement. Affiliate shall display the Ad exactly as it appears on the Site and will not alter it in any way. Failure to adhere to this requirement may, in addition to all other remedies available to Netblue, result in termination of this Agreement, withholding of payments, and will allow Netblue to seek any appropriate remedies. Netblue may change a Program at any time unless otherwise specified in the Program Terms, upon reasonable advance written or electronic notice to Affiliate. If such program is discontinued, Affiliate agrees to cease promoting such Program immediately upon receipt of said notice

10. **Usage of Netblue Programs.**

With respect to Affiliates who collect user data as part of a Program to generate leads ("Leads") for Advertisers, the following specific terms and conditions shall apply:

*10.1* **Approval of Affiliate's Site(s).** No Program may go live until such time as Netblue, and if necessary the applicable Advertiser, have approved, in writing, (a) all sites to be used by the Affiliate for

each Program; and (b) the transfer of leads in the form of either a successful post for real-time transfer or approval of the test file for batch or FTP files.

**10.2** *Affiliate's Privacy Policy.* Affiliate represents and warrants that Affiliate's privacy policy permits the collection, use and transfer of data as contemplated hereby and the Program Terms, and its users have the ability to view such.

**10.3** *Scrubbing Leads.* Each Program shall have its own criteria for determining the validity of a lead (the "Lead Requirements"), which shall be detailed in the section entitled "Special Terms" included in the on-site offer summary and the offer-specific instructions e-mailed by a Netblue Account Executive. Netblue shall only pay for net or billable leads, which are determined by taking the gross leads from a Program and deducting Invalid Leads and Returned Leads ("Billable Leads"). "Invalid Leads" are those leads that do not meet the Lead Requirements. Examples include, but are not limited to, leads that are missing data, do not meet filter requirements, are incorrectly formatted or do not meet certain phone, e-mail and other validations. "Returned Leads" are those that have met the Lead Requirements, but are rejected due to inaccurate data or the inability to verify user information. Examples include, but are not limited to, leads for which the registrant is not at the phone number or address submitted, "unsubscribes" prior to being contacted, is on the National Do Not Call Registry (which is managed by the US Federal Trade Commission), replies with "Did Not Request This Information", or the lead is a duplicate in the Advertiser's database. The Netblue proprietary lead processing system is responsible for detecting and tracking Invalid Leads. The Advertiser is generally responsible for detecting and tracking Returned Leads. Billable Leads will generally be determined by the tenth (10th) of the subsequent month and will be displayed on the Netblue Site when available. Accordingly, any statistics regarding Billable Leads appearing on the Site during the month in which the Program is running are preliminary and are subject to adjustment as provided herein.

**10.4** *Data Collection and Use of Leads.* Affiliate agrees to collect all data required by Netblue, including, without limitation, the IP address for each lead, and reporting such to Netblue. Affiliate hereby acknowledges that the collection of the Leads is being done solely for the benefit of Netblue or its Advertisers. Therefore, other than providing the Leads to Netblue for delivery to the Advertisers, Affiliate may not use, sell, transfer or assign or attempt to monetize the Leads for its own purposes. All right, title and interest in the Leads shall vest exclusively in Netblue or its Advertisers, and are considered Confidential Information, as defined below. Affiliate agrees to purge all Leads from its system upon payment by Netblue for such Leads. Any other use of such Leads in violation of this section shall be a material breach of this Agreement.

