UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITCHIE PHILLIPS, dba R&D COMPUTERS<br><br>Plaintiff,<br><br>v.<br><br>NETBLUE, INC., YFDIRECT, LTD., KENNETH CHAN aka KENNETH CHEN, SCOTT RENWICK, DEREK PILCH, FREDERICK HARMAN and DOES 1 through 50 inclusive<br><br>Defendants. | CASE NO. 3:05-CV-04401-SC (EDL)<br><br>[PROPOSED] ORDER SHORTENING TIME FOR DEFENDANTS' MOTION FOR PROTECTIVE ORDER<br><br>Date: N/A<br>Time: N/A<br>Place: Courtroom E<br>Judge: Magistrate Judge Elizabeth D. Laporte |

1    Pursuant to Stipulation between Plaintiff Ritchie Phillips, d/b/a R&D Computers
2    ("Plaintiff") and Defendants Netblue, Inc., f/k/a YF Direct, Inc., Kenneth Chan, Scott Rewick and
3    Derek Pilch ("Defendants") hereby stipulate to an Order Shortening Time for a Motion for
4    Protective Order, the Court orders:
5
6    Defendants' Notice of Motion and Motion for Protective Order and Memorandum of
7    Points and Authorities in Support Thereof shall be filed by Wednesday, November 8, 2006;
8    Plaintiff's Opposition papers shall be filed by Friday, November 10, 2006;
9    ~~Defendant's Reply papers are due by noon on Monday, November 13, 2006~~;
10   **No Reply shall be filed.**
11   Oral argument is waived **therefore** ~~and~~ the Court ~~may~~ **will** rule on the papers**.**~~; but in
12   the event that the Court prefers oral argument, the motion shall be assigned a hearing date and time
13   of Tuesday, November 14 at 9:00 a.m. before Magistrate Judge Laporte or any other date set by
14   further Order of the Court~~.
15
16   The time limits imposed by Northern District Local Rules 7-2(a) and 7-3(a) are
17   deemed waived with regard to Defendants' Motion for Protective Order.
18
19   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
20
21
22   Date: ___**November 9, 2006**_____    _____
23                                            MAGISTRATE JUDGE ELIZABETH D. LAPORTE

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Elizabeth D. Laporte — United States District Court, Northern District of California]*