1  CARR & FERRELL LLP
   STUART C. CLARK (Bar No. 124152) *clark@carrferrell.com*
2  CHRISTINE S. WATSON (Bar No. 218006) *cwatson@carrferrell.com*
   2200 Geng Road
3  Palo Alto, CA  94303
   Telephone: 650-812-3400
4  Facsimile: 650-812-3444

5  JEFFER, MANGELS, BUTLER & MARMARO LLP
   JEFFREY K. RIFFER (Bar No. 87016), *JRiffer@jmbm.com*
6  BRIAN M. YATES (Bar No. 241798), *BYates@jmbm.com*
   1900 Avenue of the Stars, Seventh Floor
7  Los Angeles, CA  90067-4308
   Telephone:  310-203-8080
8  Facsimile:   310-203-0567

9  Attorneys for Defendant Netblue, Inc., f/k/a YFDirect, Ltd.,
   Kenneth Chan, Scott Renwick and Derek Pilch
10

   SINGLETON LAW GROUP
11 JASON K. SINGLETON (Bar No. 166170)
   RICHARD E. GRABOWSKI (Bar No. 236207)
12 611 "L" Street, Suite A
   Eureka, CA 95501
13 lawgroup@sbcglobal.net
   Telephone: 707- 441-1177
14 Facsimile:  707-441-1533

15 Attorneys for Plaintiff Ritchie Phillips,
   d/b/a R&D Computers
16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                         SAN FRANCISCO DIVISION

20

| 21 | RITCHIE PHILLIPS, dba R&D COMPUTERS | CASE NO.  3:05-CV-04401-SC (EDL) |
|---|---|---|
| 22 | Plaintiff, | |
| 23 | v. | [PROPOSED] ORDER RE STIPULATED REQUEST FOR CONTINUING DATE FOR EXPERT DISCLOSURES |
| 24 | NETBLUE, INC., YFDIRECT, LTD., KENNETH CHAN aka KENNETH CHEN, | |
| 25 | SCOTT REWICK, DEREK PILCH, FREDERICK HARMAN, and DOES 1 through | Date: N/A |
| 26 | 50 inclusive | Time: N/A<br>Place: Courtroom 1 |
| 27 | Defendants. | Judge: Samuel Conti |
| 28 | | |

1   For good cause shown, the Court GRANTS the parties' stipulated request to continue the
2   dates for expert disclosures.  Expert disclosures are now due on December 8, 2006 and
3   supplemental disclosures are due on December 27, 2006.

**IT IS SO ORDERED.**

Date:  November  22 , 2006

By: _____
UNITED STATES DISTRICT COURT JUDGE

*(Stamp: IT IS SO ORDERED / Judge Samuel Conti / United States District Court, Northern District of California)*