**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILLIPS,

    Plaintiff,

  v.

NETBLUE, INC ET AL,

    Defendants.
                                   /

No. C 05-04401 SC (EDL)

**ORDER CONTINUING HEARING ON MOTION TO STRIKE CONFIDENTIALITY DESIGNATIONS**

On November 17, 2006, Judge Conti issued an Order requiring the parties to meet in person and resolve all their discovery disputes within two weeks, without assistance from the Court.  See Docket No. 137.  In light of this Order, and the expectation that all pending discovery issues will be resolved by December 1, 2006, the hearing on Plaintiff's Motion to Strike, Docket No. 110, is continued from December 5, 2006 to December 19, 2006.  Should the parties resolve their dispute on this issue prior to the December 19, 2006 hearing, Plaintiff shall inform the Court and withdraw its Motion to Strike.

**IT IS SO ORDERED.**

Dated: November 29, 2006

                                                          ELIZABETH D. LAPORTE
                                                          United States Magistrate Judge