1   CARR & FERRELL LLP
    STUART C. CLARK (Bar No. 124152) sclark@carrferrell.com
2   CHRISTINE S. WATSON (Bar No. 218006)  cwatson@carrferrell.com
    2200 Geng Road
3   Palo Alto, CA  94303
    Telephone: 650-812-3400
4   Facsimile:  650-812-3444

5   JEFFER, MANGELS, BUTLER & MARMARO LLP
    JEFFREY K. RIFFER (Bar No.  87016), JRiffer@jmbm.com
6   BRIAN M. YATES (Bar No. 241798), BYates@jmbm.com
    1900 Avenue of the Stars, Seventh Floor
7   Los Angeles, CA  90067-4308
    Telephone:  310-203-8080
8   Facsimile:   310-203-0567

9   Attorneys for Defendant Netblue, Inc., f/k/a YFDirect, Ltd.,
    Kenneth Chan, Scott Rewick and Derek Pilch
10
    SINGLETON LAW GROUP
11  JASON K. SINGLETON (Bar No. 166170)
    RICHARD E. GRABOWSKI (Bar No. 236207)
12  611 "L" Street, Suite A
    Eureka, CA 95501
13  lawgroup@sbcglobal.net
    Telephone: 707- 441-1177
14  Facsimile:  707-441-1533

15  Attorneys for Plaintiff Ritchie Phillips,
    d/b/a R&D Computers
16

17              UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA

19               SAN FRANCISCO DIVISION

20

21  RITCHIE PHILLIPS, dba R&D COMPUTERS        CASE NO.  3:05-CV-04401-SC (EDL)

22          Plaintiff,

23      v.                                     STIPULATION AND [PROPOSED] ORDER
                                               RE TIMING OF SUBMITTING JURY
24  NETBLUE, INC., YFDIRECT, LTD.,             INSTRUCTIONS AND JOINT STATEMENT
    KENNETH CHAN aka KENNETH CHEN,             TO BE READ TO THE JURY
25  SCOTT REWICK, DEREK PILCH,
    FREDERICK HARMAN, and DOES 1 through
26  50 inclusive

27          Defendants.

28

PRINTED ON

RECYCLED PAPER

4342035v1

1          This Court, in a minute Order dated November 17, 2006, ordered Plaintiff Ritchie

2    Phillips dba R&D Computers ("Phillips") and defendants Netblue, Inc. f/k/a YFDirect, Ltd.,

3    Kenneth Chan, Scott Rewick and Derek Pilch (collectively "Netblue") through their respective

4    counsel to submit joint jury instructions and a joint statement for the Court to read to the Jury about

5    what this case is about (individually and collectively "joint papers").  The parties stipulate as

6    follows:

7

8         1.    The parties want to reach as much agreement as possible on such joint

9    papers.

10

11        2.    Trial is set for March 26, 2007.

12

13        3.    Accordingly, to allow the parties sufficient time to reach as much agreement

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1  as possible, the parties agree to submit the joint papers to the Court by January 31, 2007, which is

2  still almost two months before the Trial.

3

4  **IT IS SO STIPULATED.**

5

6  Date:  December 12, 2006        CARR & FERRELL LLP
                                   STUART C. CLARK
7                                  CHRISTINE S. WATSON

8                                  JEFFER, MANGELS, BUTLER & MARMARO LLP
                                   JEFFREY K. RIFFER
9                                  BRIAN M. YATES

10
                                   By:___/S/  -*JEFFREY K. RIFFER* -_____
11                                         JEFFREY K. RIFFER
                                   Attorneys for Defendants Netblue, Inc., f/k/a YFDirect,
12                                 Inc., Kenneth Chan, Scott Rewick and Derek Pilch

13

14  Date:  December 12, 2006        SINGLETON LAW GROUP
                                    JASON K. SINGLETON
15                                  RICHARD E. GRABOWSKI

16
                                   By:___/S/  -*JASON K. SINGLETON*-_____
17                                         JASON K. SINGLETON
                                   Attorneys for Plaintiff Ritchie Phillips, d/b/a R&D
18                                 Computers

19

20

21  **IT IS SO ORDERED**

22

23

24  Dated: ___12/13/06_____

25  UNITED STA_____RT JUDGE

26

27

28

1

<u>DECLARATION OF JEFFREY K. RIFFER</u>

2

3

I, Jeffrey K. Riffer, declare as follows:

4

5

       1.     I am duly licensed to practice before this Court and am a partner with the

6

law firm of Jeffer, Mangels, Butler & Marmaro LLP, counsel for Defendants, Netblue, Inc., a/k/a

7

YF Direct, Inc., Kenneth Chan, Scott Rewick and Derek Pilch.

8

9

       2.     I attest that concurrence in the filing of this document has been obtained from

10

each of the other signatories which shall serve in lieu of their signature(s) on this document.

11

12

       I declare under penalty of perjury under the laws of the United States of America that

13

the foregoing is true and correct.  Executed this 12th day of December 2006, at Los Angeles,

14

California.

15

16

                   *- JEFFREY K. RIFFER -*

17

                     JEFFREY K. RIFFER

18

19

20

21

22

23

24

25

26

27

28