| | |
|---|---|
| 1 | CARR & FERRELL LLP |
| | STUART C. CLARK (Bar No. 124152) *clark@carrferrell.com* |
| 2 | CHRISTINE S. WATSON (Bar No. 218006) *cwatson@carrferrell.com* |
| 3 | 2200 Geng Road |
| | Palo Alto, CA 94303 |
| | Telephone: 650-812-3400 |
| 4 | Facsimile: 650-812-3444 |
| 5 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
| | JEFFREY K. RIFFER (Bar No. 87016), *JRiffer@jmbm.com* |
| 6 | BRIAN M. YATES (Bar No. 241798), *BYates@jmbm.com* |
| | 1900 Avenue of the Stars, Seventh Floor |
| 7 | Los Angeles, CA 90067-4308 |
| | Telephone: 310-203-8080 |
| 8 | Facsimile: 310-203-0567 |
| 9 | Attorneys for Defendant Netblue, Inc., f/k/a YFDirect, Ltd., |
| | Kenneth Chan, Scott Renwick and Derek Pilch |
| 10 | SINGLETON LAW GROUP |
| 11 | JASON K. SINGLETON (Bar No. 166170) |
| | RICHARD E. GRABOWSKI (Bar No. 236207) |
| 12 | 611 "L" Street, Suite A |
| | Eureka, CA 95501 |
| 13 | lawgroup@sbcglobal.net |
| | Telephone: 707- 441-1177 |
| 14 | Facsimile: 707-441-1533 |
| 15 | Attorneys for Plaintiff Ritchie Phillips, |
| | d/b/a R&D Computers |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| RITCHIE PHILLIPS, dba R&D COMPUTERS | | CASE NO. 3:05-CV-04401-SC (EDL) |
| Plaintiff, | | [~~PROPOSED~~] ORDER RE STIPULATED REQUEST TO CONTINUE THE HEARING FOR PLAINTIFF'S MOTION TO STRIKE |
| v. | | |
| NETBLUE, INC., YFDIRECT, LTD., KENNETH CHAN aka KENNETH CHEN, SCOTT REWICK, DEREK PILCH, FREDERICK HARMAN, and DOES 1 through 50 inclusive | | Date: December 19, 2006<br>Time: 9:00 am<br>Place: Courtroom E<br>Judge: Elizabeth D. Laporte |
| Defendants. | | |

For good cause shown, the Court GRANTS the parties' stipulated request to continue the hearing for paintiff's Motion to Strike. The hearing will now be held on January 9, 2007, at 9:00 am in this Court.

**IT IS SO ORDERED.**

Date: December 18, 2006

By: _____
MAGISTRATE JUDGE ELIZABETH D. LAPORTE

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Elizabeth D. Laporte]*