UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RITCHIE PHILLIPS, dba R&D COMPUTERS,

    Plaintiff,

    v.

NETBLUE, INC., formerly known as YFDIRECT, INC., et al.,

    Defendants.

No. C-05-4401 SC

ORDER DENYING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

    Accompanying Defendants' Motion for Leave to Amend the Answer was a Request for Judicial Notice of certain evidence purportedly of Plaintiff's criminal record and litigation history.  See Request (Docket No. 116).  As the Court explained in its Order denying the Motion to for Leave to Amend, questions regarding Plaintiff's character or behavior are irrelevant to any determination regarding assessment of statutory damages against Defendants.  See Order (Docket No. 146).  Thus, this evidence offered by Defendants was wholly irrelevant to the Court's determination, which, indeed, dealt only with issues of law.

    Defendants' Request is therefore DENIED.

    IT IS SO ORDERED.

Dated: December 19, 2006

*[signature: Samuel Conti]*

UNITED STATES DISTRICT JUDGE