UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITCHIE PHILLIPS, dba R&D COMPUTERS<br><br>Plaintiff,<br><br>v.<br><br>NETBLUE, INC., YFDIRECT, LTD., KENNETH CHAN aka KENNETH CHEN, SCOTT REWICK, DEREK PILCH, FREDERICK HARMAN, and DOES 1 through 50 inclusive<br><br>Defendants. | CASE NO.  3:05-CV-04401-SC (EDL)<br><br>[PROPOSED] ORDER RE STIPULATED REQUEST TO CONTINUE THE HEARING FOR PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' DESIGNATIONS AS CONFIDENTIAL-ATTORNEYS EYES ONLY<br><br>Date:  January 9, 2007<br>Time:  9:00 am<br>Place:  Courtroom E<br>Judge:  Elizabeth D. Laporte |

For good cause shown, the Court GRANTS the parties' stipulated request to continue the hearing for plaintiff's Motion to Strike. The hearing will now be held on January 23, 2007, at 9:00 am in this Court.

**IT IS SO ORDERED.**

Date: January ___8,___ 2007      By: _____
                                    MAGISTRATE JUDGE ELIZABETH D. LAPORTE

PRINTED ON
RECYCLED PAPER

4375689v1

[PROP] ORDER RE STIP'd REQUEST TO CONTINUE HEARING MTN TO STRIKE Case No C 05-4401 SC/EDL