1
2
3
4
5
6
7
8     UNITED STATES DISTRICT COURT
9     NORTHERN DISTRICT OF CALIFORNIA
10    SAN FRANCISCO DIVISION
11

| | |
|---|---|
| RITCHIE PHILLIPS, dba R&D COMPUTERS, | CASE NO. C 05-4401-SC (EDL) |
| Plaintiff, | [PROPOSED] ORDER PERMITTING WITHDRAWAL OF CO-COUNSEL CARR AND FERRELL LLP AS COUNSEL FOR DEFENDANTS |
| v. | |
| NETBLUE, INC., YFDIRECT, LTD., KENNETH CHEN aka KENNETH CHEN, SCOTT REWICK, DEREK PILCH, FREDERICK HARMAN, and DOES 1 through 50 inclusive, | |
| Defendants. | |

Having considered the notice submitted by Carr & Ferrell LLP, co-counsel for Netblue, Inc., Kenneth Chan, Scott Rewick and Derek Pilch ("Defendants"), pursuant to Local Rule 11-5(a), and good cause having been shown,

-2-

1   IT IS HEREBY ORDERED that Carr & Ferrell LLP shall withdraw as counsel
2 of record for Defendants.  Jeffer, Mangels, Butler & Marmaro LLP shall remain as
3 counsel of record for Defendants.

5   IT IS SO ORDERED.

7 Dated:  January 10, 2007

8 _____
HON. SAMUEL CONTI
United States District Judge