JEFFER, MANGELS, BUTLER & MARMARO LLP
JEFFREY K. RIFFER (SBN 87016) *JRiffer@jmbm.com*
PAUL A. KROEGER (SBN 229074) *PKroeger@jmbm.com*
BRIAN M. YATES (SBN 241798) *BYates@jmbm.com*
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-4308
Telephone: 310-203-8080
Facsimile: 310-203-0567

Attorneys for Defendants Netblue, Inc.,
f/k/a YF Direct, Inc., Kenneth Chan, Scott Rewick
and Derek Pilch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITCHIE PHILLIPS, dba R&D COMPUTERS<br><br>Plaintiff,<br><br>v.<br><br>NETBLUE, INC., YFDIRECT, LTD., KENNETH CHAN aka KENNETH CHEN, SCOTT REWICK, DEREK PILCH, FREDERICK HARMAN and DOES 1 through 50 inclusive<br><br>Defendants. | CASE NO.   3:05-CV-04401-SC (EDL)<br><br>STIPULATION AND [PROPOSED] ORDER RE TIMING OF SUBMITTING JURY INSTRUCTIONS AND JOINT STATEMENT TO BE READ TO THE JURY |

1   This Court, in a minute Order dated November 17, 2006, ordered Plaintiff Ritchie
2   Phillips dba R&D Computers ("Phillips") and defendants Netblue, Inc. f/k/a YFDirect, Ltd.,
3   Kenneth Chan, Scott Rewick and Derek Pilch (collectively "Netblue") through their respective
4   counsel to submit joint jury instructions and a joint statement for the Court to read to the Jury about
5   what this case is about (individually and collectively "joint papers").  The parties stipulate as
6   follows:

8     1. The parties want to reach as much agreement as possible on such joint
9   papers.

11    2. Trial is set for March 26, 2007.

13    3. This Court previously allowed the parties until January 31, 2007 to file the
14  joint papers.

16    4. The parties need additional time to try to reach as much agreement as
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  possible, and the parties agree to submit the joint papers to the Court by February 19, 2007, which is
2  still more than one month before the Trial.
3
4  **IT IS SO STIPULATED.**
5
6  Date: January 19, 2007           JEFFER, MANGELS, BUTLER & MARMARO LLP
                                     JEFFREY K. RIFFER
7                                    PAUL A. KROEGER
                                     BRIAN M. YATES
8
9                                    By:   /S/  -*JEFFREY K. RIFFER* -
                                           JEFFREY K. RIFFER
10                                   Attorneys for Defendants Netblue, Inc., f/k/a YFDirect,
                                     Inc., Kenneth Chan, Scott Rewick and Derek Pilch
11
12 Date: January 19, 2007           SINGLETON LAW GROUP
                                     JASON K. SINGLETON
13                                   RICHARD E. GRABOWSKI
14
15                                   By:   /S/  - *RICHARD E. GRABOWSKI* -
                                           RICHARD E. GRABOWSKI
16                                   Attorneys for Plaintiff Ritchie Phillips, d/b/a R&D
                                     Computers
17
18
19                              **IT IS SO ORDERED**
20
21
22  Dated: 1/19/07                   _____
23                                   UNITED STATES DISTRICT COURT JUDGE
24
25
26
27
28

## DECLARATION OF JEFFREY K. RIFFER

I, Jeffrey K. Riffer, declare as follows:

1. I am duly licensed to practice before this Court and am a partner with the law firm of Jeffer, Mangels, Butler & Marmaro LLP, counsel for Defendants, Netblue, Inc., a/k/a YF Direct, Inc., Kenneth Chan, Scott Rewick and Derek Pilch.

2. I attest that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signature(s) on this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of January 2007, at Los Angeles, California.

          *- JEFFREY K. RIFFER -*
          JEFFREY K. RIFFER