**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIPS, | No. C-05-04401 SC (EDL) |
| Plaintiff, | **ORDER DENYING ADMINISTRATIVE MOTION TO SEAL** |
| v. | |
| NETBLUE, INC. ET AL, | |
| Defendants. | |

Having considered the Administrative Motion of Plaintiff for an order permitting the filing under seal certain documents submitted in support of Plaintiff's Reply to Opposition to Motion to Strike (Doc. No. 136), it is hereby ordered that Plaintiff's Administrative Motion is DENIED.

Pursuant to Civil Local Rule 79-5(d), within five days after a party has lodged with the Court a document another party has designated confidential, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, or must withdraw the designation of confidentiality. Civ. L.R. 79-5(d). If the designating party fails to file a declaration in accordance with this rule, the document or proposed filing will be made part of the public record. Id.

Here, Plaintiff lodged with the Court documents designated confidential by Defendants as Exhibits A and B to the Declaration of Richard E. Grabowski (Doc. No. 136-1) filed in support of Plaintiff's Reply in support of its motion captioned Motion to Strike Designation of Defendants' Corporate Information Regarding Affiliates and List Managers as "Confidential" or "Highly Confidential - Attorneys' Eyes Only" Under the Protective Order (Doc. No. 110) ("Motion to Strike"). Defendants failed to file a declaration establishing that the designated information is sealable. Therefore, Exhibits A and B to the Declaration of Richard E. Grabowski (Doc. No. 136-1)

will be made part of the public record.

**IT IS SO ORDERED.**

Dated: January 23, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge