JEFFER, MANGELS, BUTLER & MARMARO LLP
JEFFREY K. RIFFER (SBN 87016) *JRiffer@jmbm.com*
PAUL A. KROEGER (SBN 229074*) PKroeger@jmbm.com*
BRIAN M. YATES (SBN 241798) *BYates@jmbm.com*
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-4308
Telephone: 310-203-8080
Facsimile: 310-203-0567

Attorneys for Defendants Netblue, Inc.,
f/k/a YF Direct, Inc., Kenneth Chan, Scott Rewick
and Derek Pilch

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RITCHIE PHILLIPS, dba R&D COMPUTERS<br><br>Plaintiff,<br><br>v.<br><br>NETBLUE, INC., YFDIRECT, LTD., KENNETH CHAN aka KENNETH CHEN, SCOTT REWICK, DEREK PILCH, FREDERICK HARMAN and DOES 1 through 50 inclusive<br><br>Defendants. | CASE NO. 3:05-CV-04401-SC (EDL)<br><br>STIPULATION AND [PROPOSED] ORDER RE DISMISSAL WITH PREJUDICE OF DEREK PILCH |

1  Plaintiff Ritchie Phillips dba R&D Computers ("Phillips") and defendants Netblue,
Inc. f/k/a YFDirect, Ltd., Kenneth Chan, Scott Rewick and Derek Pilch (collectively "Netblue")
through their respective counsel do hereby stipulate the dismissal with prejudice of Derek Pilch.
The parties stipulate as follows:

1. Plaintiff hereby dismisses Derek Pilch with prejudice.
2. This dismissal is without court costs or attorney fees to any party.

**IT IS SO STIPULATED.**

Date: January 22, 2007        JEFFER, MANGELS, BUTLER & MARMARO LLP
                              JEFFREY K. RIFFER
                              PAUL A. KROEGER
                              BRIAN M. YATES

                              By:  /S/  -JEFFREY K. RIFFER -
                                   JEFFREY K. RIFFER
                              Attorneys for Defendants Netblue, Inc., f/k/a YFDirect,
                              Inc., Kenneth Chan, Scott Rewick and Derek Pilch

Date: January 22, 2007        SINGLETON LAW GROUP
                              JASON K. SINGLETON
                              RICHARD E. GRABOWSKI

                              By:  /S/  - JASON SINGLETON -
                                   JASON SINGLETON
                              Attorneys for Plaintiff Ritchie Phillips, d/b/a R&D
                              Computers

**IT IS SO ORDERED**

Dated:  1/24/07                _____
                               UNITED STATES DISTRICT COURT JUDGE

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" Judge Samuel Conti]

4397993v1        - 1 -    STIP & [PROP] ORDER RE DISMISSAL WITH PREJUDICE
                          OF DEREK PILCH Case No C 05-4401 SC (EDL)

# DECLARATION OF JEFFREY K. RIFFER

I, Jeffrey K. Riffer, declare as follows:

1. I am duly licensed to practice before this Court and am a partner with the law firm of Jeffer, Mangels, Butler & Marmaro LLP, counsel for Defendants, Netblue, Inc., a/k/a YF Direct, Inc., Kenneth Chan, Scott Rewick and Derek Pilch.

2. I attest that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signature(s) on this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of January 2007, at Los Angeles, California.

          *- JEFFREY K. RIFFER -*
          JEFFREY K. RIFFER