**Jason K. Singleton**, State Bar #166170
lawgroup@sbcglobal.net
**Richard E. Grabowski**, State Bar #236207
rgrabows@pacbell.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
 (707) 441-1177
FAX  441-1533

**Attorneys for Plaintiff, R&D COMPUTERS**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITCHIE PHILLIPS, dba R&D COMPUTERS,<br><br>　　　Plaintiff,<br>vs.<br><br>NETBLUE, INC., formerly known as YFDIRECT, INC., also doing business as MARKETSURVEYGROUP.COM, also dba EASYEZSTREET.COM, also dba MINGLYCOMP.INFO, also dba EVERYFREEGIFT.COM, KENNETH CHAN, aka KENNETH CHEN, SCOTT REWICK, DEREK PILCH, FREDRICK HARMAN, and DOES ONE through FIFTY, inclusive,<br><br>　　　Defendants. | Case No.  C-05-4401 SC<br><br>DECLARATION OF RICHARD E. GRABOWSKI IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>DATE: February 16, 2007<br>TIME:   10:00 am<br>CTRM: 1, 17th Floor |

I, **RICHARD E. GRABOWSKI**, declare as follows:

1.　I am an attorney duly licensed to practice in the United States District Court, Northern District of California, and I am one of the attorneys of record for Plaintiff.  I have personal and firsthand knowledge of each fact hereinafter set forth and if called to testify could and would competently testify to the matters set forth herein.

2.　Attached hereto as Exhibit "A" is a true and correct copy of the deposition of Plaintiff Ritchie Phillips;

3.　Attached hereto as Exhibit "B" is a true and correct copy of Plaintiff's

1 Supplemental Production of Documents wherein Plaintiff provided to Defendants a CD
2 containing the 5611 emails for the period August 2005 through October 31, 2006.  A copy of
3 the CD is being submitted to the Court under seal along with an instruction sheet for opening
4 the Outlook Express dbx file.

5     4. Attached hereto as Exhibit "C" is a true and correct copy of a <u>Request for
6 …Information</u> sent to and responded to by the Postmaster of Mountain View, California
7 regarding the physical address of the holder of P. O. Box 390520, Mountain View, CA, which is
8 the physical address of Netblue, Inc.

9     5. Attached hereto as Exhibit "D" is a true and correct copy of a list of Domain
10 names owned by Netblue and the Whois report for each domain name.

11     6. Attached hereto as Exhibit "E" is a true and correct copy of the Deposition of
12 Scott Rewick P. 19, L. 21 – 25.

13     7. Attached hereto as Exhibit "F" is a true and correct copy of the Deposition of
14 Derek Pilch P.122-123, P. 171–173, and P. 215-228.

15     8. Attached hereto as Exhibit "G" are true and correct copies of example emails
16 containing each of the marketing names owned by Netblue and using PO Box 390520,
17 Mountain View, CA as the contact address.  The individual recipient's address has been
18 redacted to protect the consumer.

19     9. Attached hereto as Exhibit "H" is a true and correct copy of a DNS unsubscribe
20 page for Netblue/YFDirect.

21     10. When an email from one of the domain names listed in Exhibit  "D" (5 above) is
22 clicked, it generally opens a Netblue owned website.  Attached hereto as Exhibit "I" is a true
23 and correct copy of Internetopiniongroup.com product link page.

24     11. Many of the links in these emails are no longer active, Plaintiff has provided all
25 of the emails that have been printed out in a supplementary disclosure.  Attached hereto as
26 Exhibit "J" is a true and correct copy of all the emails that have been printed.

27     12. Plaintiff has demonstrated that the emails contained advertisements on behalf of
28 Defendant Netblue.  Attached hereto as Exhibit "K" is a true and correct copy of Supplemental

Responses to Defendants Interrogatory 6 and 7.

13. Plaintiff has provided information about email accounts receiving Defendants' SPAM at his service that have <u>never been active</u> or have been <u>inactive for years</u>. Attached hereto as Exhibit "L" is a true and correct copy of Plaintiff's verified Responses to Defendants Interrogatories, Set One, including a printed copy of Response to Interrogatory No. 8, previously released to Defendants and the Court under a Confidential CD.

14. During the relevant period Defendant Netblue was receiving constant complaints from customers stating they had never signed up for solicitations or emails from Defendants and asking to be removed. Attached hereto as Exhibit "M" is a true and correct copy of emails and letters to Netblue requesting to be removed from its mailing list. This Exhibit is being submitted under seal to protect the personal information (name, address, email, phone numbers, etc.) of the consumers who have written these letters.

15. Attached hereto as Exhibit "N" is a true and correct copy is a letter enclosing what Netblue purports to be an affiliate report as referred to in the deposition of Monica Gerber. This Exhibit is being submitted under seal as Defendants maintain their affiliates names are confidential.

16. Attached hereto as Exhibit "O" are true and correct copies of the Articles of Incorporation of Y. F. DIRECT INCORPORATED, predecessor in interest to NETBLUE, INC.

17. Attached hereto as Exhibit "P" is a true and correct copy of the agreement negotiated with DataChasers® to perform the work of searching Defendants' opt-in database.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:   January 25, 2007         /s/ Richard E. Grabowski
                                  Richard E. Grabowski

DECLARATION OF RICHARD E. GRABOWSKI in Support of Opposition to Defendants' Motion for Summary Judgment      3      C-05-4401 SC