Jason K. Singleton, Esq.
Admitted in California
611 "L" Street, Suite A
Eureka, California 95501
707-441-1177
707-441-1533 fax

Richard E. Grabowski, Esq.
Admitted in California
611 L Street, Suite A
Eureka, CA 95501
707-441-1177
707-441-1533 fax

# SINGLETON LAW GROUP

Date: August 21, 2006

Postmaster
Mountain View    CA    94039-0520
City             State  ZIP Code

Request for Change of Address or Boxholder
Information Needed for Service of Legal Process

Please Furnish the new address or the name and street address (if a boxholder) for the following:

Name: NETBLUE, INC., formerly YFDIRECT, INC., dba MARKETSURVEYGROUP.COM, dba EASY STREET.COM, dba MINGLYCOMP.INFO, dba EVERYFREEGIFT.COM

Address: P.O. Box 390520, Mountain View, CA 94039-0520

NOTE: The name and last know address are required for change of address information. The name, if known, and post office box addresses are required for boxholder information.

The following information is provided in accordance with 39 CFR 265.6(d)(6)(ii). There is no fee for providing boxholder information. The fee for providing change of address information is waived in accordance with 39 CFR 265 6(d)(1) and (2) and corresponding Administrative Support Manual 352.44a and b.

1. Capacity of requester (e.g. Process Server, Attorney, Party Representing Himself):
   ATTORNEY AT LAW

2. Statute of regulation that empowers me to serve process (not required when requester is an attorney or a party acting pro se - except a corporation acting pro se must cite statute:
   N/A

3. The names of all known parties to the litigation:
   RITCHIE PHILLIPS, NETBLUE, INC. KENNETH CHAN, SCOTT REWICK, DEREK PILCH, FREDRICK HARMAN

4. The court in which the case has been or will be heard:
   US DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

5. The docket or other identifying number if one has been issued:
   C-05-4401 SC

6. The capacity in which the boxholder is to be served (e.g. Defendant or Witness):
   DEFENDANTS

## WARNING

THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING FINE OF UP TO #10,000 OR IMPRISONMENT OR (2) TO AVOID PAYMENT OF THE FEE FOR CHANGE OF ADDRESS INFORMATION OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 USC SECTION 1001)

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND THAT THE ADDRESS INFORMATION IS NEEDED AND WILL BE SOLELY USED FOR SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION.

Signature: *Richard E. Grabowski*

Printed Name: RICHARD E. GRABOWSKI

Address: 611 "L" Street, Suite A
City State ZIP Code: Eureka, CA 95501

### FOR POST OFFICE USE ONLY

___ NO CHANGE OF ADDRESS ORDER ON FILE

___ NOT KNOWN AT ADDRESS GIVEN

___ MOVED LEFT NO FORWARDING ADDRESS

___ NO SUCH ADDRESS

NEW ADDRESS OR BOXHOLDERS ADDRESS:
303 Bryant St
Mountain View
94041

[USPS postmark: Mountain View CA 94042-9998, AUG 24 2006]