## Law Desk

**From:** "Market Survey Group" <GjA8G8ANL4xYJfxjyB8fG466KgG@marctrac.com>
**To:** <[redacted]@yuroktribe.nsn.us>
**Sent:** Sunday, September 04, 2005 7:52 AM
**Subject:** , Test out this new T-Mobile Sidekick and keep it [text][surbl][sls]

Claim your T-Mobile® Sidekick II!



Claim your T-Mobile® Sidekick II!

Sidekick II is a registered trademark of T-Mobile, Inc.
MarketSurveyGroup.com is not affiliated with T-Mobile, Inc.

This is a third party advertisement sent to you by the list owner. If you no longer wish to receive e-mail from this advertiser, please write to Customer Service, P.O. Box 390500, Mountain View, CA 94039-0500 or visit our email preference page by clicking here. If you do not wish to receive correspondence from this list manager, you will need to follow instructions provided by the list manager on how to remove yourself from their list.

Click Here Now!
Removal Request:
7327 SW Barnes Rd. #105
Portland, OR 97225-6119

8/16/2006

Header information for Email No: 1:

```
Received: by radc.com from localhost
    (router,SLmail V5.1); Sun, 04 Sep 2005 06:48:31 -0700
    for <spam>
Received: from filter.radc.com [216.101.97.8]
 by radc.com [216.101.97.3]  (SLMail Pro) with ESMTP
 id D6374662663F47D3AA9BC4BA82105176
 for <spam@radc.com>; Sun, 04 Sep 2005 06:48:30 -0700
Received: from x2.marctrac.com [63.208.227.246]
        by filter.radc.com
        with XWall v3.33 ;
        Sun, 4 Sep 2005 06:48:28 -0700
Received: by X2.marctrac.com id h3btbo07blkq; Sun, 4 Sep 2005 06:46:34 -0700
(envelope-from <8610.2427710@marctrac.com>)
X-XWall-SLS-Service: sbl-xbl.spamhaus.org
X-XWall-SLS-IP: x2.marctrac.com [63.208.227.246]
X-XWall-Bayes: 49
X-XWall-Heuristic: 31
X-XWall-Spam: text sls surbl
X-XWall-SURBL: marctrac.com
From: Market Survey Group
<GjA8G8ANL4xYJfxjyB8fG466KgG@marctrac.com>
To: "████████@yuroktribe.nsn.us" <████████@yuroktribe.nsn.us>
Reply-To: "GjA8G8ANL4xYJfxjyB8fG466KgG@marctrac.com"
<GjA8G8ANL4xYJfxjyB8fG466KgG@marctrac.com>
Subject: , Test out this new T-Mobile Sidekick and keep it [text][surbl][sls]
Date: Sun, 4 Sep 2005 07:52:26 -0700
X-Assembled-By: XWall v3.33
Message-ID: <GjA8G8ANL4xYJfxjyB8fG466KgG@marctrac.com>
Mime-Version: 1.0
```



Login    Your cart is empty

# NetworkSolutions

# WHOIS Search Results

Do you need to attract more customers to your Web site? Let our experts help you!    **Click Here**

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
    Domain Name
    NIC Handle
    IP Address

**WHOIS Record For**

63.208.227.246
Record Type:    IP Address

Level 3 Communications, Inc. LEVEL4-CIDR (NET-63-208-0-0-1)
    63.208.0.0 - 63.215.255.255
CWIE, LLC LVLT-CWIE-63-208-227-128 (NET-63-208-227-128-1)
    63.208.227.128 - 63.208.227.255

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
**Go** $45.79/month, plus a $299 design fee.



**Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.
**Go**

Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing

# NetworkSolutions

Login               Your cart is empty

## WHOIS Search Results



**Thousands of domains expire every day.**

### WHOIS Record For

marctrac.com



Certified Offer Service - Make an offer on this domain
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
 Domain Name
 NIC Handle
 IP Address

Registration and WHOIS Service provided by directNIC.com

Intercosmos Media Group, Inc. provides the data in the directNIC.com
Registrar WHOIS database for informational purposes only. The information
may only be used to assist in obtaining information about a domain name's
registration record.

directNIC makes this information available "as is", and does not guarantee
its accuracy.

