## Law Desk

| | |
|---|---|
| **From:** | "Razor Phone" <return@savings4us.info> |
| **To:** | ◄▬▬▬▬●@radc.com> |
| **Sent:** | Sunday, August 28, 2005 4:06 PM |
| **Subject:** | State of the art slim camera phone is on the house [surbl][sls] |

### Claim your MotoÂ® Razr V3 Flip Phone!

☒ Claim your MotoÂ® Razr V3 Flip Phone!

### Claim your MotoÂ® Razr V3 Flip Phone!

MotoÂ☺ Razor V3 is a registered trademark of Motorola Corporation
EveryFreeGift is not affiliated with Motorola Corporation

☒

☒

☒

**savings4us.info**
1710 Mission Street San Rafael, CA 94901

☒

Header information for Email No: 3:

Received: by radc.com from localhost
   (router,SLmail V5.1); Sun, 28 Aug 2005 15:12:42 -0700
   for <spam>
Received: from filter.radc.com [216.101.97.8]
 by radc.com [216.101.97.3] (SLMail Pro) with ESMTP
 id 8C4BC27960564633B5655CD77D28C0FB
 for <spam@radc.com>; Sun, 28 Aug 2005 15:12:42 -0700
Received: from srv.launchmediaonline.com [216.22.59.11]
     by filter.radc.com
     with XWall v3.33 ;
     Sun, 28 Aug 2005 15:12:39 -0700
X-XWall-SLS-Service: bl.spamcop.net
X-XWall-SLS-IP: srv.launchmediaonline.com [216.22.59.11]
X-XWall-Bayes: 45
X-XWall-Heuristic: 45
X-XWall-Spam: sls surbl
X-XWall-SURBL: savings4us.info
From: Razor Phone <return@savings4us.info>
To: ▬▬@radc.com
Subject: State of the art slim camera phone is on the house [surbl][sls]
Date: Sun, 28 Aug 2005 16:06:23 -0700
X-Assembled-By: XWall v3.33
Message-ID: <1125266783.1676@savings4us.info>
Mime-Version: 1.0
Content-Type: multipart/alternative;
     boundary="_NextPart_1_rHLajoetbkwITZTViemHPfybpSw"
X-SLUIDL: CD40DCE0-154C42C3-A821A2CF-B1CF9A7A

NetworkSolutions

Login

Your cart is empty



## WHOIS Search Results

**FREE DOMAIN TRANSFER**
**with any annual Web Site package**  » LEARN MORE

### WHOIS Record For

**216.22.59.11**
**Record Type:**                        IP Address

.

```
OrgName:   ServInt Corp.
OrgID:     SRVN
Address:   6861 Elm Street
Address:   Suite 4-E
City:      McLean
StateProv: VA
PostalCode: 22101
Country:   US

NetRange:  216.22.0.0 - 216.22.63.255
CIDR:      216.22.0.0/18
NetName:   SERVINT-CIDR-2
NetHandle: NET-216-22-0-0-1
Parent:    NET-216-0-0-0-0
NetType:   Direct Allocation
NameServer: NS.SERVINT.COM
NameServer: NS2.SERVINT.COM
Comment:   ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:   1998-07-14
Updated:   2003-11-05

RTechHandle: NO178-ARIN
RTechName:   Network Operations
RTechPhone:  +1-703-847-1421
RTechEmail:  noc@servint.com

OrgTechHandle: NO178-ARIN
OrgTechName:   Network Operations
OrgTechPhone:  +1-703-847-1421
OrgTechEmail:  noc@servint.com
```

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
Domain Name
NIC Handle
IP Address

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use

this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $45.79/month, plus a $299 design fee.



**Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.

Go ➤

Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.





