# Law Desk

| | |
|---|---|
| From: | "$1800.00 value!" <return@savingsfly.info> |
| To: | <███████@radc.com> |
| Sent: | Monday, August 29, 2005 2:00 AM |
| Subject: | Congratulations- Your Complimentary LG Washer/Dryer Combo is waiting [surbl] |

BigWin.com is not affiliated with any of the above brands

8/18/2006

**savingsfly.info**
1710 Mission Street San Rafael, CA 94901

8/18/2006

Header information for Email No: 5:

```
Received: by radc.com from localhost
    (router,SLmail V5.1); Mon, 29 Aug 2005 01:07:18 -0700
    for <spam>
Received: from filter.radc.com [216.101.97.8]
 by radc.com [216.101.97.3]  (SLMail Pro) with ESMTP
 id DE21B92BFB7F416F9AF0D20417FAA2A3
 for <spam@radc.com>; Mon, 29 Aug 2005 01:07:12 -0700
Received: from srv.launchmediaonline.com [216.22.59.12]
        by filter.radc.com
        with XWall v3.33 ;
        Mon, 29 Aug 2005 01:07:09 -0700
X-XWall-Bayes: 47
X-XWall-Heuristic: 45
X-XWall-Spam: surbl
X-XWall-SURBL: savingsfly.info
From: "$1800.00 value!" <return@savingsfly.info>
To: ███████@radc.com
Subject: Congratulations- Your Complimentary LG Washer/Dryer Combo is
waiting [surbl]
Date: Mon, 29 Aug 2005 02:00:52 -0700
X-Assembled-By: XWall v3.33
Message-ID: <1125302452.2439@savingsfly.info>
Mime-Version: 1.0
Content-Type: multipart/alternative;
        boundary="_NextPart_1_ajoetbkwlTZTViemHPfybpSwAJC"
X-SLUIDL: AA64614A-9A6A4D44-BDF8ED64-6108B9CC
```

Login     Your cart is empty 

# NetworkSolutions

# WHOIS Search Results



Does your Web site need a face lift?
Let our experts evaluate your Web site, for FREE!      Click Here >

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
- Domain Name
- NIC Handle
- IP Address

WHOIS Record For

216.22.59.12
Record Type:                    IP Address

```
OrgName:    ServInt Corp.
OrgID:      SRVN
Address:    6861 Elm Street
Address:    Suite 4-E
City:       McLean
StateProv:  VA
PostalCode: 22101
Country:    US

NetRange:   216.22.0.0 - 216.22.63.255
CIDR:       216.22.0.0/18
NetName:    SERVINT-CIDR-2
NetHandle:  NET-216-22-0-0-1
Parent:     NET-216-0-0-0-0
NetType:    Direct Allocation
NameServer: NS.SERVINT.COM
NameServer: NS2.SERVINT.COM
Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:    1998-07-14
Updated:    2003-11-05

RTechHandle: NO178-ARIN
RTechName:   Network Operations
RTechPhone:  +1-703-847-1421
RTechEmail:  noc@servint.com

OrgTechHandle: NO178-ARIN
OrgTechName:   Network Operations
OrgTechPhone:  +1-703-847-1421
OrgTechEmail:  noc@servint.com
```

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use

this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.


**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $45.79/month, plus a $299 design fee.


**Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.

Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.




"An outstanding customer service experience"
- J.D. Power & Associates

# NetworkSolutions

Login · Your cart is empty 



## WHOIS Search Results

Secure your Web site for important online transactions.
Network Solutions SSL Certificates
as low as $99 a year!     » LEARN MORE

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
- Domain Name
- NIC Handle
- IP Address



### WHOIS Record For

**BigWin.com**



Certified Offer Service - Make an offer on this domain
Private Registration - Make personal information for this domain private
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

**Registrant:**   Make this info private
Inc., YFDirect

PO Box 212
Noonan, ND 58765
US

**Domain Name:** BIGWIN.COM

**Administrative Contact , Technical Contact :**
Inc., YFDirect
netsol-0106@netblue.com
PO Box 212
Noonan, ND 58765
US
Phone: 801-316-0555
Fax: 999-999-9999

Record expires on 11-Nov-2010
Record created on 06-May-2005
Database last updated on 11-May-2005

**Domain servers in listed order:**    Manage DNS

UDNS1.ULTRADNS.NET      204.69.234.1
UDNS2.ULTRADNS.NET      204.74.101.1

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 208.67.28.38 (ARIN & RIPE IP search) |
| IP Location: | -(-) |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | REGISTRAR-LOCK |
| Web Site Status: | Active |
| DMOZ: | no listings |
| Y! Directory: | see listings |

| | |
|---|---|
| Web Site Title: | BigWin.com |
| Secure: | No |
| E-commerce: | Yes |
| Traffic Ranking: | 1 |
| Data as of: | 05-Jul-2006 |

your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.


