## Law Desk

**From:** "Market Survey Group" <ada@olencia.com>
**To:** <[redacted]@shawandpetersen.com>
**Sent:** Saturday, September 03, 2005 2:28 AM
**Subject:** Brian, Test out this Flat Screen TV and keep it [text][sls]



Participate and get your complimentary Philips® LCD Television

MarketSurveyGroup is not affiliated with Royal Philips Electronics.

This is a third party advertisement sent to you by the list owner. If you no longer wish to receive email from this advertiser, please write to Customer Service PO Box 390500 Mountain View, CA 94039-0520 or visit our email preference page by clicking here. If you do not wish to receive correspondence from the list manager, you will need to follow instructions provided by the list manager on how to remove yourself from their list.

Removal Request:
7327 SW Barnes Rd. #105
Portland, OR 97225-6119

8/21/2006

## Law Desk

**From:** "Market Survey Group" <ada@olencia.com>
**To:** <█████@shawandpetersen.com>
**Sent:** Saturday, September 03, 2005 2:28 AM
**Subject:** Brian, Test out this Flat Screen TV and keep it [text][sls]



Participate and get your complimentary Philips® LCD Television

MarketSurveyGroup is not affiliated with Royal Philips Electronics.

This is a third party advertisement sent to you by the list owner. If you no longer wish to receive email from this advertiser, please write to Customer Service PO Box 390520 Mountain View, CA 94039-0520 or visit our email preference page by clicking here. If you do not wish to receive correspondence from the list manager, you will need to follow instructions provided by the list manager on how to remove yourself from their list.

Removal Request:
7327 SW Barnes Rd. #105
Portland, OR 97225-6119

Header information for Email No. 7:

```
Received: by radc.com from localhost
    (router,SLmail V5.1); Sat, 03 Sep 2005 01:24:15 -0700
    for <spam>
Received: from filter.radc.com [216.101.97.8]
 by radc.com [216.101.97.3] (SLMail Pro) with ESMTP
 id C9C7A7EF84044071A1BC16CE2694A774
 for <spam@radc.com>; Sat, 03 Sep 2005 01:24:13 -0700
Received: from 100-213.olancia.com [206.114.100.213]
        by filter.radc.com
        with XWall v3.33 ;
        Sat, 3 Sep 2005 01:24:07 -0700
Received: by ROK2.olencia.com id h3ao9k07blkg for
<████@shawandpetersen.com>; Sun, 4 Sep 2005 01:30:15 -0700 (envelope-
from <8642.16719931@olencia.com>)
X-XWall-SLS-Service: sbl-xbl.spamhaus.org
X-XWall-SLS-IP: 100-213.olancia.com [206.114.100.213]
X-XWall-Bayes: 47
X-XWall-Heuristic: 21
X-XWall-Spam: text sls
X-XWall-Excl: faked-from
From: Market Survey Group <ada@olencia.com>
To: "████@shawandpetersen.com" <████@shawandpetersen.com>
Reply-To: "ada@olencia.com" <ada@olencia.com>
Subject: ████ Test out this Flat Screen TV and keep it [text][sls]
Date: Sat, 3 Sep 2005 02:28:05 -0700
X-Assembled-By: XWall v3.33
Message-ID: <mlmrtGpDKdJKPKuSDfEfLdADfgJQmllm@olencia.com>
Mime-Version: 1.0
Content-Type: multipart/alternative;
        boundary="_NextPart_1_HLajoetbkwlTZTViemHPfybpSwA"
X-SLUIDL: ACE8BD3E-F75449EF-A649DF9A-6A055A9F
```

# NetworkSolutions

Login

Your cart is empty

## WHOIS Search Results

Does your Web site need a face lift?
Let our experts evaluate your Web site, for FREE!

Click Here

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
Domain Name
NIC Handle
IP Address

**WHOIS Record For**

206.114.100.213
Record Type:                IP Address

UUNET Technologies, Inc. NETBLK-UUNETCBLK-112 (NET-206-112-0-0-1)
   206.112.0.0 - 206.115.255.255
Liam Software UU-206-114-100 (NET-206-114-100-0-1)
   206.114.100.0 - 206.114.100.255

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$45.79/month, plus a $299 design fee.

