




E-mail to a Friend
Printer Friendly Version
Category:
**Internet Marketing Companies**

Submitted: 2/14/2005 5:53:39 PM
Modified: 12/12/2005 10:47:25 PM

AnyFreeGift.com, NetBlue, YourFreeDVDs.com, YF Direct, CreditGift.com YourGiftCards.com OfferCash.com Everyfreegift.com Market Survey Group Offer Gift Center IOG Internet Opinion Group Ripoff Non-Delivery of promised goods Mountain View California *Consumer Comment ..Internet Opinion Group

Company
**AnyFreeGift.com**
Address:
303 Bryant St 3rd Flr
Mountain View California 94041-1253
U.S.A.
Phone Number:
512-652-9015
Fax:

AnyFreeGift.com is another name for NetBlue, Inc. This company is also doing business as YourFreeDVDs.com, YF Direct, Inc., CreditGift.com, YourGiftCards.com, OfferCash.com, everyfreegift.com, Market Survey Group, Offer Gift Center, IOG, and Internet Opinion Group.
Additional Phone Numbers are: 512-652-9015, 866-383-3733, 650 810-1200

I signed up for their "Free XBox - a $199 value" promotion the beginning of September. I completed the two required offers, filled out the certificate, and mailed both certificates certified, return receipt requested. The certificates were received by AnyFreeGift.com on 12/10/2004. Depending where on their website you look, they state that your gift will arrive in 4-6 weeks or 6-8 weeks. I have not received anything. I have repeatedly tried to contact them through their "Contact Us" page, with no response.

I finally found their phone number (It's not listed on THEIR website!) and called. I spoke to a woman who stated that she is a subcontractor that is hired to answer the phone and handle complaints. I explained that I had not received the promised item. She said that they have not been able to acquire any XBOXs, that no one is willing to sell them any, so "When my name comes to the top of the list" they will send me a $149 check to buy my own XBOX. I asked when my name would arrive at the top of the list since it's already need longer than





promised. She said she had no idea. I told her $149 is unacceptable when the advertisement clearly list "a $199 value". I expect a check for $199. She said to call back in a few weeks when my check arrives. I asked her to indicate in my records that I expected the whole value. She says she has no way of getting any information to the company, she is just their to field complaints. I asked why I wasn't notified if their was an issue and they couldn't get me the merchandise. She said they have no way to contact me unless I call in! When she answered the phone she required my e-mail address because all records are indexed by address! I asked why she didn't use my e-mail address and she said she couldn't look at that until I call in.

So right now I have completed my end of the contract, but I have not received anything from AnyFreeGift.com. What a run-around with no satisfaction. I searched the web and can't get the XBOX for $149. How can they change the terms of the contract? Is that legal?

Donna
Woodstock, Maryland
U.S.A.

### Prescription Drug Card Rip-Off?

Are you a member of a prescription drug plan or do you have a prescription drug card through any organization, such as

- SaveRx
- MatureRx
- CoventryAdvantraRx
- Humana
- Unicare
- HealthNet
- SierraRx
- United Healthcare
- VeteransAdvantage

If so, you may have unknowingly been injured financially and therefore be entitled to reimbursement of your losses.

To see if you were injured and whether you are eligible to be a member of a class action to recover your losses please contact classaction@earthlaw.com

### Company Search

If you would like to see more Rip-off Reports[TM] on AnyFreeGift.com, please use the search box below

[AnyFreeGift.com]   [Search]

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.



Rip-off Report Corporate Advocacy Business Remediation & Customer Satisfaction Program: ED Magedson, Founder Rip-off Report explains how this program works to benefit consumers & businesses

**Rebuttal** Consumer Comment
Submitted: 2/22/2005 10:51:46 PM Modified: 2/22/2005 11:38:57 PM

### Internet Opinion Group

It is imperative to always read the fine print. I cannot stress it enough! While this goes for any contract, it is especially important in the relatively unregulated world of internet commerce.

The Internet Opinion Group has a legal "out" in its contract with users. The terms are found on its website.

A.8) TERMINATION AND CANCELLATION.

"At its sole discretion and for any reason or no reason at all [the company] may terminate any Members without prior notice for... (g) any other reason at the discretion of InternetOpinionGroup.COM."

