**Jason K. Singleton**, State Bar #166170
lawgroup@sbcglobal.net
**Richard E. Grabowski**, State Bar #236207
rgrabows@pacbell.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, R&D COMPUTERS**

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RITCHIE PHILLIPS, dba R&D COMPUTERS,** ) | **Case No.  C-05-4401 SC** |
| ) | |
| **Plaintiff,** ) | **DECLARATION OF CARL SCOLES IN** |
| ) | **SUPPORT OF OPPOSITION TO MOTION** |
| **vs.** ) | **FOR SUMMARY JUDGMENT** |
| ) | |
| **NETBLUE, INC., formerly known as** ) | |
| **YFDIRECT, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |

I, CARL SCOLES, declare as follows:

1.      I am an independent consultant contractor presently employed by the law firm of SINGLETON LAW GROUP.

2.      I have been employed by the Singleton Law Group to go through all 5611 of the emails received by the Plaintiff and create a database for presentation purposes to the Defendants and the Court.

3.      I have counted the emails from the 5611 emails produced to Defendants using the email addresses listed in Exhibit A and compiled a count for each email account.  I searched through all 5611 for each email account.   The email account addresses and total times each email address was used is set forth in the table attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that

1   the foregoing is true and correct.

2

3   Dated:  January 25, 2007

    Carl Scoles

4

5                                 EXHIBIT "A"

6

| e-mail addresses | inactive since | total count |
|---|---|---|
| aalfs@radc.com | 9/16/2000 | 136 |
| andres@radc.com | 8/17/2004 | 135 |
| bicknell@radc.com | 9/18/2003 | 11 |
| bsmall@bsmall.com | never existed | 36 |
| cindy@radc.com | 7/6/2004 | 23 |
| deb@radc.com | 4/7/2000 | 113 |
| dhill@radc.com | 11/19/2003 | 5 |
| erin@radc.com | 10/31/2002 | 40 |
| haraldson@radc.com | 11/10/2003 | 100 |
| harrison@radc.com | 6/3/2002 | 31 |
| helen@radc.com | 4/27/2001 | 4 |
| kempski@radc.com | 11/10/2004 | 155 |
| kulgma@radc.com | 1/1/2003 | 5 |
| rxmaker@radc.com | 1/8/2003 | 30 |