11.    License.

Affiliate is granted a non-exclusive, limited, non-transferable, revocable license to use the Site and any trademarks, banners, links, Suppression Lists, images and other material ("Material") provided by Netblue, and its Advertisers, to Affiliate solely for the purpose of marketing or promoting the Programs there under which are subject to this Agreement and the applicable Program Terms. Affiliate may not modify the Material in any way without the prior written consent of Netblue or such third-party advertisers. Affiliate acknowledges and agrees that Affiliate does not have, nor will it claim any right, title or interest in the Material, Site software, applications, data, methods of doing business or any elements thereof, or any content provided on the Site (including the Ads). Affiliate may only access the Site via web browser, e-mail or in a manner approved by Netblue. Affiliate will not attempt in any way to alter, modify, eliminate, conceal, or otherwise render inoperable or ineffective the Site tags, source codes, links, pixels, modules or other data provided by or obtained from Netblue that allows Netblue to measure ad performance and provide its service. Without limiting the foregoing, Affiliate shall not (i) copy or duplicate the Material, except as specified in the appropriate Program; or (ii) decompile, disassemble, reverse engineer or otherwise attempt to obtain or perceive any source code or other technology from Netblue. Affiliate hereby acknowledges that nothing herein shall be construed to grant Affiliate any right to obtain or use such source code or technology. In addition, Affiliate acknowledges that all non-public information, data and reports received from Netblue hereunder or as part of the services hereunder is proprietary to and owned by Netblue, and shall be treated as Confidential Information (as defined below). If instructed to do so by Netblue and/or if Affiliate shall be terminated by Netblue, Affiliate will immediately return to Netblue,

or, in the alternative, destroy with written verification of such, and discontinue the use of any Netblue data, and copies thereof, including any Suppression Lists, Material, and any other material owned by Netblue or the Advertisers.

12. Fraud.

Netblue actively monitors traffic for fraud. If fraud is detected, Netblue shall have the right to deactivate Affiliate's account pending further investigation. Fraud can include any activity that Netblue, in its sole discretion, determines to be fraudulent or likely to be fraudulent, including but not limited to:

- having click-through rates that are much higher than industry averages and where solid justification is not evident to the reasonable satisfaction of Netblue;

- having ONLY click programs generating clicks with no indication by site traffic that it can sustain the clicks reported;

- having shown fraudulent leads as determined by the Advertisers and/or Netblue;

- having much higher conversions per click rates than industry averages and where solid justification is not evident to the reasonable satisfaction of Netblue;

- unauthorized use of incentives, in Netblue's sole discretion, that encourage consumers to respond to an offer; or

- using fake redirects, automated software, and/or fraud to generate Events from the Programs.

If Affiliate (a) commits fraud in any manner, (b) fraudulently adds leads or clicks, or (c) inflates leads or clicks by fraudulent traffic generation (such as pre-population of forms or mechanisms not approved by Netblue or use of sites in co-registration campaigns that have not been approved by Netblue), as determined solely by Netblue, Affiliate will forfeit its entire commission for all Programs and its account will be immediately terminated and Netblue may disable or terminate Affiliate's access to one or more of the Programs. If Affiliate is notified that fraudulent activities may be occurring on its Media, then, in addition to any other remedies available to Netblue, Affiliate shall be responsible for all costs and legal fees arising from these fraudulent activities. In addition, in the event that Affiliate has already received payment for fraudulent activities, Netblue reserves the right to seek credit from future earnings or to demand reimbursement from Affiliate of monies paid to Affiliate by Netblue, in addition to any other remedy at law (including injunctive relief without notice) available to Netblue.

13. Payment.

Affiliate will be paid per the terms of each Program, but in all cases based only on Netblue's electronic tracking and reporting system. Should Affiliate have any discrepancy with Netblue's reporting statistics, then it shall immediately report the discrepancy to Netblue within five (5) days of such after receiving statistics from Netblue (either in report format or otherwise). If Affiliate fails to report any discrepancy within the five day period, then Netblue's reported numbers shall be considered final, and Affiliate shall waive any rights to challenge such at a later date. Netblue shall pay any amounts due approximately fifteen (15) days after the end of each month, provided that Netblue may, in its discretion, withhold payments (a) until such time as the Advertiser has paid Netblue for any Program (b) in the event that payments due to Affiliate for a particular month are less than $100.00 (the "Commission Payment Floor"), in which case Netblue will hold those payments until the total amount due to Affiliate is at least equal to the Commission Payment Floor; (c) until such time as Affiliate has paid any amounts that it owes to Netblue. The Commission Payment Floor is subject to change at any time or from time to time. Affiliate will be notified of any change in the Commission Payment Floor. Netblue reserves the right to reduce any payments owed to Affiliate as a consequence of any offsets taken by Advertisers for invalid Events, technical errors, tracking discrepancies, indemnification, and the like. Netblue shall compile, calculate and electronically deliver data required to determine Affiliate's billing and compensation. Any questions regarding the data provided by Netblue need to be submitted in writing within ten (10) business days of