Registrant:
Spiral Matrix
1st Floor Muya House
Kenyatta Ave.
P.O.BOX 4276-30100
Eldoret, KE 30100
KE
+254.0735434737


Domain Name: MARCTRAC.COM

Administrative Contact:
Matrix, Spiral billing@kenyatech.com
1st Floor Muya House
Kenyatta Ave.
P.O.BOX 4276-30100
Eldoret, KE 30100
KE
+254.0735434737


Technical Contact:
Matrix, Spiral billing@kenyatech.com
1st Floor Muya House
Kenyatta Ave.
P.O.BOX 4276-30100
Eldoret, KE 30100
KE
+254.0735434737

Record last updated 07-13-2006 12:45:57 PM
Record expires on 06-06-2007
Record created on 06-06-2005

Domain servers in listed order:
    NS0.DIRECTNIC.COM    204.251.10.100
    NS1.DIRECTNIC.COM    206.251.177.2

By submitting a WHOIS query, you agree you will use this data only for
lawful purposes. You also agree that, under no circumstances, will you use
this data to: (a) allow, enable, or otherwise support the transmission by
email, telephone, or facsimile of mass, unsolicited, commercial advertising
or solicitations to entities other than the data recipient's own existing
customers; or to (b) enable high volume, automated, electronic processes
that send queries or data to the systems of any Registry Operator or
ICANN-accredited registrar.

The compilation, repackaging, dissemination, or other use of this WHOIS
data is expressly prohibited without the prior written consent of
directNIC.com.

directNIC.com reserves the right to terminate your access to its WHOIS
database in its sole discretion, including without limitation, for
excessive querying of the database or for failure to otherwise abide by
this policy.

directNIC reserves the right to modify these terms at any time.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.
LACK OF A DOMAIN RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

The previous information has been obtained either directly from the registrant or a
registrar of the domain name other than Network Solutions. Network Solutions, therefore,
does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | INTERCOSMOS MEDIA GROUP, INC. D/B/A DIRECTNIC.COM |
| IP Address: | 66.62.46.198 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-BENTON |
| Record Type: | Domain Name |
| Server Type: | Apache 2 |
| Lock Status: | REGISTRAR-LOCK |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Removal Form |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 15-Mar-2006 |

your domain name registration be included in a public database known as WHOIS. To learn
about actions you can take to protect your WHOIS information visit
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes or for the
purpose or purposes of using the data in any manner that violates these terms of use. The
Data in Network Solutions' WHOIS database is provided by Network Solutions for
information purposes only, and to assist persons in obtaining information about or related to
a domain name registration record. Network Solutions does not guarantee its accuracy. By
submitting a WHOIS query, you agree to abide by the following terms of use: You agree that
you may use this Data only for lawful purposes and that under no circumstances will you use
this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited,

commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.


Need to get your business online?
Our professional designers can build a custom Web site for your business.
$45.79/month, plus a $299 design fee.


Get listed on Google® and Yahoo!®
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.

Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.



"An outstanding customer service experience"
- J.D. Power & Associates

Login  Your cart is empty 

# NetworkSolutions

## WHOIS Search Results



**FREE DOMAIN TRANSFER** with any annual Web Site package  » LEARN MORE

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
- Domain Name
- NIC Handle
- IP Address

### WHOIS Record For

marketsurveygroup.com



Certified Offer Service - Make an offer on this domain
Private Registration - Make personal information for this domain private
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

**Registrant:**    Make this info private
Inc., YFDirect

PO Box 212
Noonan, ND 58765
US

Domain Name: MARKETSURVEYGROUP.COM

**Administrative Contact, Technical Contact :**
Inc., YFDirect
netsol-0106@netblue.com
PO Box 212
Noonan, ND 58765
US
Phone: 801-316-0555
Fax: 999-999-9999

Record expires on 11-Oct-2007
Record created on 11-Oct-2004
Database last updated on 13-Sep-2005

| Domain servers in listed order: | Manage DNS |
|---|---|
| UDNS1.ULTRADNS.NET | 204.69.234.1 |
| UDNS2.ULTRADNS.NET | 204.74.101.1 |

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 208.67.28.33  (ARIN & RIPE IP search) |
| IP Location: | -(-) |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | REGISTRAR-LOCK |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |

| | |
|---|---|
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 3 |
| Data as of: | 14-Jul-2006 |

your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

 **Need to get your business online?**
Our professional designers can build a custom Web site for your business.
 $45.79/month, plus a $299 design fee.