"An outstanding customer service experience"
- J.D. Power & Associates

Login

# NetworkSolutions

Your cart is empty



# WHOIS Search Results

 **Snatch Up the Domain Name You Want**
Get your desired domain name
**before anyone else with Backorder.**

» TRY IT NOW

## SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

**Search by:**
   Domain Name
   NIC Handle
   IP Address



### WHOIS Record For

**savings4us.info**

Certified Offer Service - Make an offer on this domain
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

Access to INFO WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Afilias registry database. The data in this record is provided by Afilias Limited for informational purposes only, and Afilias does not guarantee its accuracy. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Afilias reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

Domain ID:D10419127-LRMS
Domain Name:SAVINGS4US.INFO
Created On:15-Jun-2005 23:29:38 UTC
Last Updated On:27-Jul-2006 13:04:54 UTC
Expiration Date:15-Jun-2007 23:29:38 UTC
Sponsoring Registrar:eNom, Inc. (R126-LRMS)
Status:PENDING DELETE RESTORABLE
Status:HOLD
Registrant ID:C10325422-LRMS
Registrant Name:Whois Protection Service - ProtectFly.com
Registrant Organization:RegisterFly.com - Ref# 18833898
Registrant Street1:230 Park Avenue
Registrant Street2:Suite 864
Registrant Street3:
Registrant City:New York
Registrant State/Province:NY
Registrant Postal Code:10169
Registrant Country:US
Registrant Phone:
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:18833898.fly@spamfly.com
Admin ID:C10325422-LRMS
Admin Name:Whois Protection Service - ProtectFly.com
Admin Organization:RegisterFly.com - Ref# 18833898
Admin Street1:230 Park Avenue

```
            Admin Street2:Suite 864
            Admin Street3:
            Admin City:New York
            Admin State/Province:NY
            Admin Postal Code:10169
            Admin Country:US
            Admin Phone:
            Admin Phone Ext.:
            Admin FAX:
            Admin FAX Ext.:
            Admin Email:18833898.fly@spamfly.com
            Billing ID:C10325422-LRMS
            Billing Name:Whois Protection Service - ProtectFly.com
            Billing Organization:RegisterFly.com - Ref# 18833898
            Billing Street1:230 Park Avenue
            Billing Street2:Suite 864
            Billing Street3:
            Billing City:New York
            Billing State/Province:NY
            Billing Postal Code:10169
            Billing Country:US
            Billing Phone:
            Billing Phone Ext.:
            Billing FAX:
            Billing FAX Ext.:
            Billing Email:18833898.fly@spamfly.com
            Tech ID:C10325422-LRMS
            Tech Name:Whois Protection Service - ProtectFly.com
            Tech Organization:RegisterFly.com - Ref# 18833898
            Tech Street1:230 Park Avenue
            Tech Street2:Suite 864
            Tech Street3:
            Tech City:New York
            Tech State/Province:NY
            Tech Postal Code:10169
            Tech Country:US
            Tech Phone:
            Tech Phone Ext.:
            Tech FAX:
            Tech FAX Ext.:
            Tech Email:18833898.fly@spamfly.com
            Name Server:DNS1.NAME-SERVICES.COM
            Name Server:DNS2.NAME-SERVICES.COM
            Name Server:DNS3.NAME-SERVICES.COM
            Name Server:DNS4.NAME-SERVICES.COM
            Name Server:DNS5.NAME-SERVICES.COM
            Name Server:
            Name Server:
            Name Server:
            Name Server:
            Name Server:
            Name Server:
            Name Server:
            Name Server:
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore. does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Record Type:** | Domain Name |
| **Server Type:** | Indeterminate |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |

**Data as of:** 14-Jun-2005

about actions you can take to protect your WHOIS information visit
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes or for the
purpose or purposes of using the data in any manner that violates these terms of use. The
Data in Network Solutions' WHOIS database is provided by Network Solutions for
information purposes only, and to assist persons in obtaining information about or related to
a domain name registration record. Network Solutions does not guarantee its accuracy. By
submitting a WHOIS query, you agree to abide by the following terms of use: You agree that
you may use this Data only for lawful purposes and that under no circumstances will you use
this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2)
enable high volume, automated, electronic processes that apply to Network Solutions (or its
computer systems). The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Network Solutions. You agree not to
use high-volume, automated, electronic processes to access or query the WHOIS database.
Network Solutions reserves all rights and remedies it now has or may have in the future,
including, but not limited to, the right to terminate your access to the WHOIS database in its
sole discretion, for any violations by you of these terms of use, including without limitation,
for excessive querying of the WHOIS database or for failure to otherwise abide by these
terms of use. Network Solutions reserves the right to modify these terms at any time.



**Need to get your business
online?**
Our professional designers
can build a custom Web site
for your business.
$45.79/month, plus a $299
design fee.



**Get listed on Google® and
Yahoo!®**
Get found on major search
engines like Google® and
Yahoo!®. $34.95/month, plus
a $79 setup fee.

Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.





"An outstanding customer
service experience"
- J.D. Power & Associates

Login

# NetworkSolutions

Your cart is empty



## WHOIS Search Results

WANT A DOMAIN NAME THAT'S ALREADY REGISTERED?
Use our Backorder service
to get that name as soon as it expires.    » TRY IT NOW

### SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

**WHOIS Record For**

**216.22.59.11**
**Record Type:**            IP Address

Search by:
   Domain Name
   NIC Handle
   IP Address