**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
 $45.79/month, plus a $299 design fee.


**Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.
Go

Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.



"An outstanding customer service experience"
- J.D. Power & Associates

# NetworkSolutions

Login                                  Your cart is empty

## WHOIS Search Results



**FREE DOMAIN TRANSFER** with any annual Web Site package » LEARN MORE

SEARCH AGAIN

Enter a search term:

e.g. networksolutions.com

Search by:
- Domain Name
- NIC Handle
- IP Address

### WHOIS Record For

**savingsfly.info**

Certified Offer Service - Make an offer on this domain
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

Access to INFO WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Afilias registry database. The data in this record is provided by Afilias Limited for informational purposes only, and Afilias does not guarantee its accuracy. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Afilias reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

```
Domain ID:D10419128-LRMS
Domain Name:SAVINGSFLY.INFO
Created On:15-Jun-2005 23:29:42 UTC
Last Updated On:27-Jul-2006 13:04:57 UTC
Expiration Date:15-Jun-2007 23:29:42 UTC
Sponsoring Registrar:eNom, Inc. (R126-LRMS)
Status:PENDING DELETE RESTORABLE
Status:HOLD
Registrant ID:C10325423-LRMS
Registrant Name:Whois Protection Service - ProtectFly.com
Registrant Organization:RegisterFly.com - Ref# 18833900
Registrant Street1:230 Park Avenue
Registrant Street2:Suite 864
Registrant Street3:
Registrant City:New York
Registrant State/Province:NY
Registrant Postal Code:10169
Registrant Country:US
Registrant Phone:
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:18833900.fly@spamfly.com
Admin ID:C10325423-LRMS
Admin Name:Whois Protection Service - ProtectFly.com
Admin Organization:RegisterFly.com - Ref# 18833900
Admin Street1:230 Park Avenue
```

Admin Street2:Suite 864  
Admin Street3:  
Admin City:New York  
Admin State/Province:NY  
Admin Postal Code:10169  
Admin Country:US  
Admin Phone:  
Admin Phone Ext.:  
Admin FAX:  
Admin FAX Ext.:  
Admin Email:18833900.fly@spamfly.com  
Billing ID:C10325423-LRMS  
Billing Name:Whois Protection Service - ProtectFly.com  
Billing Organization:RegisterFly.com - Ref# 18833900  
Billing Street1:230 Park Avenue  
Billing Street2:Suite 864  
Billing Street3:  
Billing City:New York  
Billing State/Province:NY  
Billing Postal Code:10169  
Billing Country:US  
Billing Phone:  
Billing Phone Ext.:  
Billing FAX:  
Billing FAX Ext.:  
Billing Email:18833900.fly@spamfly.com  
Tech ID:C10325423-LRMS  
Tech Name:Whois Protection Service - ProtectFly.com  
Tech Organization:RegisterFly.com - Ref# 18833900  
Tech Street1:230 Park Avenue  
Tech Street2:Suite 864  
Tech Street3:  
Tech City:New York  
Tech State/Province:NY  
Tech Postal Code:10169  
Tech Country:US  
Tech Phone:  
Tech Phone Ext.:  
Tech FAX:  
Tech FAX Ext.:  
Tech Email:18833900.fly@spamfly.com  
Name Server:DNS1.NAME-SERVICES.COM  
Name Server:DNS2.NAME-SERVICES.COM  
Name Server:DNS3.NAME-SERVICES.COM  
Name Server:DNS4.NAME-SERVICES.COM  
Name Server:DNS5.NAME-SERVICES.COM  
Name Server:  
Name Server:  
Name Server:  
Name Server:  
Name Server:  
Name Server:  
Name Server:  
Name Server:  

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| **Record Type:** | Domain Name |
| **Server Type:** | Indeterminate |
| **DMOZ** | no listings |
| **Y! Directory:** | see listings |
| **Secure:** | No |
| **E-commerce:** | No |
| **Traffic Ranking:** | Not available |

Data as of:   14-Jun-2005

about actions you can take to protect your WHOIS information visit
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.


**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$45.79/month, plus a $299 design fee.



**Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.

Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.