Go

**Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.

Go

Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing

Law Desk

From: "MarketSurveyGroup" <efgAghKxBNY4eK8yh@tracertend.com>
To: <█████@radc.com>
Sent: Monday, September 05, 2005 6:51 AM
Subject: friend, Test out this Digital Camera and keep it [text][surbl][sis]





**Features**
- **Cutting edge technology.** 5 megapixels for super-sharp, professional looking, true-to-life photos.
- **Sleek and classy.** Easy-to-use impressive features in a sleek, stylish design.
- **Fully equipped.** Packed with features to deliver a richness and clarity of detail that gives you the freedom to create extra-large prints.

**Sign up now!**

Limited-time offer.

100% Free! Shipping and handling included.

MarketSurveyGroup.com is not affiliated with any of the above brands

This is a third party advertisement sent to you by the list owner. If you no longer wish to receive email from this advertiser, please write to Customer Service, PO Box 390520, Mountain View, CA 94039-0520 or visit our email preference page by clicking here. If you do not wish to receive correspondence from the list manager, you will need to follow instructions provided by the list manager on how to remove yourself from their list.



Removal Request:
1014 S Westlake Blvd. #14-106
Westlake Village, CA 91361

Header information for Email No. 8:

Received: by radc.com from localhost
   (router,SLmail V5.1); Mon, 05 Sep 2005 05:47:54 -0700
   for <spam>
Received: from filter.radc.com [216.101.97.8]
 by radc.com [216.101.97.3] (SLMail Pro) with ESMTP
 id EE37533C9FD64324BB2C300C9FABD368
 for <spam@radc.com>; Mon, 05 Sep 2005 05:47:53 -0700
Received: from x1.tracertend.com [63.208.227.242]
     by filter.radc.com
     with XWall v3.33 ;
     Mon, 5 Sep 2005 05:47:50 -0700
Received: by X1.tracertend.com id h3gv1q07blkb; Mon, 5 Sep 2005 05:46:20 -0700 (envelope-from <8750.85945@tracertend.com>)
X-XWall-SLS-Service: sbl-xbl.spamhaus.org
X-XWall-SLS-IP: x1.tracertend.com [63.208.227.242]
X-XWall-Bayes: 51
X-XWall-Heuristic: 31
X-XWall-Spam: text sls surbl
X-XWall-SURBL: tracertend.com
From: MarketSurveyGroup <efgAghKxBNY4eK8yh@tracertend.com>
To: "█████@radc.com" <█████@radc.com>
Reply-To: "efgAghKxBNY4eK8yh@tracertend.com"
<efgAghKxBNY4eK8yh@tracertend.com>
Subject: friend, Test out this Digital Camera and keep it [text][surbl][sls]
Date: Mon, 5 Sep 2005 06:51:49 -0700
X-Assembled-By: XWall v3.33
Message-ID: <efgAghKxBNY4eK8yh@tracertend.com>
Mime-Version: 1.0
Content-Type: multipart/alternative;
     boundary="_NextPart_1_HLajoetbkwlTZTViemHPfybpSwA"
X-SLUIDL: AC53F74B-4A414D34-AA764E43-73D43AE8

# NetworkSolutions

Login                                              Your cart is empty



# WHOIS Search Results

**Search Engine Visibility**
Optimize your Web site for higher search engine rankings!
$34.95 per month

[Continue »]

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
Domain Name
NIC Handle
IP Address

## WHOIS Record For

63.208.227.242
Record Type:                        IP Address

Level 3 Communications, Inc. LEVEL4-CIDR (NET-63-208-0-0-1)
   63.208.0.0 - 63.215.255.255
CWIE, LLC LVLT-CWIE-63-208-227-128 (NET-63-208-227-128-1)
   63.208.227.128 - 63.208.227.255

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.



**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
[Go »]  $45.79/month, plus a $299 design fee.



**Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus
[Go »]  a $79 setup fee.

Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing

## Law Desk

**From:** "Market Survey Group" <Deana@catforme.com>
**To:** <███@yuroktribe.nsn.us>
**Sent:** Friday, September 09, 2005 1:16 AM
**Subject:** Tammy, Test out this new Palm One and keep it [text][surbl][sls]

Claim your PalmOne® Treo 650!