To initially qualify for a free gift, a person must become a member. The company can cancel a membership for any reason - without notice, at any time. Cancellation effectively terminates the chance to get a free gift.

Section D, which covers the specific terms for free gifts, outlines a couple more ways that can absolve the company from delivering its advertised gifts to members.

In response to Donna's question: Yes, the company states in its contract that it can change the terms. This can be legal, but there will be instances where a court will find a contract unfair and unconscionable - especially when one party has considerably more authority over the contract provisions.

CLICK HERE

Hammocks on Sale!
Hammocks Free Shipping On Sale!
Artist Pino Daeni

WANTED DEAD BEAT DADS & MOMS PUT YOUR DEADBEAT SPOUSE ON TV!!! So maybe you can finally

**COLLECT $$$ WANTED**
Moms or dads who are owed more than six months child support by a deadbeat spouse... After you filed your Rip-off Report email us at EDitor@ripoffreport.com Rip-off Report will forward your filed Report to Producers.


Beach toys for less!

Add pictures to your Rip-off Report

But keep the faith. I did come across some positive reports from people who received gifts - and I'm hoping things will turn out well for those of us who are presently frustrated with the company.

Brian - New York, New York
U.S.A.

**Rebuttal** Consumer Comment
Submitted: 12/12/2005 3:44:57 PM   Modified: 12/12/2005 3:44:57 PM

## My experience was positive

I'm sorry to hear that this was such a difficult process.

I'm not writing this in any way to defend the practices you've experienced. I just know that my experience was entirely positive, so perhaps there is hope for you.

sorry, ...allowing you to give a competitors name would instigate others to just file against their competition, to only come back later to suggest their company... your comments on this policy are welcome! CLICK here to see why Rip-off Report, as a matter of policy. deleted either a phone number, link or e-mail address from this Report.

I worked with (((REDACTED))). The offer was that if I signed up for an American Express card, I could receive a free DVD player. I just needed to make a single purchase and then proceed to remain with the card for three months in order to receive my free player.

At the end of the 3 month period, I had to remind *them* via email that my trial period was over and based on their terms, I was entitled to my player. They emailed me almost immediately back (within a day) and they gave me a link to a "gift certificate" page. All I had to do was complete it and they would mail my product.

I received a Daewoo DVD Player via UPS in less than 4 weeks and although it was a low-end model, it actually works like a charm . . .better than my $200 DVD player in fact.

I have always been skeptical of those flashing pop-ups that said I could win a free anything (and to this day, I still am). I knew I needed a credit card and really had nothing to lose other than my junk-free email address (which got spammed often after I signed up). Since they didn't seem to even know I got a credit card and took my word for it, in some ways, I think I could have easily put one over on them.

I wish you luck with them. Since every part of my transaction was exactly as they described, I'd like to think they're an honest business, but from your report and others, I'm not so sure anymore.

Good luck.
Joe

Mike - Phoenix, Arizona
Canada

**REBUTTAL BOX**
**MY COMPANY HAS BEEN REPORTED!**
HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them

know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.
CLICK HERE to File your OWN Rip-Off Report



Feel free to send us suggestions and comments to our editorial staff.

Technical questions can be addressed to our webmaster.

Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.

Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com



Submitted: 11/9/2005 2:17:14 PM
Modified: 11/9/2005 2:17:00 PM

Category:
Internet Marketing Companies

# EveryFreeGift - YF Direct - NetBlue - AnyFreeGift How to get around their methods. ripoff Mountain View California

Company
**EveryFreeGift - YF Direct - NetBlue - AnyFreeGift**
Address:
Mountain View California
U.S.A.
Phone:
801-316-0555
Fax: -

I have also had trouble with EveryFreeGift.com, though I have gotten some freebies from these kinds of websites in the past. Of course, they aren't going to be too interested in actually following through with their offers. In case you're having trouble "setting up or retrieving" your password, try this address with your entire email address after the equals sign:
http://www.everyfreegift.com/confirmation.jsp?email=

Example: http://www.everyfreegift.com/confirmation.jsp?email=bobjoelewis@somecompany.com

Otherwise, it's repeatedly calling (and waiting on hold) harassing all the way. It is VERY tricky to get these freebies, but it can be done. Whenever I try these websites, I take down all phone numbers and get all the info on the requirements of the offer that I can and make sure that it never costs me any money. Check out how many offers you have to complete before starting the process. If Offers Page 3 requires you to either start a membership with nymphos.com or refinance your car loan, you're probably not going to be able to complete enough offers. Try another "gift". Follow-up and ride their asses if necessary. If you truly complete the offers, they have to give you SOMETHING and they know it.