receipt, otherwise the information will be deemed accurate and accepted as such by Affiliate. All amounts will be paid in US dollars. Netblue reserves the right to not pay for any Events that occur before a Program is initiated, or after a Program terminates. Invoices submitted to Netblue and payments made to Affiliate shall be based on the Events as reported by Netblue. Netblue will not be responsible to compensate Affiliate for Events that are not recorded due to Affiliate's error. If Netblue owes any Affiliate ten thousand dollars ($10,000) or more in a given month, then the Affiliate will invoice Netblue for said amount, which will be paid by Netblue within thirty (30) after the date Netblue receives such invoice. All unincorporated Affiliates must provide a W-9 form (or similar such information) as a condition of payment.

14. Termination.

Netblue reserves the right, in its sole and absolute discretion, to terminate any Program and remove any advertisements at any time for any reason or no reason at all, upon written or electronic notice to Affiliate. Netblue also reserves the right to terminate Affiliate's access to the Site at any time without notice. Either Affiliate or Netblue may terminate this Agreement at any time, with or without cause, by giving the other party written notice of termination (such notice may be in the form of electronic notification). Affiliate agrees to take down all creative and links immediately upon request or upon any termination of a Program or this Agreement. Netblue may, at any time, require that Affiliate demonstrate its removal of any discontinued Programs.

Netblue will use reasonable efforts to notify all Affiliates about discontinuing Programs in a timely fashion. Notwithstanding the foregoing, it is the responsibility of the Affiliate to communicate with Netblue to ensure that all Programs in which it is participating are currently active. Netblue is not obligated to remit payment for any discontinued advertisement campaign.

All moneys due to Affiliate following any termination will be paid during the next billing cycle. The representations, warranties and obligations contained in paragraphs 1, 2, 3, 14, 15, 16, 17, 18, 19 and 21 shall remain in full force and effect after termination of this Agreement.

15. Representations and Warranties/Covenants.

*15.1 Mutual Representations.* In addition to the other representations and warranties contained herein, each party represents and warrants that: (a) it has the right to enter into and fully perform the services contemplated herein, consistent with this Agreement; (b) there is no outstanding contract, commitment or agreement to which it is a party that conflicts with this Agreement; and (c) at all times while any Program remains in effect, it shall comply with all applicable laws and regulations. Neither party makes any guarantee, representations or warranties, express or implied, as to the level of consumer response that will result from the Programs.

*15.2 Affiliate Breach of Warranty.* Affiliate acknowledges that breaches of any of the foregoing representations and covenants by Affiliate or its Sub-Affiliates may, in the sole discretion of Netblue, result in the immediate termination of Netblue' relationship with Affiliate and Affiliate shall forfeit all rights to any compensation theretofore owed to it by Netblue. The foregoing rights shall be in addition to any other remedies available to Netblue. Affiliate acknowledges and agrees that Netblue shall not be responsible for the Affiliate's, and, where applicable, its Sub-Affiliates, violation of any applicable laws or regulations, including, without limitation, the CAN-SPAM Act.

16. Privacy Policy.

During the term of this Agreement, Affiliate shall maintain and post in a conspicuous manner on all its websites involved in the Programs, a privacy policy no less protective of consumer's privacy interests than the Netblue privacy policy. Affiliates are not obligated to adopt the exact policy, as Netblue's policy may not be appropriate for Affiliate's particular business and legal requirements. Affiliates shall, however, provide at least the same minimum degree of protection of their consumers' privacy as contemplated in the policy. In the event that Netblue, in its sole discretion, determines that the privacy policy of Affiliate does not provide adequate protection, Netblue shall have the right to terminate this Agreement according to the terms of Section 12 ("Termination"). Netblue makes no representations or warranties whatsoever

regarding this policy, and disclaims any responsibility and liability whatsoever resulting from Affiliate's use, in whole or in part, of the Policy or its development or use of any privacy policy based on the policy.