 **Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.

Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.

  "An outstanding customer service experience"
- J.D. Power & Associates

## Law Desk

| | |
|---|---|
| From: | "Market Survey Group" <Aisha@masruvi.com> |
| To: | <bsmall@bsmall.com> |
| Sent: | Sunday, September 11, 2005 10:21 AM |
| Subject: | \N, Test and keep this new Palm One [text][surbl][sls] |

Claim your PalmOne® Treo 650!



Claim your PalmOne® Treo 650!

Treo 650 is a registered trademark of PalmOne, Inc.
MarketSurveyGroup.com is not affiliated with PalmOne, Inc.

This is a third party advertisement sent to you by the list owner. If you no longer wish to receive email from this advertiser, please write to Customer Service, P.O. Box 390520, Mountain View CA 94339-0520 or visit our email preference page by clicking here. If you do not wish to receive correspondence from the list manager, you will need to follow instructions provided by the list manager on how to remove yourself from their list.

Click Here Now!
Removal Request:
7327 SW Barnes Rd. #105
Portland, OR 97225-6119

8/17/2006

Header information for Email No: 2:

Received: by radc.com from localhost
    (router,SLmail V5.1); Sun, 11 Sep 2005 09:18:02 -0700
    for <spam>
Received: from filter.radc.com [216.101.97.8]
  by radc.com [216.101.97.3] (SLMail Pro) with ESMTP
  id AC7CBFE2C77D454AAD504BE1C5B4E6EF
  for <spam@radc.com>; Sun, 11 Sep 2005 09:17:59 -0700
Received: from mx6.masruvi.com [66.62.46.202]
        by filter.radc.com
        with XWall v3.33 ;
        Sun, 11 Sep 2005 09:17:56 -0700
Received: by mx6.masruvi.com id h4hc2e07blk9; Sun, 11 Sep 2005 09:15:30 -0700 (envelope-from <9538.3413166@masruvi.com>)
X-XWall-SLS-Service: sbl-xbl.spamhaus.org
X-XWall-SLS-IP: mx6.masruvi.com [66.62.46.202]
X-XWall-Bayes: 56
X-XWall-Heuristic: 31
X-XWall-Spam: text sls surbl
X-XWall-SURBL: masruvi.com
From: Market Survey Group <Aisha@masruvi.com>
To: "bsmall@bsmall.com" <bsmall@bsmall.com>
Reply-To: "Aisha@masruvi.com" <Aisha@masruvi.com>
Subject: \N, Test and keep this new Palm One [text][surbl][sls]
Date: Sun, 11 Sep 2005 10:21:56 -0700
X-Assembled-By: XWall v3.33
Message-ID: <mlmrtGpqqfrdQAqqfrdQmllm@masruvi.com>
Mime-Version: 1.0
Content-Type: multipart/alternative;

Login    Your cart is empty 



# WHOIS Search Results

Does your Web site need a face lift?
Let our experts evaluate your Web site, for FREE!    Click Here

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
- Domain Name
- NIC Handle
- IP Address



**WHOIS Record For**

66.62.46.202
Record Type:                    IP Address

```
OrgName:    360Networks (USA) Inc.
OrgID:      360NE-1
Address:    11th Floor 2401 4th Avenue
City:       Seattle
StateProv:  WA
PostalCode: 98121
Country:    US

NetRange:   66.62.0.0 - 66.62.255.255
CIDR:       66.62.0.0/16
NetName:    360NETWORKS-BLK-1
NetHandle:  NET-66-62-0-0-1
Parent:     NET-66-0-0-0-0
NetType:    Direct Allocation
NameServer: TAISP1.IN-TCH.COM
NameServer: TAISP2.IN-TCH.COM
Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:    2001-01-03
Updated:    2004-08-05

OrgTechHandle: 360NE1-ARIN
OrgTechName:   360Networks Technical
OrgTechPhone:  +1-877-993-4237
OrgTechEmail:  network.operations@360.net
```

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly

prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $45.79/month, plus a $299 design fee.



**Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.



Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.