```
OrgName:  ServInt Corp.
OrgID:    SRVN
Address:  6861 Elm Street
Address:  Suite 4-E
City:     McLean
StateProv: VA
PostalCode: 22101
Country:  US

NetRange:  216.22.0.0 - 216.22.63.255
CIDR:      216.22.0.0/18
NetName:   SERVINT-CIDR-2
NetHandle: NET-216-22-0-0-1
Parent:    NET-216-0-0-0-0
NetType:   Direct Allocation
NameServer: NS.SERVINT.COM
NameServer: NS2.SERVINT.COM
Comment:   ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:   1998-07-14
Updated:   2003-11-05

RTechHandle: NO178-ARIN
RTechName:  Network Operations
RTechPhone: +1-703-847-1421
RTechEmail: noc@servint.com

OrgTechHandle: NO178-ARIN
OrgTechName:  Network Operations
OrgTechPhone: +1-703-847-1421
OrgTechEmail: noc@servint.com
```

When you register a domain name, current policies require that the contact information for
your domain name registration be included in a public database known as WHOIS. To learn
about actions you can take to protect your WHOIS information visit
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes or for the
purpose or purposes of using the data in any manner that violates these terms of use. The
Data in Network Solutions' WHOIS database is provided by Network Solutions for
information purposes only, and to assist persons in obtaining information about or related to
a domain name registration record. Network Solutions does not guarantee its accuracy. By
submitting a WHOIS query, you agree to abide by the following terms of use: You agree that
you may use this Data only for lawful purposes and that under no circumstances will you use

this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$45.79/month, plus a $299 design fee.



**Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.

Go ⟩

---

Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.

---





"An outstanding customer service experience"
- J.D. Power & Associates

Login                                        Your cart is empty 🛒

# NetworkSolutions



## WHOIS Search Results

**Does your Web site need a face lift?**
Let our experts evaluate your Web site, for FREE!          Click Here ⍄

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
  Domain Name
  NiC Handle
  IP Address



### WHOIS Record For

everyfreegift.com



Certified Offer Service - Make an offer on this domain
Private Registration - Make personal information for this domain
private
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

**Registrant:**                    Make this info private
Inc., YFDirect

PO Box 212
Noonan, ND 58765
US

**Domain Name:** EVERYFREEGIFT.COM

**Administrative Contact , Technical Contact :**
Inc., YFDirect
netsol-0106@netblue.com
PO Box 212
Noonan, ND 58765
US
Phone: 801-316-0555
Fax: 999-999-9999

**Record expires on** 15-Jun-2007
**Record created on** 15-Jun-2004
**Database last updated on** 03-Apr-2006

**Domain servers in listed order:**          Manage DNS

UDNS1.ULTRADNS.NET                   204.69.234.1
UDNS2.ULTRADNS.NET                   204.74.101.1

Show underlying registry data for this record

| **Current Registrar:** | NETWORK SOLUTIONS, LLC. |
|---|---|
| **IP Address:** | 208.67.28.30 (ARIN & RIPE IP search) |
| **IP Location:** | -(-) |
| **Record Type:** | Domain Name |
| **Server Type:** | Apache 1 |
| **Lock Status:** | REGISTRAR-LOCK |
| **Web Site Status:** | Active |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |

| Web Site Title: | EveryFreeGift.com - Get anything you want for FREE! |
| --- | --- |
| Secure: | No |
| E-commerce: | Yes |
| Traffic Ranking: | 1 |
| Data as of: | 13-Jul-2006 |

your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $45.79/month, plus a $299 design fee.



**Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.

Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.



**BBBOnLine® RELIABILITY PROGRAM**



"An outstanding customer service experience"
- J.D. Power & Associates

Login

Your cart is empty 🛒