"An outstanding customer service experience"
- J.D. Power & Associates

# NetworkSolutions

Login        Your cart is empty

## WHOIS Search Results



**Does your Web site need a face lift?**
Let our experts evaluate your Web site, for FREE!    [ Click Here ]

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
- Domain Name
- NIC Handle
- IP Address

### WHOIS Record For

launchmediaonline.com

Certified Offer Service - Make an offer on this domain
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

```
The data contained in GoDaddy.com, Inc.'s Whols database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


Registrant:
   Domains by Proxy, Inc.
   DomainsByProxy.com
   15111 N. Hayden Rd., Ste 160, PMB 353
   Scottsdale, Arizona 85260
   United States

   Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
   Domain Name: LAUNCHMEDIAONLINE.COM
      Created on: 24-Oct-03
      Expires on: 24-Oct-07
      Last Updated on: 06-Dec-05

   Administrative Contact:
      Private, Registration  LAUNCHMEDIAONLINE.COM@domainsbyproxy.com
      Domains by Proxy, Inc.
      DomainsByProxy.com
      15111 N. Hayden Rd., Ste 160, PMB 353
      Scottsdale, Arizona 85260
      United States
      (480) 624-2599

   Technical Contact:
```

Private, Registration LAUNCHMEDIAONLINE.COM@domainsbyproxy.com
Domains by Proxy, Inc.
DomainsByProxy.com
15111 N. Hayden Rd., Ste 160, PMB 353
Scottsdale, Arizona 85260
United States
(480) 624-2599

Domain servers in listed order:
NS1.ALCHEMY.NET
NS2.ALCHEMY.NET

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | GO DADDY SOFTWARE, INC. |
| IP Address: | 209.132.210.16  (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-CALIFORNIA-CULVER CITY |
| Record Type: | Domain Name |
| Server Type: | Indeterminate |
| Lock Status: | REGISTRAR-LOCK |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 28-Nov-2005 |

your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$45.79/month, plus a $299 design fee.


**Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.

## Law Desk

| | |
|---|---|
| From: | "Limited Quantity Left" <return@calike.info> |
| To: | <██████@radc.com> |
| Sent: | Friday, September 02, 2005 3:14 AM |
| Subject: | Congratulations! Your Complimentary Kenmore Refrigerator is pending. $2099.88 value! [subj] |

BigWin.com is not affiliated with any of the above brands



**calike.info**
4740 W. 162nd Street Suite 105 Lawndale, CA 90260

Header information for Email No. 6:

```
Received: by radc.com from localhost
    (router,SLmail V5.1); Fri, 02 Sep 2005 02:12:35 -0700
    for <spam>
Received: from filter.radc.com [216.101.97.8]
 by radc.com [216.101.97.3]  (SLMail Pro) with ESMTP
 id 1E41490338654653B4CFECA4F3F46FBD
 for <spam@radc.com>; Fri, 02 Sep 2005 02:12:29 -0700
Received: from calike.info [216.22.59.84]
        by filter.radc.com
        with XWall v3.33 ;
        Fri, 2 Sep 2005 02:12:24 -0700
X-XWall-Bayes: 40
X-XWall-Heuristic: 45
X-XWall-Spam: subj
From: Limited Quantity Left <return@calike.info>
To: ▇▇▇▇@radc.com
Subject: Congratulations! Your Complimentary Kenmore Refrigerator is pending. $2099.88 value! [subj]
Date: Fri, 2 Sep 2005 03:14:43 -0700
X-Assembled-By: XWall v3.33
Message-ID: <1125652483.1722@calike.info>
Mime-Version: 1.0
Content-Type: multipart/alternative;
        boundary="_NextPart_1_LajoetbkwlTZTViemHPfybpSwAJ"
X-SLUIDL: 6CF089F1-6DE34500-BD088041-2E358B6E
```



Login                                  Your cart is empty  

# WHOIS Search Results

Become a trusted site!
Buy an **SSL Certificate** for as low as $99 per year     [ Continue » ]

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
  Domain Name
  NIC Handle
  IP Address

**WHOIS Record For**

216.22.59.84
Record Type:                    IP Address

```
OrgName:    ServInt Corp.
OrgID:      SRVN
Address:    6861 Elm Street
Address:    Suite 4-E
City:       McLean
StateProv:  VA
PostalCode: 22101
Country:    US

NetRange:   216.22.0.0 - 216.22.63.255
CIDR:       216.22.0.0/18
NetName:    SERVINT-CIDR-2
NetHandle:  NET-216-22-0-0-1
Parent:     NET-216-0-0-0-0
NetType:    Direct Allocation
NameServer: NS.SERVINT.COM
NameServer: NS2.SERVINT.COM
Comment:    ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:    1998-07-14
Updated:    2003-11-05

RTechHandle: NO178-ARIN
RTechName:   Network Operations
RTechPhone:  +1-703-847-1421
RTechEmail:  noc@servint.com

OrgTechHandle: NO178-ARIN
OrgTechName:   Network Operations
OrgTechPhone:  +1-703-847-1421
OrgTechEmail:  noc@servint.com
```

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use

this Data to: (1) allow, enable, or othe...se support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**Need to get your business online?**
Our professional designers can build a custom Web site for your business. $45.79/month, plus a $299 design fee.



**Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.

---

Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.




"An outstanding customer service experience"
- J.D. Power & Associates



Login   Your cart is empty

# WHOIS Search Results

Does your Web site need a face lift?
Let our experts evaluate your Web site, for FREE!   

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
Domain Name
NIC Handle
IP Address

## WHOIS Record For

calike.info

Certified Offer Service - Make an offer on this domain
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

Access to INFO WHOIS information is provided to assist persons in determining the contents of a domain name registration record in the Afilias registry database. The data in this record is provided by Afilias Limited for informational purposes only, and Afilias does not guarantee its accuracy. This service is intended only for query-based access. You agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (a) allow, enable, or otherwise support the transmission by e-mail, telephone, or facsimile of mass unsolicited, commercial advertising or solicitations to entities other than the data recipient's own existing customers; or (b) enable high volume, automated, electronic processes that send queries or data to the systems of Registry Operator, a Registrar, or Afilias except as reasonably necessary to register domain names or modify existing registrations. All rights reserved. Afilias reserves the right to modify these terms at any time. By submitting this query, you agree to abide by this policy.

```
Domain ID:D10782064-LRMS
Domain Name:CALIKE.INFO
Created On:31-Aug-2005 01:09:13 UTC
Last Updated On:30-Oct-2005 20:31:17 UTC
Expiration Date:31-Aug-2006 01:09:13 UTC
Sponsoring Registrar:eNom, Inc. (R126-LRMS)
Status:OK
Registrant ID:C11151359-LRMS
Registrant Name:Whois Protection Service - ProtectFly.com
Registrant Organization:RegisterFly.com - Ref# 21534742
Registrant Street1:P.O. Box 969
Registrant Street2:
Registrant Street3:
Registrant City:Margaretville
Registrant State/Province:NY
Registrant Postal Code:12455
Registrant Country:US
Registrant Phone:
Registrant Phone Ext.:
Registrant FAX:
Registrant FAX Ext.:
Registrant Email:nvn93swt29hjqfw@protectfly.com
Admin ID:C11151360-LRMS
Admin Name:Whois Protection Service - ProtectFly.com
Admin Organization:RegisterFly.com - Ref# 21534742
Admin Street1:P.O. Box 969
Admin Street2:
```

```
Admin Street3:
Admin City:Margaretville
Admin State/Province:NY
Admin Postal Code:12455
Admin Country:US
Admin Phone:
Admin Phone Ext.:
Admin FAX:
Admin FAX Ext.:
Admin Email:syt3nzsh8amk7h5@protectfly.com
Billing ID:C11151361-LRMS
Billing Name:Whois Protection Service - ProtectFly.com
Billing Organization:RegisterFly.com - Ref# 21534742
Billing Street1:P.O. Box 969
Billing Street2:
Billing Street3:
Billing City:Margaretville
Billing State/Province:NY
Billing Postal Code:12455
Billing Country:US
Billing Phone:
Billing Phone Ext.:
Billing FAX:
Billing FAX Ext.:
Billing Email:ysx2gurj15m6cj@protectfly.com
Tech ID:C11151362-LRMS
Tech Name:Whois Protection Service - ProtectFly.com
Tech Organization:RegisterFly.com - Ref# 21534742
Tech Street1:P.O. Box 969
Tech Street2:
Tech Street3:
Tech City:Margaretville
Tech State/Province:NY
Tech Postal Code:12455
Tech Country:US
Tech Phone:
Tech Phone Ext.:
Tech FAX:
Tech FAX Ext.:
Tech Email:n68ejjyw3y9nwp@protectfly.com
Name Server:DNS1.NAME-SERVICES.COM
Name Server:DNS2.NAME-SERVICES.COM
Name Server:DNS3.NAME-SERVICES.COM
Name Server:DNS4.NAME-SERVICES.COM
Name Server:DNS5.NAME-SERVICES.COM
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| IP Address: | 216.22.59.84  (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES) |
| Record Type: | Domain Name |
| Server Type: | Indeterminate |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |

Traffic Ranking: Not available
Data as of:       14-Jun-2005

about actions you can take to protect your WHOIS information visit
www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

 **Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$45.79/month, plus a $299 design fee.


 **Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.


Domain Name Registration  |  Web Hosting  |  Web Site Design  |  SSL Certificates  |  E-Commerce Solutions  |  Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.

  "An outstanding customer service experience"
- J.D. Power & Associates