**Market Survey Group** — Consumer Research That Earns You Big Gifts!

**THE NEW PalmOne™ Treo™ 650**

Yours...FREE*

Click here to claim!

*See offer details   ©2004 MarketSurveyGroup.com

Claim your PalmOne® Treo 650!

Treo 650 is a registered trademark of PalmOne, Inc.
MarketSurveyGroup.com is not affiliated with PalmOne, Inc.

This is a third party advertisement sent to you by the list owner. If you no longer wish to receive email from this advertiser, please write to Customer Service, PO Box 390520, Mountain View, CA 94039-0520 or visit our email preference page by clicking here. If you do not wish to receive correspondence from the list manager, you will need to follow instructions provided by the list manager on how to remove yourself from their list.

Removal Request:
7327 SW Barnes Rd. #105
Portland, OR 97225-6119

8/21/2006

Header information for Email No. 9:

Received: by radc.com from localhost
   (router,SLmail V5.1); Fri, 09 Sep 2005 00:12:44 -0700
   for <spam>
Received: from filter.radc.com [216.101.97.8]
 by radc.com [216.101.97.3] (SLMail Pro) with ESMTP
 id C988A0D8A52240479BCADA13FCE3576B
 for <spam@radc.com>; Fri, 09 Sep 2005 00:12:40 -0700
Received: from unknown.level3.net [63.208.227.198]
     by filter.radc.com
     with XWall v3.33 ;
     Fri, 9 Sep 2005 00:12:37 -0700
Received: by N1.catforme.com id h44que07blkm for
<█████@yuroktribe.nsn.us>; Fri, 9 Sep 2005 00:12:35 -0700 (envelope-from
<9343.17843068@catforme.com>)
X-XWall-SLS-Service: sbl-xbl.spamhaus.org
X-XWall-SLS-IP: unknown.level3.net [63.208.227.198]
X-XWall-Bayes: 47
X-XWall-Heuristic: 31
X-XWall-Spam: text sls surbl
X-XWall-SURBL: catforme.com
From: Market Survey Group <Deana@catforme.com>
To: "█████@yuroktribe.nsn.us" <█████@yuroktribe.nsn.us>
Reply-To: "Deana@catforme.com" <Deana@catforme.com>
Subject: Tammy, Test out this new Palm One and keep it [text][surbl][sls]
Date: Fri, 9 Sep 2005 01:16:37 -0700
X-Assembled-By: XWall v3.33
Message-ID: <mlmdzpDdDpKQgJPCtJzbAbPztJuPmIlm@catforme.com>
Mime-Version: 1.0
Content-Type: multipart/alternative;
    boundary="_NextPart_1_HLajoetbkwITZTViemHPfybpSwA"
X-SLUIDL: EAC0F1DD-37A2466E-AC5431E6-ED1F238B

Login     Your cart is empty 



# WHOIS Search Results

Become a trusted site!
Buy an SSL Certificate for as low as $99 per year     [ Continue » ]

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
Domain Name
NIC Handle
IP Address

**WHOIS Record For**

63.208.227.198
Record Type:     IP Address

Level 3 Communications, Inc. LEVEL4-CIDR (NET-63-208-0-0-1)
  63.208.0.0 - 63.215.255.255
CWIE, LLC LVLT-CWIE-63-208-227-128 (NET-63-208-227-128-1)
  63.208.227.128 - 63.208.227.255

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.


**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
[ Go » ] $45.79/month, plus a $299 design fee.


**Get listed on Google® and Yahoo!®**
Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus
[ Go » ] a $79 setup fee.

Domain Name Registration  |  Web Hosting  |  Web Site Design  |  SSL Certificates  |  E-Commerce Solutions  |  Internet Marketing

**NetworkSolutions**   Login   Your cart is empty

# WHOIS Search Results

**FREE DOMAIN TRANSFER** with any annual Web Site package » LEARN MORE

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
- Domain Name
- NIC Handle
- IP Address

**WHOIS Record For**

level3.net

Certified Offer Service - Make an offer on this domain
SSL Certificates - Make this site secure
Site Confirm Seals - Become a trusted Web Site

MarkMonitor.com - The Leader in Corporate Domain Management
------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
------------------------------------------------