A few phone numbers for these companies:
801-316-0555
866-383-3733
650-810-1200
512-652-6018

I was on hold for a looooooong time, but finally got through with the first number.

Good luck!

Stacy
Centralia, Missouri

U.S.A.

**Company Search**

If you would like to see more Rip-off Reports™ on EveryFreeGift - YF Direct - NetBlue - AnyFreeGift, please use the search box below

[ EveryFreeGift - YF Direct - NetBlue - AnyFreeGift ]    [ Search ]

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

---

**REBUTTAL BOX**
**MY COMPANY HAS BEEN REPORTED!**
**HOW DO I RESPOND?**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.

or

***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

---

| Feel free to send us suggestions and comments to our editorial staff. | Technical questions can be addressed to our webmaster. | Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports. | Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help |

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com



Submitted: 5/11/2005 1:27:05 AM
Modified: 5/11/2005 1:27:00 AM

Category:
Internet Marketing Companies

# Netblue, Internetopiniongroup, Yourgiftcards, Everyfreegift, Anyfreegift, Offergift, Yourfreepsps Netblue Exec. Contact Info rip off scam Mountain View, CA California

Company
**Netblue, Internetopiniongroup, Yourgiftcards, Everyfreegift, Anyfreegift, Offergift, Yourfreepsps**
Address:
300 Bryant St
Mountain View, CA California 94035
U.S.A.
Phone:
408-667-3164
Fax: -
Email: ken@netblue.com

This damn company scam my friends and I and many other people! we hated them! after months and months of research we found out all their top executive info....IF YOU WANT YOUR GIFT CALL THEM! These a$$hole made millions scaming people here are their contact info:

Founder & President
408.667.3164 - cell
ken@netblue.com

Steve Lombardi - VP Marketing
steve@netblue.com
YIM: stevenlombardi
AIM: stevelombardi11
p: 650-810-1361
f: 650-810-1300

Art Shaw - CEO
650.810.1256
ashaw@netblue.com

James Walker - VP Client Services
650.810.1231
510.757.5928
jwakjer@netblue.com
IM - (AIM) LaverdaJames

igotscammed
queen, New York
U.S.A.

## Company Search

If you would like to see more Rip-off Reports™ on Netblue, Internetopiniongroup, Yourgiftcards, Everyfreegift, Anyfreegift, Offergift, Yourfreepsps, please use the search box below

| Netblue, Internetopiniongroup, Yourgiftcards, Everyfr | Search |

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

---

### REBUTTAL BOX
### MY COMPANY HAS BEEN REPORTED!
### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!
CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.
CLICK HERE to File your OWN Rip-Off Report

---

Feel free to send us suggestions and comments to our editorial staff.    Technical questions can be addressed to our webmaster.    Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports.    Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com



Category:
Internet Marketing Companies

Submitted: 4/4/2005 10:18:08 PM
Modified: 4/4/2005 10:18:00 PM

## Internet Opinion Group - YF Direct - Netblue, misled, deceived, beguiled, betrayed, befoolled, chicaned, flimflammed, foolled, gulled, hoaxed, hoodwinked, hornswoggled, tricked, deluded, double-crossed, or otherwise RIPOFF Mountain View California

Company
**Internet Opinion Group - YF,- Direct, - Netblue**
Address:
Netblue, 303 Bryant St,
Mountain View California 94041
U.S.A.
Phone:
650-810-1200
Fax: -
Email: pr@netblue.com; elizabeth@netblue.com

If you really want to read another typical story about Internet Opinion Group that complains of their misleading practices, then skip down a few paragraph and knock yourself out. I laid it all out below in a long, drawn out fashion that rivals the same exhausting process I went through at IOG's site.