17.     Confidentiality; Customer Information.

For purposes of this Agreement, "Confidential Information" shall mean all written or oral information, disclosed by Netblue to Affiliate, related to the operations of Netblue that has been identified as confidential or that by the nature of the information or the circumstances surrounding disclosure ought reasonably to be treated as confidential. All information submitted to Affiliate by an end-user customer pursuant to a Program is proprietary information of Netblue, its affiliates, and/or the Advertisers. Such customer information is Confidential Information and may not be disclosed by Affiliate, except as permitted under this Agreement. Affiliate agrees (i) to use the Confidential Information only for the purposes described herein; (ii) not to reproduce the Confidential Information and will hold in confidence and protect the Confidential Information from dissemination to, and use by, any third party; (iii) that it will not create any derivative work from Confidential Information; (iv) to restrict access to the Confidential Information to such of its personnel, agents, and/or consultants, if any, who have a need to have access and who have been advised of and have agreed in writing to treat such information in accordance with the terms of this Agreement; (v) not to reproduce, disseminate, sell, distribute or commercially exploit any such Confidential Information in any manner; and (vi) to return or destroy all Confidential Information in its possession upon termination or expiration of this Agreement.

18.     Limitation of Liability; Disclaimer of Warranty.

NETBLUE WILL NOT BE LIABLE FOR INDIRECT, SPECIAL OR CONSEQUENTIAL DAMAGES OR ANY LOSS OF REVENUE, PROFITS OR DATA ARISING IN CONNECTION WITH THIS AGREEMENT OR THE PROGRAMS AND SERVICES OF NETBLUE, EVEN IF NETBLUE HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

THE INFORMATION, MATERIAL, CONTENT AND SERVICES ON THE SITE ARE PROVIDED ON AN "AS IS" BASIS. AFFILIATE USES THE SITE AND PARTICIPATES IN THE PROGRAMS AT ITS OWN RISK. OTHER THAN AS EXPRESSLY SET FORTH IN THIS AGREEMENT, NETBLUE DISCLAIMS ALL REPRESENTATIONS AND WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO IMPLIED WARRANTIES OF MERCHANTABILITY, ACCURACY, QUIET ENJOYMENT, FITNESS FOR A PARTICULAR PURPOSE, AND NON-INFRINGEMENT.

THE AGGREGATE LIABILITY OF NETBLUE ARISING OUT OF OR WITH RESPECT TO THIS AGREEMENT AND ALL SUCH PROGRAMS AND SERVICES WILL NOT EXCEED THE TOTAL AMOUNTS OF THE LAST SIX (6) MONTHS PAID TO AFFILIATE BY NETBLUE UNDER, OR IN CONNECTION WITH, THIS AGREEMENT.

19.     Indemnification.

Affiliate will defend, indemnify, and hold harmless Netblue, the Advertisers, and their affiliates, directors, employees, agents, successors and assigns from all claims, actions, losses, liability, damages, costs, and expenses (including reasonable attorney's fees and expenses) (collectively "Claims") arising from any breach of any of this Agreement, breach of any Program Terms, or affiliates violation of any applicable federal or state law. Netblue reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by the indemnifying party hereunder.

20.     Term.

The term of this Agreement will begin upon acceptance and approval by Netblue of the application of the potential affiliate as an Affiliate and will end when terminated in writing by either party to this Agreement.

21.     General.

*21.1    Entire Agreement; Modification.*  This Agreement, together with the terms for each of the Programs constitutes the entire agreement between the parties and supersedes all prior agreements or understandings between the parties. Netblue may modify any of the terms and conditions contained in this Agreement, at any time and in its sole discretion, by posting a change notice or a new agreement on this site or otherwise notifying Affiliate. Modifications may include, for example, changes in the scope of available fees, fee schedules, payment procedures and program rules. If any modification is unacceptable to Affiliate, Affiliate's sole recourse is to terminate this agreement by notifying Netblue in writing. Affiliate's continued participation in the programs and services of Netblue following the posting of a change notice or new agreement on this site constitutes binding acceptance of such change.