"An outstanding customer service experience"
- J.D. Power & Associates

# NetworkSolutions

Login

Your cart is empty



## WHOIS Search Results



Enter the Network Solutions Win A Web Lift Contest
Prize valued at more than **$14,000!** » LEARN MORE

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
   Domain Name
   NIC Handle
   IP Address

**WHOIS Record For**

66.62.46.202
Record Type:                          IP Address

```
OrgName:    360Networks (USA) Inc.
OrgID:      360NE-1
Address:    11th Floor 2401 4th Avenue
City:       Seattle
StateProv:  WA
PostalCode: 98121
Country:    US

NetRange:   66.62.0.0 - 66.62.255.255
CIDR:       66.62.0.0/16
NetName:    360NETWORKS-BLK-1
NetHandle:  NET-66-62-0-0-1
Parent:     NET-66-0-0-0-0
NetType:    Direct Allocation
NameServer: TAISP1.IN-TCH.COM
NameServer: TAISP2.IN-TCH.COM
Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:    2001-01-03
Updated:    2004-08-05

OrgTechHandle: 360NE1-ARIN
OrgTechName:   360Networks Technical
OrgTechPhone:  +1-877-993-4237
OrgTechEmail:  network.operations@360.net
```

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database.

Network Solutions reserves all rights a.  .emedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$45.79/month, plus a $299 design fee.





**Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.

Domain Name Registration  |  Web Hosting  |  Web Site Design  |  SSL Certificates  |  E-Commerce Solutions  |  Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.




"An outstanding customer service experience"
- J.D. Power & Associates

of 2

# NetworkSolutions

Login                    Your cart is empty

## WHOIS Search Results

**GET A FREE DOMAIN** for the life of any annual Web Hosting Package » LEARN MORE

**BUY THE AVAILABLE EXTENSIONS FOR THIS DOMAIN NAME**

| | |
|---|---|
| masruvi | ☑ .net |
| masruvi | ☑ .org |
| masruvi | ☑ .info |
| masruvi | ☑ .biz |
| masruvi | ☑ .tv |
| masruvi | ☑ .us |
| masruvi | ☑ .cc |
| masruvi | ☑ .ws |
| masruvi | ☑ .bz |
| masruvi | ☑ .vg |
| masruvi | ☑ .gs |
| masruvi | ☑ .tc |
| masruvi | ☑ .ms |

[Continue]

### WHOIS Record For

masruvi.com



Certified Offer Service - Make an offer on this domain
Backorder - Try to get this name when it becomes available
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

Registration and WHOIS Service provided by directNIC.com

Intercosmos Media Group, Inc. provides the data in the directNIC.com Registrar WHOIS database for informational purposes only. The information may only be used to assist in obtaining information about a domain name's registration record.

directNIC makes this information available "as is", and does not guarantee its accuracy.

Registrant:
masruvi.com
2269 Chestnut St. #631
San Francisco, CA 94123
US
415-294-4959

Domain Name: MASRUVI.COM

Administrative Contact:
Admin, DNS info@masruvi.com
2269 Chestnut St. #631
San Francisco, CA 94123
US
415-294-4959

Technical Contact:
Admin, DNS info@masruvi.com
2269 Chestnut St. #631
San Francisco, CA 94123
US
415-294-4959

Record last updated 08-02-2005 02:47:06 PM
Record expires on 08-01-2006
Record created on 08-01-2005

### SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
◉ Domain Name
○ NIC Handle
○ IP Address

[Search]



Search Through Thousa. of Expired Domains
Don't miss your chance to find a domain name you want. Place a Backorder on an expired domain name today.

00
2

will use this data only for
o circumstances, will you use
pport the transmission by
ited, commercial advertising
ecipient's own existing
mated, electronic processes
that send queries or data to the systems of any Registry Operator or ICANN-accredited registrar.

The compilation, repackaging, dissemination, or other use of this WHOIS data is expressly prohibited without the prior written consent of directNIC.com.

directNIC.com reserves the right to terminate your access to its WHOIS database in its sole discretion, including without limitation, for excessive querying of the database or for failure to otherwise abide by this policy.

directNIC reserves the right to modify these terms at any time.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY. LACK OF A DOMAIN RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | INTERCOSMOS MEDIA GROUP, INC. D/B/A DIRECTNIC.COM |
| IP Address: | 66.62.46.198  (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-BENTON |
| Record Type: | Domain Name |
| Server Type: | IIS 5 |
| Lock Status: | ACTIVE |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 21-Oct-2005 |

your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future,