# Network**Solutions**





## WHOIS Search Results



**Snatch Up the Domain Name You Want**
Get your desired domain name
**before anyone else with Backorder.**

» TRY IT NOW

### WHOIS Record For

**launchmediaonline.com**

Certified Offer Service - Make an offer on this domain
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

The data contained in GoDaddy.com, Inc.'s Whois database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
  Domains by Proxy, Inc.
  DomainsByProxy.com
  15111 N. Hayden Rd., Ste 160, PMB 353
  Scottsdale, Arizona 85260
  United States

  Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
  Domain Name: LAUNCHMEDIAONLINE.COM
    Created on: 24-Oct-03
    Expires on: 24-Oct-07
    Last Updated on: 06-Dec-05

  Administrative Contact:
    Private, Registration  LAUNCHMEDIAONLINE.COM@domainsbyproxy.com
    Domains by Proxy, Inc.
    DomainsByProxy.com
    15111 N. Hayden Rd., Ste 160, PMB 353
    Scottsdale, Arizona 85260
    United States
    (480) 624-2599

  Technical Contact:

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
  Domain Name
  NIC Handle
  IP Address



Private, Registration LAUNCHMEDIAONLINE.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599

Domain servers in listed order:
NS1.ALCHEMY.NET
NS2.ALCHEMY.NET

The previous information has been obtained either directly from the registrant or a
registrar of the domain name other than Network Solutions. Network Solutions, therefore,
does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Current Registrar:** | GO DADDY SOFTWARE, INC. |
| **IP Address:** | 209.132.210.16 (ARIN & RIPE IP search) |
| **IP Location:** | US(UNITED STATES)-CALIFORNIA-CULVER CITY |
| **Record Type:** | Domain Name |
| **Server Type:** | Indeterminate |
| **Lock Status:** | REGISTRAR-LOCK |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |
| **Data as of:** | 28-Nov-2005 |

your domain name registration be included in a public database known as WHOIS. To learn
about actions you can take to protect your WHOIS information visit
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes or for the
purpose or purposes of using the data in any manner that violates these terms of use. The
Data in Network Solutions' WHOIS database is provided by Network Solutions for
information purposes only, and to assist persons in obtaining information about or related to
a domain name registration record. Network Solutions does not guarantee its accuracy. By
submitting a WHOIS query, you agree to abide by the following terms of use: You agree that
you may use this Data only for lawful purposes and that under no circumstances will you use
this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2)
enable high volume, automated, electronic processes that apply to Network Solutions (or its
computer systems). The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Network Solutions. You agree not to
use high-volume, automated, electronic processes to access or query the WHOIS database.
Network Solutions reserves all rights and remedies it now has or may have in the future,
including, but not limited to, the right to terminate your access to the WHOIS database in its
sole discretion, for any violations by you of these terms of use, including without limitation,
for excessive querying of the WHOIS database or for failure to otherwise abide by these
terms of use. Network Solutions reserves the right to modify these terms at any time.



**Need to get your business online?**
Our professional designers
can build a custom Web site
for your business.
$45.79/month, plus a $299
design fee.

Go >



**Get listed on Google® and Yahoo!®**
Get found on major search
engines like Google® and
Yahoo!®. $34.95/month, plus
a $79 setup fee.

Go >

## Law Desk

| | |
|---|---|
| **From:** | "InternetOpinionGroup" <GjA8G8ANL4xYJfxjyB8fG466KgG@trakerstat.com> |
| **To:** | <████████@yuroktribe.nsn.us> |
| **Sent:** | Monday, August 29, 2005 3:04 PM |