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record. MarkMonitor.com
does not guarantee its accuracy. By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
    Level 3 Communications, Inc (DOM-395996)
    1025 El Dorado Blvd.
    Broomfield CO 80021
    US

Domain Name: level3.net

    Registrar Name: Markmonitor.com
    Registrar Whois: whois.markmonitor.com
    Registrar Homepage: http://www.markmonitor.com

Administrative Contact:
    Level Three Communications, Inc (NIC-14278616) Level 3 Communications, Inc
    1025 El Dorado Blvd.
    Broomfield CO 80021
    US
    DomainRegistar@level3.com
    +1.7208881000
    Fax- -
Technical Contact, Zone Contact:
    Level Three Communications, Inc (NIC-14278616) Level 3 Communications, Inc
    1025 El Dorado Blvd.
    Broomfield CO 80021
    US
    DomainRegistar@level3.com

```
+1.7208881000
Fax- -

Created on..............: 1998-Apr-01.
Expires on..............: 2007-Mar-31.
Record last updated on..: 2006-May-17 11:10:55.

Domain servers in listed order:

NS1.L3.NET
NS2.L3.NET
```

MarkMonitor.com - The Leader in Corporate Domain Management

For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | EMARKMONITOR INC. DBA MARKMONITOR |
| IP Address: | 209.245.19.41  (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-COLORADO-AURORA |
| Record Type: | Domain Name |
| Server Type: | Indeterminate |
| Lock Status: | REGISTRAR-LOCK |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 3 |
| Data as of: | 11-May-2006 |

your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

 Need to get your business online?

 Get listed on Google® and Yahoo!®

 Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee.

 Our professional designers can build a custom Web site for your business. $45.79/month, plus a $299 design fee.

Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.

  "An outstanding customer service experience"
- J.D. Power & Associates





8/21/2006

Header information for Email No. 10:

Received: by radc.com from localhost
    (router,SLmail V5.1); Thu, 15 Sep 2005 15:00:47 -0700
    for <spam>
Received: from filter.radc.com [216.101.97.8]
 by radc.com [216.101.97.3]  (SLMail Pro) with ESMTP
 id 99C583A0603B42C5951E60705C2B7FC2
 for <spam@radc.com>; Thu, 15 Sep 2005 15:00:45 -0700
Received: from mx09.brandsonetoone.com [204.92.160.43]
        by filter.radc.com
        with XWall v3.33 ;
        Thu, 15 Sep 2005 15:00:43 -0700
Received: by brandsonetoone.com id h57nh4068n08 for <█@radc.com>; Thu,
15 Sep 2005 18:00:48 -0400 (envelope-from
<NewPhone@brandsonetoone.com>)
X-XWall-SLS-Service: sbl-xbl.spamhaus.org
X-XWall-SLS-IP: mx09.brandsonetoone.com [204.92.160.43]
X-XWall-Bayes: 47
X-XWall-Heuristic: 42
X-XWall-Spam: text sls surbl
X-XWall-SURBL: brandsonetoone.com
From: New Phone <NewPhone@brandsonetoone.com>
To: "█@radc.com" <█@radc.com>
Reply-To: New Phone <NewPhone@brandsonetoone.com>
Subject: Respond now for this razor thin cell phone [text][surbl][sls]
Date: Thu, 15 Sep 2005 15:00:48 -0700
X-Assembled-By: XWall v3.33
Message-ID:
<9D7567BCB1D44247BC352C60ED78942F13426B@brandsonetoone.com>
Mime-Version: 1.0
Content-Type: multipart/alternative;
        boundary="_NextPart_1_HLajoetbkwITZTViemHPfybpSwA"
X-SLUIDL: 84D3FF44-526E4D9F-BACB46EF-0CEB4E63

Login                                      Your cart is empty

**NetworkSolutions**



# WHOIS Search Results

**FREE DOMAIN TRANSFER** with any annual Web Site package   » LEARN MORE

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
  Domain Name
  NIC Handle
  IP Address

**WHOIS Record For**

204.92.160.43
Record Type:                    IP Address

UUNET Technologies, Inc. UUNET-1-A (NET-204-92-0-0-1)
    204.92.0.0 - 204.92.255.255
4045599 Canada Inc. MUPTIMEUU12 (NET-204-92-160-0-1)
    204.92.160.0 - 204.92.160.255

When you register a domain name, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

 **Need to get your business online?** Our professional designers can build a custom Web site for your business. **Go »** $45.79/month, plus a $299 design fee.