What I'm really curious of though is. Has anyone considered suing Internet Opinion Group in Small Claims Court for say, the equivalent amount of money that you were due for completing their offer?

Some thoughts: I'm guessing that if a small claims suit were filed against them that (1) most likely they would not send anyone to defend it and the plaintiff would win by default; or (2) even if they did show up, assuming you kept your documentation, you may actually have a good chance of winning in the case that you followed through with your end of the bargain, and they did not.

Of course, one would have to sue the correct entity. Netblue, I'm guessing, since it's the corporation that IOG claims owns it.

Plus, you'd have to be able to enforce the judge's decision even if he did find in your favor. Again, I'm guessing, but a writ. I understand that a small claims court judge can issue a writ that when presented to the defendant's financial institution forces the institution to disperse funds from the defendant's account as ordered in the writ.

Of course, I guess then you would have to be able to find out where the corporation banks. That's a lot of assumptions; however, it would give me great pleasure to see someone who has been misled by one of these companies get some justice. Anyway, if you want the long, exhausting play-by-play on my personal experience. See below. Some major venting.

Ironically enough, from a link on "smarter.com", I answered an ad which stated, "Get Microsoft Office Pro Free Guaranteed 100% Free - Act Now!" The link took me to one of the evidently multitudinous "Internet Opinion Group" sites where consumers eager to answer a few surveys or try out a few offers in exchange for a likely-never-to-be-realized, too-good-to-be-true "gift". The carrot-just-out-of-my-grasp in this case: "Microsoft® Office Professional Edition 2003"--a $499 value--mine FREE!!! Includes Word, Excel, Access, Outlook, PowerPoint, Publisher, Outlook with Business Contact Manager!!! WHAT a bargain!!!

(If you'd like your own, free in-home demonstration on how to start this madness, type "http://www.smarter.com/search.php?q=microsoft+office+home+edition" into the address bar on your browser and hit the "enter" key. Scroll just below where it reads, "Ads By Google", and click on the link "Free MS Office Pro"--"http://www.internetopiniongroup.com/landings/iog_template_06.jsp?product_id=4923&pid=1844165911&cid=1600101&lid=1001" is the actual target for that link. Then, let the games begin! Dunt, dunt, dunt!!!)

Anyway, Internet Opinion Group (hereinafter called "IOG") then presented a blank/box to check my eligibility by ZIP code. Whewhew! What do you know. They ARE accepting new members here in my neck of the woods! What a coincidence! I wonder if there's a ZIP code where they're NOT accepting new members probably only the ZIP codes where the Attorney General has sent them packing. But, I digress.

Of course, I was asked to fill out a simple form, giving basic information for the purpose of joining IOG's membership. I did it! Then IOG was so generous as to pop-up a seemingly endless number of other unrelated offers--cause, they're just generous like that and all. So, underneath all that was my glimmer of hope:

"You're almost done! Microsoft® Office Professional Edition 2003 Reserved for...Congratulations! To qualify for your FREE* Microsoft® Office Professional Edition 2003, start by fully completing any 2 of the top offers listed below on this page! Once you fully complete the offer eligibility requirements as outlined in the terms and conditions, we will ship the Microsoft® Office Professional Edition 2003 to you for FREE! Prior to us shipping the Microsoft® Office Professional Edition 2003, you will have the opportunity to re-confirm your shipping address..."

I did it! Just in case you're curious, I picked the AOL MusicNet and Blockbuster Online. Why? Because they're well-known, reputable companies. They were offering goods and services that I actually already use, or were interested in using. And I feel sure that if and

| Feel free to send us suggestions and comments to our editorial staff. | Technical questions can be addressed to our webmaster. | Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports. | Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help. |

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com

...by consumers, for consumers

# RIP-OFF Report.com

a service of badbusinessbureau.com

Don't let them get away with it.
Make sure they make the Rip-off Report

Home | File | Search | Register | Login

Submitted: 9/9/2005 10:34:59 AM
Modified: 2/27/2006 6:39:20 AM

Category:
**Corrupt Companies**

## YourGiftCard.com Ripoff Gift Center Never responded! Complete Ripoffs! Mountain View California *UPDATE ..801-316-0555 number was answered.