*21.2    Controlling Law.*  This Agreement is governed by the laws of the United States and the State of California, without reference to rules governing choice of laws. Any action relating to this Agreement must be brought in the federal or state courts located in Santa Clara, California, and Affiliate irrevocably consents to the jurisdiction of such courts. Notwithstanding the foregoing, in its exclusive sole and absolute discretion, Netblue may require any dispute hereunder to be settled by binding arbitration using the services of any established and recognized arbitration service or tribunal, such service or tribunal to be selected in good faith in the sole and absolute discretion of Netblue.

*21.3.    Waiver.*  No waiver by either party of any breach of any provision hereof shall be deemed a waiver of any subsequent or prior breach of the same or any other provision.

*19.4.    Assignment.*  Affiliate may not assign any of its rights hereunder without the prior written consent of Netblue, which may be withheld for any reason.

*21.5.    Severability.*  In the event that any provision of this Agreement is found invalid or unenforceable pursuant to any judicial decree or decision, such provision shall be deemed to apply only to the maximum extent permitted by law, and the remainder of this Agreement shall remain valid and enforceable according to its terms.

*21.6    Force Majeure.*  Neither party shall be deemed in default of this Agreement to the extent that performance of its obligations or attempts to cure any breach are delayed or prevented by reason of any act of God, fire, natural disaster, accident, riots, acts of government, shortage of materials or supplies, or any other cause beyond the reasonable control of such party; provided, that the party whose performance is affected by any such event gives the other party written notice thereof within three (3) business days of such event or occurrence.

*21.7    Relationship.*  In making and performing this Agreement, Affiliate and Netblue act and shall act at all times as independent contractors, and, except as expressly set forth herein, nothing contained in this Agreement shall be construed or implied to create an agency, partnership or employer and employee relationship between them. Except as expressly set forth herein, at no time shall either Affiliate or Netblue make commitments or incur any charges or expenses for, or in the name of, the other party.

*21.8    Notice.*  Any notice, communication or statement relating to this Agreement shall be in writing and deemed effective: (i) upon delivery when delivered in person; (ii) upon transmission when delivered by verified facsimile transmission or verified e-mail; or (iii) when delivered by registered or certified mail, postage prepaid, return receipt requested or by nationally-recognized overnight courier service to (a) Affiliate at the address provided in the registration, and (b) Netblue at Netblue, Inc., PO Box 390520, Mountain View, CA 94039-0520, Attn: Affiliate Marketing

Term of the Agreement: The term of this Agreement will begin upon acceptance by YFDirect, a California Limited Liability Company (hereinafter referred to as "YFDirect"), of the application of Affiliate and will end when terminated by either party to this Agreement. All websites, newsletters, companies, or individuals must obtain official approval from YFDirect before any of the foregoing can become an affiliate partner ("Affiliate"). Only approved Affiliates are permitted to use the programs and services of YFDirect: YFDirect reserves the right to withhold or refuse approval on any Website, newsletter, company, or individual for any reason, whatsoever. Either Affiliate or YFDirect may terminate this Agreement at any time, with or without cause; by giving the other party written notice of termination (such notice may be in the form of electronic notification). Partner agrees to take down all creative and links upon immediate request.
<p>
Eligibility: All potential Affiliates that apply for any of the products and services of YFDirect must meet requirements. YFDirect carefully evaluates potential Affiliate sites and these sites must pre-qualify for eligibility. These qualifications include without limitation the following:

(a) Sites must be, in YFDirect's sole opinion, professionally designed, with substantial content, and must not have broken links or pages under construction:

(b) Sites must be written primarily in the English language and be of U.S. traffic only