| **Subject:** | , Test and keep this new cell phone [text][surbl][sls] |

Claim your Moto® Razr V3 Flip Phone!



Claim your Moto® Razr V3 Flip Phone!

Moto® Razor V3 is a registered trademark of Motorola Corporation
Internet Opinion Group is not affiliated with Motorola Corporation

This is a third party advertisement sent to you by the list owner. If you no
longer wish to receive email from this advertiser, please write to Customer
Service. PO Box 330520, Mountain View, CA 94039-0520 or visit our
email preference page by clicking here. If you do not wish to receive
correspondence from the list manager, you will need to follow instructions
provided by the list manager on how to remove yourself from their list.

To remove your address from this publisher's list
Please click here.

Removal Request:
7327 SW Barnes Rd. #105
Portland, OR 97225-6119

8/18/2006

Header information for Email No: 4:

Received: by radc.com from localhost
    (router,SLmail V5.1); Mon, 29 Aug 2005 14:00:22 -0700
    for <spam>
Received: from filter.radc.com [216.101.97.8]
 by radc.com [216.101.97.3] (SLMail Pro) with ESMTP
 id 25BE66A019BA422491385E987BEBEA21
 for <spam@radc.com>; Mon, 29 Aug 2005 14:00:19 -0700
Received: from xo1.trakerstat.com [63.208.227.168]
        by filter.radc.com
        with XWall v3.33 ;
        Mon, 29 Aug 2005 14:00:13 -0700
Received: by XO1.trakerstat.com id h2dre607blk0; Mon, 29 Aug 2005 13:58:09 -
0700 (envelope-from <7996.2427710@trakerstat.com>)
X-XWall-SLS-Service: sbl-xbl.spamhaus.org
X-XWall-SLS-IP: xo1.trakerstat.com [63.208.227.168]
X-XWall-Bayes: 55
X-XWall-Heuristic: 31
X-XWall-Spam: text sls surbl
X-XWall-SURBL: trakerstat.com
From: InternetOpinionGroup
<GjA8G8ANL4xYJfxjyB8fG466KgG@trakerstat.com>
To: "██████@yuroktribe.nsn.us" <███████@yuroktribe.nsn.us>
Reply-To: "GjA8G8ANL4xYJfxjyB8fG466KgG@trakerstat.com"
<GjA8G8ANL4xYJfxjyB8fG466KgG@trakerstat.com>
Subject: , Test and keep this new cell phone [text][surbl][sls]
Date: Mon, 29 Aug 2005 15:04:07 -0700
X-Assembled-By: XWall v3.33
Message-ID: <GjA8G8ANL4xYJfxjyB8fG466KgG@trakerstat.com>
Mime-Version: 1.0
Content-Type: multipart/alternative;
        boundary="_NextPart_1_HLajoetbkwlTZTViemHPfybpSwA"
X-SLUIDL: B9A441E8-385B491A-B4C20883-66CAAB62



Login                                                                    Your cart is empty

# Network Solutions

## WHOIS Search Results



| Become a trusted site! | |
| Buy an **SSL Certificate** for as low as $99 per year | Continue ➢ |

### WHOIS Record For

**trakerstat.com**



Certified Offer Service - Make an offer on this domain
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

Registration and WHOIS Service provided by directNIC.com

Intercosmos Media Group, Inc. provides the data in the directNIC.com
Registrar WHOIS database for informational purposes only. The information
may only be used to assist in obtaining information about a domain name's
registration record.

directNIC makes this information available "as is", and does not guarantee
its accuracy.

Registrant:
trakerstat.com
2269 Chestnut St.
#631
San Francisco, CA 94123
US
415-294-4959


Domain Name: TRAKERSTAT.COM

Administrative Contact:
Assistance, Technical info@trakerstat.com
2269 Chestnut St.
#631
San Francisco, CA 94123
US
415-294-4959


Technical Contact:
Assistance, Technical info@trakerstat.com
2269 Chestnut St.
#631
San Francisco, CA 94123
US
415-294-4959


Record last updated 06-13-2005 08:29:10 PM
Record expires on 06-13-2007

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
  Domain Name
  NIC Handle
  IP Address



Record created on 06-13-2005

Domain servers in listed order:
    NS0.DIRECTNIC.COM       204.251.10.100
    NS1.DIRECTNIC.COM       206.251.177.2

By submitting a WHOIS query, you agree you will use this data only for
lawful purposes. You also agree that, under no circumstances, will you use
this data to: (a) allow, enable, or otherwise support the transmission by