 **Get listed on Google® and Yahoo!®** Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus a $79 setup fee. **Go »**

Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing

Login  Your cart is empty 

# NetworkSolutions

## WHOIS Search Results

 Enter the Network Solutions Win A Web Lift Contest Prize valued at more than $14,000! » LEARN MORE

**SEARCH AGAIN**

Enter a search term:
_____

e.g. networksolutions.com

Search by:
   Domain Name
   NIC Handle
   IP Address



**WHOIS Record For**

brandsonetoone.com

   Certified Offer Service - Make an offer on this domain
   SSL Certificates - Make this site secure
   Site Confirm Seals - Become a trusted Web Site

```
The data in BulkRegister, LLC WHOIS database is provided to you by
BulkRegister, LLC for information purposes only, that is, to assist you in
obtaining information about or related to a domain name registration
record.  BulkRegister, LLC makes this information available "as is", and
does not guarantee its accuracy.  By submitting a WHOIS query, you
agree that you will use this data only for lawful purposes and that,
under no circumstances will you use this data to: (1) allow, enable,
or otherwise support the transmission of mass or bulk unsolicited,
commercial advertising or solicitations via electronic mail, aka (SPAM).
(2) enable high volume, automated, electronic processes that apply
to BulkRegister, LLC (or its systems).  The compilation, repackaging,
dissemination or other use of this data is expressly prohibited without
the prior written consent of BulkRegister, LLC.  BulkRegister, LLC reserves
the right to modify these terms at any time.  By submitting this query,
you agree to abide by these terms.

HardWiredConnections
  511 Avenue of the Americas, PMB #73
  New York, NY 10011
  US

  Domain Name: BRANDSONETOONE.COM

  Administrative Contact:
     Technical Services support@hardwiredconnections.com
     HardWiredConnections
     511 Avenue of the Americas, PMB #73
     New York, NY 10011
     US
     Phone: 212-978-3727
     Fax:
  Technical Contact:
     Technical Services support@hardwiredconnections.com
     HardWiredConnections
     511 Avenue of the Americas, PMB #73
     New York, NY 10011
     US
     Phone: 212-978-3727
     Fax:
  Billing Contact:
     Technical Services support@hardwiredconnections.com
     HardWiredConnections
     511 Avenue of the Americas, PMB #73
```

```
New York, NY 10011
US
Phone: 212-978-3727
Fax:

Record updated on 2006-02-02 06:21:00
Record created on 2005-02-09
Record expires on 2007-02-09
Database last updated on 2006-08-21 17:51:22 EST

Domain servers in listed order:

NS1.AVANTDNS.NET        204.92.174.253
NS2.AVANTDNS.NET        204.92.174.254

TransferGuard LOCK Status => ENABLED
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | BULKREGISTER, LLC. |
| IP Address: | 204.92.160.32  (ARIN & RIPE IP search) |
| IP Location: | CA(CANADA)-ONTARIO-ETOBICOKE |
| Record Type: | Domain Name |
| Server Type: | Indeterminate |
| Lock Status: | ACTIVE |
| DMOZ: | no listings |
| Y! Directory: | see listings |
| Web Site Title: | BrandsOne.com |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 2 |
| Data as of: | 24-May-2006 |

your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves all rights and remedies it now has or may have in the future, including, but not limited to, the right to terminate your access to the WHOIS database in its sole discretion, for any violations by you of these terms of use, including without limitation, for excessive querying of the WHOIS database or for failure to otherwise abide by these terms of use. Network Solutions reserves the right to modify these terms at any time.

 Need to get your business online? Our professional designers can build a custom Web site for your business  Go »

 Get listed on Google® and Yahoo!® Get found on major search engines like Google® and Yahoo!®. $34.95/month, plus  Go »

a $79 setup fee.          $45.79/month, plus a $299
                          design fee.

Domain Name Registration | Web Hosting | Web Site Design | SSL Certificates | E-Commerce Solutions | Internet Marketing



Secure Your Site with an SSL Certificate

© Copyright 2006 Network Solutions. All rights reserved.

   "An outstanding customer service experience"
- J.D. Power & Associates