Company
**YourGiftCard.com Gift Center**
Address:
PO BOX 390520
Mountain View California 94039-0520
U.S.A.
Phone:
801-316-0555
Fax: -
Email: marketing@YourGiftCards.com

Name of company that I am complaining about: yourgiftcards.com

Yourgiftcard.com Gift Center
PO Box 390520
Mountain View, CA 94039-0520

Phone Number:
801-316-0555 (new line as of Sept. 6th)

512-652-9015 (old number)

This company promises a gift card of $50 from Blockbuster, K-Mart, Red Lobster ect if you complete one of the sponsored programs. I put in my information and even a password. I completed the E-fax program. However, they never sent me a confirmation email with my password. I have emailed them on several occasions from their help site about setting up confirmation and issue a password still no response. However, when I attempt to log in get the screen that is attatched. I even contacted them by the old number and was refered to the new one. I contact the new one and waited on hold for 5. The line disconnected. The 2nd time it was a busy signal. The third 20 minutes with same message stating "Please have your email addressed assigned ready and the next customer service will be available" Straight bs...20 minutes later no one answered the phone just the repeat recording. I finally hung up and I am going to report them to the better business bereau.

Shatonjia
APO, California
U.S.A.

**Company Search**

If you would like to see more Rip-off Reports™ on YourGiftCard.com Gift Center, please use the search box below

YourGiftCard.com Gift Center            Search

In order to assure the best results in your search:
- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

Click here to go to our *advanced search* page.

## Update Submitted by the original author
Submitted: 9/9/2005 12:18:20 PM
Modified: 9/9/2005 12:18:20 PM

### 801-316-0555 number was answered.

I called this number 801-316-0555. A woman answered the phone I spoke with her. I told her about me emailing numerous time with no response. How I'd called early and been on hold for 20 minutes. How their program doesn't give you a password and even though it claims that it has and that you will be able to retrieve it. She apologized and said they are small group of workers nd they had been really busy today. Plus, you have to call in to verify. She informed that she would set one up for me. I had her on the phone (as I was doing internet..thank goodness for DSL). I gave her my email address and then she she wanted me to hang up and try it and then call her back if didn't work. I told her nope and that we'd do it together so if I had any problems she could correct it then. I input my new password and it worked. I was able to see my account and items pending. She also informed that it can take up to 45 days for companies to verify information before they send you a certificate because they companies want you to be at least billed for one cycle. Although I'm not thrilled with this yourgiftcard.com or it's customer service (the lady was nice and helpful). However, I won't believe this isn't a scam or rip off until after I have my $50 gift card in my hand.

Shatonjia - APO, California
U.S.A.

## Update Submitted by the original author
Submitted: 12/12/2005 10:19:11 PM
Modified: 12/12/2005 10:19:11 PM

### Follow Up Emails

---

From: shatonXXXXXXXX
Sent: Friday, September 09, 2005 11:07 AM
To: Kenneth Chan; Steve Lombardi; jwakjer@netblue.com
Cc: YGC Marketing; webmaster@YourGiftCards.com
Subject: Gift Certificate Lawsuit
Importance: High

Please send me my $50 Red Lobster gift certificate from www.yourgiftcards.com or I'll spoken with

legal services here on base and I have been informed that if I don't receive the card as I did complete my portion of the requirement which was to complete a sponsored offer. I'll have my attorney contact you.

Shatonjia

Thanks for your cooperation.

----------------

Date: Fri, 30 Sep 2005 16:27:38 -0700
From: YGC Support tier1
[ Add to Address Book | Block Address | Report as Spam ]
To: shatonXXXXXXXX
Subject: RE: Gift Certificate Lawsuit

Hello,

In order to receive the free gift card, you must complete an offer through yourgiftcards.com. If you have initiated an offer, you can ignore any further offers, as you will have satisfied the requirements for the free gift card once approved for this offer. If you haven't, please visit: www.yourgiftcards.com to view our exciting offers.

At this time we have not received any notification from the sponsor that an offer has been completed.