(c) Sites must not contain content or links to any material that YFDirect in its sole and absolute discretion finds objectionable
<p>
Billing: YFDirect shall pay Affiliate on numbers as reported by YFDirect's electronic tracking and reporting system.
<p>
Payment Terms: Affiliate will be paid commissions on an approximate monthly basis. Approximately fifteen days following the end of each calendar month, we will send you a check for the commissions earned on signups or completion of offers. However, if the commissions payable to you for any month are less than $50.00 (the "Commission Payment Floor"), we will hold those commissions until the total amount due is at least equal to the Commission Payment Floor. The Commission Payment Floor is subject to change at any time or from time to time. You will be notified of any change in the Commission Payment Floor.
<p>
Modification: YFDirect may modify any of the terms and conditions contained in this Agreement, at any time and in its sole discretion, by posting a change notice or a new agreement on this site or otherwise notifying Affiliate. Modifications may include, for example, changes in the scope of available referral fees, fee schedules, payment procedures and program rules. If any modification is unacceptable to Affiliate, Affiliate's sole recourse is to terminate this agreement by notifying YFDirect in writing. Affiliate's continued participation in the programs and services of YFDirect following the posting of a change notice or new agreement on this site constitutes binding acceptance of such change.

<p>
Discontinuing Advertisement Campaigns: YFDirect will notify all Affiliates about discontinuing advertisement campaigns in a timely fashion. However, it is the responsibility of the Affiliate to communicate with YFDirect to ensure that all advertising campaigns are currently active. YFDirect is not obligated to remit payment for any discontinued advertisement campaign.
<p>
Limitation of Liability: YFDIRECT WILL NOT BE LIABLE FOR INDIRECT, SPECIAL OR CONSEQUENTIAL DAMAGES OR ANY LOSS OF REVENUE, PROFITS OR DATA ARISING IN CONNECTION WITH THIS AGREEMENT OR THE PROGRAMS AND SERVICES OF YFDIRECT, EVEN IF YFDIRECT HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. FURTHER, THE AGGREGATE LIABILITY OF YFDIRECT ARISING OUT OF OR WITH RESPECT TO THIS AGREEMENT AND ALL SUCH PROGRAMS AND SERVICES WILL NOT EXCEED THE TOTAL REFERRAL FEES PAID TO AFFILIATE UNDER, OR IN CONNECTION WITH, THIS AGREEMENT.
<p>
Disclaimer: All GOODS AND SERVICES PROVIDED BY YFDIRECT ARE PROVIDED "AS IS". TO THE EXTENT PERMITTED BY APPLICABLE LAW, ALL WARRANTIES, INCLUDING ANY AND ALL EXPRESS AND IMPLIED WARRANTIES, ARE HEREBY DISCLAIMED; THIS INCLUDES, WITHOUT LIMITATION, THE WARRANTY FOR FITNESS FOR A PARTICULAR PURPOSE AND THE WARRANTY OF MERCHANTABILITY.
<p>
Violation of this Agreement: If YFDirect, in its sole and absolute discretion, finds that Affiliate has violated this Agreement, committed fraud or any another illegal activity (whether or not related to this Agreement), Affiliate's account will be terminated and any and all fees payable or owed to Affiliate by YFDirect will be forfeited. YFDirect takes fraud seriously and is committed to working with the appropriate local, federal and international agencies to see that it is prevented and terminated. If Affiliate fraudulently adds leads or clicks or inflates leads or clicks by any fraudulent traffic generation, Affiliate will forfeit its entire commission for all programs and services and Affiliate's account will be terminated. YFDirect reserves the exclusive right in its sole and absolute discretion to determine if and when such fraud exists.
<p>
Affiliate Site Content Restrictions: Without limiting any other provision in this Agreement, if an Affiliate's site contains any of the following, YFDirect will terminate that Affiliate's account:

(a) Content or links to pornography, explicit sexual images, or nudity;

(b) Content that promotes hate, abuse or destructive actions;

(c) Content that is or promotes illegal activities;

(d) Content that promotes business opportunities or investments which are not permitted under law;

(e) Pirated software or other Website property (see Scumware.com);

(f) Programs that engage in spamming, indiscriminate advertising or unsolicited commercial e-mail.