email, telephone, or facsimile of mass, unsolicited, commercial advertising
or solicitations to entities other than the data recipient's own existing
customers; or to (b) enable high volume, automated, electronic processes
that send queries or data to the systems of any Registry Operator or
ICANN-accredited registrar.

The compilation, repackaging, dissemination, or other use of this WHOIS
data is expressly prohibited without the prior written consent of
directNIC.com.

directNIC.com reserves the right to terminate your access to its WHOIS
database in its sole discretion, including without limitation, for
excessive querying of the database or for failure to otherwise abide by
this policy.

directNIC reserves the right to modify these terms at any time.

NOTE: THE WHOIS DATABASE IS A CONTACT DATABASE ONLY.
LACK OF A DOMAIN RECORD DOES NOT SIGNIFY DOMAIN AVAILABILITY.

The previous information has been obtained either directly from the registrant or a
registrar of the domain name other than Network Solutions. Network Solutions, therefore,
does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| Current Registrar: | INTERCOSMOS MEDIA GROUP, INC. D/B/A DIRECTNIC.COM |
| --- | --- |
| IP Address: | 63.208.227.141 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-ARIZONA-TEMPE |
| Record Type: | Domain Name |
| Server Type: | IIS 5 |
| Lock Status: | REGISTRAR-LOCK |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Web Site Title: | Removal Form |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 1 |
| Data as of: | 06-Mar-2006 |

your domain name registration be included in a public database known as WHOIS. To learn
about actions you can take to protect your WHOIS information visit
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes or for the
purpose or purposes of using the data in any manner that violates these terms of use. The
Data in Network Solutions' WHOIS database is provided by Network Solutions for
information purposes only, and to assist persons in obtaining information about or related to
a domain name registration record. Network Solutions does not guarantee its accuracy. By
submitting a WHOIS query, you agree to abide by the following terms of use: You agree that
you may use this Data only for lawful purposes and that under no circumstances will you use
this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2)
enable high volume, automated, electronic processes that apply to Network Solutions (or its
computer systems). The compilation, repackaging, dissemination or other use of this Data is

expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $45.79/month, plus a $299 design fee.



**Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.

Domain Name Registration  |  Web Hosting  |  Web Site Design  |  SSL Certificates  |  E-Commerce Solutions  |  Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.





"An outstanding customer service experience"
- J.D. Power & Associates

NetworkSolutions

Login

Your cart is empty



## WHOIS Search Results



**FREE DOMAIN TRANSFER**
**with any annual Web Site package**   » LEARN MORE

### SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
Domain Name
NIC Handle
IP Address



**WHOIS Record For**

**63.208.227.168**
**Record Type:**            IP Address

Level 3 Communications, Inc. LEVEL4-CIDR (NET-63-208-0-0-1)
63.208.0.0 - 63.215.255.255
CWIE, LLC LVLT-CWIE-63-208-227-128 (NET-63-208-227-128-1)
63.208.227.128 - 63.208.227.255

When you register a domain name, current policies require that the contact information for
your domain name registration be included in a public database known as WHOIS. To learn
about actions you can take to protect your WHOIS information visit
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes or for the
purpose or purposes of using the data in any manner that violates these terms of use. The