If you have clicked and completed an offer, please forward a copy of the confirmation or approval email you were sent by the sponsor. Once we receive your paperwork, we will update your account accordingly Please be sure to write your email address and phone number on any paperwork you send us.

Email: support_tier1@yourgiftcards.com
fax: (650) 810-1300
Attn: Tang
post: yourgiftcards.com Gift Center
PO Box390530
Mountain View,CA 94039-0530

Please see the 'Help' section on the yourgiftcards.com web site for complete details: http://www.yourgiftcards.com/help.jsp. If you have any specific questions about the process, I would be happy to be of assistance.

Thank You,
Tang
YourGiftCards.com User Support
----------------------------

From: shatonXXXXXXXX
Sent: Sunday, October 02, 2005 12:05 AM
To: YGC Support tier1
Subject: Re: Lawsuit
Importance: High

FW: 2 page(s) fax from 32384XXXXXXXX

Here's the offer that I completed under your offer site. E-fax 30 day trail. The fax number given to me was 1-800-8XX-XXXX
The email address shatonjia@excite.com I have several notifications from them that I can send to you.

---

Date: Mon, 3 Oct 2005 13:56:28 -0700
From: YGC Support tier1
To: shatonXXXXXXXX
Subject: RE: Lawsuit

Hello, please remember that you must be an active member for at least 45 days before you are eligible for your gift card. After that 45 day period a link in your account page that says approved will appear next to that offer.

Thank You,
Tang
YourGiftCards.com User Support

---

From: shatonXXXXXXXX[mailto:shatonjia@excite.com]
Sent: Monday, October 24, 2005 7:49 AM
To: YGC Support tier1
Cc: info@bbbsilicon.org
Subject: Follow-up
Importance: High

Attn: Kathy King

I have printed out the Help Section and Terms and Condition. Nowhere does it state that you have to be an active member of the offer for at least 45 days in order to receive the gift card. It has now been 66 or 9 weeks and five days since I have completed the offers, I have sent you the forward of the confirmation email of the offer that I have completed and you still have chosen not to follow through on your end and honor the gift card. I am asking that you follow through or I will have continue to file a case with the Better Business Bureau and have a letter sent from the miliary attorney requesting you honor your promotion as I have done.

Thanks--Shatonjia Foster

---

Date: Tue, 25 Oct 2005 10:57:28 -0700
From: YGC Support tier1
To: shatonXXXXXXXX
Subject: RE: Follow-up

Hello,

We are unable to locate an entry in your account. An entry is created automatically when you initiate the offer through our website, and is stored in an account under the email address submitted. Perhaps another email address was used.

Please forward, by reply email, any email addresses you may have used so we may properly assist you.

MeLinda

---

From: shatonXXXXXXXX
Sent: Wednesday, October 26, 2005 11:04 PM
To: YGC Support tier1
Cc: shatonjia@excite.com
Subject: RE: Gift Certificate Follow up

Importance: High

Hello Melinda--

This is the email address I used is this one shatonXXXXXXXX I was able to log onto the account using this exact same email address which is shatonXXXXXXXX. I am not sure why you are not able to locate my email address for your website as I was able to do it without a problem. I am sending you the information posted under my account information. I have already forwarded several times the confirmation information which was FW: 2 page(s) fax from 32384XXXXXXX. I completed under your offer site. E-fax 30 day trial. The fax number give to me was 1-800-XXX-XXXX and I used this email address. I have pasted the information as I was able to log into my account using email address shatonjia@excite.com and below it is the confirmation that I was a member of Efax.

**sent them attachments from the programs I signed up with**

---

Date: Thu, 27 Oct 2005 11:07:08 -0700
From: YGC Support tier1
To: shatonXXXXXXXX
Subject: RE: Gift Certificate Follow up

Hello,
We've had occasional problems with our automated emails being blocked or filtered. Please use the link(s) below to create your redemption certificate(s): http://tinyurl.com/8y5md

Print and mail certificate(s) in one envelope to the address listed on the certificate(s). Please allow 6-8 weeks from the time the certificate(s) is received in our Gift Center for processing and delivery. If you do not receive your gift in that amount of time, please reply back and let us know. Don't worry about any expiration dates as the "redeem by" date on the certificate(s) does not apply to the gift.