Affiliate is granted a non-exclusive, limited, revocable right to use the trademarks, banners, links, images and other material ("Material") provided by YFDirect and its third-party advertisers to Affiliate. Affiliate may not modify the Material in any way without the prior written consent of YFDirect or such third-party advertisers. Without limiting any other provision of this Agreement, Affiliate agrees that failure to strictly abide by the terms of this paragraph would result in significant damages to YFDirect or such third-party advertisers and Affiliate agrees to compensate YFDirect or such third-party advertisers for any such damages.
<p>
Anti SPAM Policy: In an effort to protect affiliates and advertisers alike, YFDirect has setup the following policies pertaining to SPAM and the sending of unsolicited commercial emails:

YFDirect has a zero-tolerance policy towards spam and the sending of unsolicited commercial emails. Affiliates who engage in spamming and/or sending of unsolicited commercial email will have their accounts terminated.

YFDirect demands all affiliates to be current and in compliance of all Federal, State, and Local laws applicable to email marketing and web publishing. Failure to comply with the current laws will result in account termination.

Should a spam complaint arise from a user against an affiliate, we require that the affiliate be able to furnish the date and IP address in which the user subscribed to their list. We also require that the user be removed from the affiliate's database prior to any further promotion of our offers.

Affiliate also agrees that any email lists used to promote our offers are in full compliance with the Federal Can Spam Act.

Affiliate agrees to hold YFDirect harmless, and affiliate assumes all liabilities and damages for any violations of this policy.
<p>

Miscellaneous: This Agreement is governed by the laws of the United States and the State of California, without reference to rules governing choice of laws. Any action relating to this Agreement must be brought in the federal or state courts located in Santa Clara, California, and Affiliate irrevocably consents to the jurisdiction of such courts. Notwithstanding the foregoing, in its exclusive sole and absolute discretion, YFDirect

may require any dispute hereunder to be settled by binding arbitration using the services of any established and recognized arbitration service or tribunal, such service or tribunal to be selected in good faith in the sole and absolute discretion of YFDirect. Affiliate may not assign this Agreement, by operation of law or otherwise, without the prior written consent of YFDirect. Subject to the foregoing restriction, this Agreement will be binding on, inure to the benefit of, and be enforceable against the parties hereto and their respective successors and assigns. YFDirect's failure to strictly enforce performance of any provision of this Agreement will not constitute a waiver of any right to subsequently enforce such provision or any other provision of this Agreement.

Dear <Partner Name>,

As the industry landscape continues to evolve, Netblue is striving to take a leadership position in protecting the privacy and servicing the needs of our consumers, advertising clients, and business partners. Based upon market demand, partner feedback and key internal learnings we have revised our Affiliate Terms and Conditions and will be rolling these out today. Next time you log into your account you will be asked to agree to our new Terms and Conditions.

At Netblue, we care about the safety and privacy of our consumers along with the reputation and name of our company and business partners. The goal of the new Terms and Conditions is to (1) ensure the privacy of consumers who interact with Netblue products and services, (2) deter those who may engage in irresponsible or malicious business practices, and, (3) keep fraudulent activity to a minimum. With the new Terms and Conditions we feel that this will be a win for all of our business partners.

In addition to our Terms and Conditions we are working on several initiatives that will enhance and improve our affiliate program for all partners. Some of the initiatives that will be rolling out in the upcoming months include:
- Global Pixel Implementation
- Automated Monthly Payments
- Sub-Affiliate tracking and reporting
- Enhanced data pass back capabilities that includes flexible partner controlled parameters

We also wanted to let you know that we will be officially changing the YFDirect name to Netblue. The singular Netblue brand will represent the best marketing solutions company that delivers for publishers, advertisers, and consumers. The YFDirect brand will be phased out by the end of April.

Make sure you stop by our Ad-Tech booth #5771 and celebrate this new change and our successes together as partners.


Sincerely,

The Netblue Affiliate Team