Data in Network Solutions' WHOIS database is provided by Network Solutions for
information purposes only, and to assist persons in obtaining information about or related to
a domain name registration record. Network Solutions does not guarantee its accuracy. By
submitting a WHOIS query, you agree to abide by the following terms of use: You agree that
you may use this Data only for lawful purposes and that under no circumstances will you use
this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2)
enable high volume, automated, electronic processes that apply to Network Solutions (or its
computer systems). The compilation, repackaging, dissemination or other use of this Data is
expressly prohibited without the prior written consent of Network Solutions. You agree not to
use high-volume, automated, electronic processes to access or query the WHOIS database.
Network Solutions reserves all rights and remedies it now has or may have in the future,
including, but not limited to, the right to terminate your access to the WHOIS database in its
sole discretion, for any violations by you of these terms of use, including without limitation,
for excessive querying of the WHOIS database or for failure to otherwise abide by these
terms of use. Network Solutions reserves the right to modify these terms at any time.



**Need to get your business**
**online?**
Our professional designers
can build a custom Web site
for your business.
$45.79/month, plus a $299
design fee.

Go »



**Get listed on Google® and**
**Yahoo!®**
Get found on major search
engines like Google® and
Yahoo!®. $34.95/month, plus
a $79 setup fee.

Go »

Domain Name Registration  |  Web Hosting  |  Web Site Design  |  SSL Certificates  |  E-Commerce Solutions  |  Internet Marketing

Login                                                    Your cart is empty

# Network**Solutions**



## WHOIS Search Results

---

**Search Engine Visibility**
Optimize your Web site for higher search engine rankings!
$34.95 per month

Continue ▸

---

## WHOIS Record For

**InternetOpinionGroup.com**



Certified Offer Service - Make an offer on this domain
Private Registration - Make personal information for this domain private
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

**Registrant:**                    Make this info private
Inc., YFDirect

PO Box 212
Noonan, ND 58765
US

**Domain Name:** INTERNETOPINIONGROUP.COM

**Administrative Contact , Technical Contact :**
Inc., YFDirect
netsol-0106@netblue.com
PO Box 212
Noonan, ND 58765
US
Phone: 801-316-0555
Fax: 999-999-9999

**Record expires on** 22-Oct-2007
**Record created on** 22-Oct-2004
**Database last updated on** 13-Sep-2005

**Domain servers in listed order:**           Manage DNS

UDNS1.ULTRADNS.NET                 204.69.234.1
UDNS2.ULTRADNS.NET                 204.74.101.1

Show underlying registry data for this record

**Current Registrar:** NETWORK SOLUTIONS, LLC.
**IP Address:**         208.67.28.43  (ARIN & RIPE IP search)
**IP Location:**        -(-)
**Record Type:**        Domain Name
**Server Type:**        Apache 1
**Lock Status:**        REGISTRAR-LOCK
**Web Site Status:**    Active
**DMOZ**                no listings
**Y! Directory:**       see listings

### SEARCH AGAIN

**Enter a search term:**

e.g. networksolutions.com

**Search by:**
Domain Name
NIC Handle
IP Address



| Web Site Title: | ipods.freepay.com |
| Secure: | No |
| E-commerce: | Yes |
| Traffic Ranking: | 1 |
| Data as of: | 05-Jul-2006 |

your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

 **Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$45.79/month, plus a $299 design fee.

 **Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.

Domain Name Registration  |  Web Hosting  |  Web Site Design  |  SSL Certificates  |  E-Commerce Solutions  |  Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.

 **BBB**OnLine·
RELIABILITY
PROGRAM

 "An outstanding customer service experience"
- J.D. Power & Associates