MeLinda

Shatonjia - APO, California
U.S.A.

## Update Submitted by the original author
Submitted: 12/12/2005 10:22:24 PM
Modified: 12/12/2005 10:22:24 PM

## Contacted the Better Business Bureau

Complaint filed against: NetBlue, Inc (More)
Business Info
NAME: NetBlue, Inc
BBB MEMBER: YES
CONTACT: Kathy King
ADDRESS: 303 Bryant St 3rd Flr
Mountain View, CA 94041-1253

PHONE: 650 910-1300
FAX: 650 810-1300

Website: www.yfdirect.com

Complaint status: Send Business' Rebuttal Response-New Offer

Activity
Date Activity Description
12/09/2005 Send Business' Rebuttal Response-New Offer CLT.cf.rtf
12/09/2005 Received Business' Rebuttal Response This is Netblue's response to Ms. Foster's rebuttal to our reply to complaint #XXXXX.

Our records show that Ms. Foster's gift account is under email address shatonjia@excite.com and account name SHATONJIA FOSTER-WARNER. Our records also show that Ms. Foster's gift redemption certificate was received at the gift center on 11/14/05.

We would like Ms. Foster to know that her gift will be shipped within 6-8 weeks from the time her certificate was received at the gift center.

We apologize for the inconvenience and trust this matter to be closed.

Kathy King
Operations
Netblue, Inc.

12/07/2005 Forward Consumer Rebuttal to Business BLT.cf.rtf
12/07/2005 Received Consumer Rebuttal (The consumer indicated he/she DID NOT accept the response from the business.)
The email address that I used to complete the offers was shatonjia@excite.com.

After them several emails that I had contacted the BBB. On 10/27/2005 after several corresponding emails I received from MeLinda stating: "We've had occasional problems with our automated emails being blocked or filtered. Please use the link(s) below to create your redemption certificate(s): http://tinyurl.com/8y5md Print and mail certificate(s) in one envelope to the address listed on the certificate(s). Please allow 6-8 weeks from the time the certificate(s) is received in our Gift Center for processing and delivery. If you do not receive your gift in that amount of time, please reply back and let us know. Don't worry about any expiration dates as the "redeem by" date on the certificate(s) does not apply to the gift.

On Oct. 30th I downloaded the certificate and printed if off. It is for a $50 Sear Gift Card to be redeemed by 02/09/2006.
Certificate # XXXX.

On Nov. 3rd, I sent the certificate by certified mail verification number 7002 3150 000 5025 9320.

On Nov. 14th, the certified letter with gift certificate was received and signed by Eric Neadlander.

As of Dec. 7th, I have not received the gift card. If not received before January 15, 2006 I will continue with case.

11/28/2005 Forward Business response to Consumer CLT.cf.rtf
11/28/2005 Receive Business Response 9/12/05

This is Netblue's response to a complaint, filed by Ms. Foster Shatonjia, regarding our website, www.yourgiftcards.com. Ms. Shatonjia states she has completed an offer and is due a $50 gift card. Ms. Shatonjia also states that she cannot login to her gift account.P

We are unable to locate a gift account under the email address submitted shatonjiaf@yahoo.com. All gift accounts are located under the email address submitted at the time the customer visits our

website.P

We respectfully request that Ms. Shatonjia provide the email address she used when she signed-up on our website so that we may properly assist her. P

We look forward to resolving this matter as soon as possible.P

Kathy Kingbr
Operationsbr
Netblue, Inc.

11/23/2005 Second Notice to Member Business
11/18/2005 Second Notice to Member Business
11/16/2005 No Response received from Business on 2nd Notice
11/07/2005 Second Notice to Member Business
10/26/2005 ReOpen the Complaint

(Less)
Case Description: Rebate: Wants company to honor $50. rebate advertised at time of purchase....
Rebate: Wants company to honor $50. rebate advertised at time of purchase.
Category: Sales Practice Issues
Case opened date: 09/09/2005
Case closed date:
Desired Resolution: ...

Download a copy of this complaint

*** You need to respond to this complaint before it can be processed further. Please see below for instructions. ***

On December 09, 2005, the business provided the following information: This is Netblue's response to Ms. Foster's rebuttal to our reply to complaint.

Our records show that Ms. Foster's gift account is under email address shatonjia@excite.com and account name XXXX. Our records also show that Ms. Foster's gift redemption certificate was received at the gift center on 11/14/05.

We would like Ms. Foster to know that her gift will be shipped within 6-8 weeks from the time her certificate was received at the gift center.

We apologize for the inconvenience and trust this matter to be closed.

Kathy King
Operations
Netblue, Inc.

Shatonjia - APO, California
U.S.A.

Update Submitted by the original author
Submitted: 2/27/2006 4:13:05 AM
Modified: 2/27/2006 4:13:05 AM

## Finally got $50 Sears card

I finally got the $50 Sears card in the mail. At this point, I'll take teh $50 Sears card than complain that I was owed a Red Lobster Card. It wasn't easy. I had to keep complainining and responding to the Better Business Bureau. It has taken 6 months for them to honor what was owed to me.

DO NOT CLICK ON ANY OFFERS ON WWW.YOURGIFTCARDS.COM!

Shatonjia - APO, California
U.S.A.

### REBUTTAL BOX
#### MY COMPANY HAS BEEN REPORTED!
#### HOW DO I RESPOND?

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company? Do you have a consumer suggestion on how to resolve this problem or how to avoid it in the future? ONLY these types of responses will be added to the filed report, and will be posted within 24 hours of receipt. Make your voice heard. Let them know your side, too!

CLICK HERE to Send us your rebuttal on this specific report only.
or
***If you are also a victim of the same company or person,
**YOU NEED TO FILE YOUR OWN RIP-OFF REPORT.**
CLICK HERE to File your OWN Rip-Off Report

| Feel free to send us suggestions and comments to our editorial staff. | Technical questions can be addressed to our webmaster. | Best if viewed with Netscape 4, Internet Explorer 4, or AOL 4.0. Support for JavaScript is needed to submit and search for reports. | Having trouble searching or filing a report? It may be a browser problem. See our FAQ for help |

Home | File | Update | Search | Pictures | Lawsuits(Coming Soon) | Revenge Guide | Privacy Policy
Volunteers | Thank You! | Editorial | Donate | Link | FAQ | E-Mail Us | ED Magedson - Founder Rip-off Report.com

Copyright © 2002 A Service of badbusinessbureau.com









✉ E-mail to a Friend
🖨 Printer Friendly Version

Submitted: 5/31/2006 11:24:09 AM
Modified: 5/31/2006 11:24:00 AM

Category:
**Internet Marketing Companies**

## YOURGIFTCARDS.com - YFDIRECT.COM - NETBLUE.COM Ripoff dishonest internet marketing will not respond to emails will not answer phone calls will not deliver free-gift as promised Mountain View California

Company
**Yourgiftcards.com**
Address:
303 Bryant St 3rd Flr
Mountain View California 94041
U.S.A.
Phone Number:
650-910-1300
Fax:

AS others have reported, yourgiftcards.com ( aka, yfdirect.com, netblue.com, AnyFreeGift.com , EveryFreeGift.com ,MarketSurveyGroup.com .... etc ) is an internet ripoff and should be avoided by all consumers.

Reasons:
A) your email in-box will now be overwhelmed with SPAM.
B) They do not respond to emails,
C) They do not answer their customer service phone calls ( 801-316-0555 ) ( adds to your phone bill & frustration )
D) Consumer must EXACTLY FOLLOW there PROCEDURES to the letter.
E) If you do eventually get your FREE gift card, expect to wait at least 10-14 weeks or more. ( keep emailing, calling, pestering them to speed up process )

I normally don't get "caught" by these marketing tactics, but I was in a "frisky" mood last week. Because of www.yourgiftcards.com offer of FREE $50 Red Lobster gift card and their ad partner's CITICARD additional $50 offer, I decided to take a chance.

I do not expect to get anything from yourgiftcards.com, but I wanted to post a TOLL-FREE phone number ( 866-383-3733 ) for others to use to save on their phone cost. That number did get answered in about 15 minutes ( on their nickel ).

The lady was nice, and set-up my account password on phone (I never received

