UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RITCHIE PHILLIPS, dba R&D COMPUTERS<br><br>Plaintiff,<br><br>v.<br><br>NETBLUE, INC., formerly known as YFDIRECT, INC., et al.,<br><br>Defendants. | No. C-05-4401 SC<br><br>ORDER RE PLAINTIFF'S OBJECTION TO DEFENDANTS' EXPERT WITNESS KIRTHI KALYANAM |

On December 22, 2006 Plaintiff Ritchie Phillips, dba R&D Computers filed Objections to Defendants' Expert Witness Kirthi Kalyanam. See Docket No. 155. Defendants Netblue, Inc. et al. have not filed anything in response.

The substance of Plaintiff's Objection is more properly dealt with as a motion in limine. Accordingly, the Court will construe Plaintiff's Objection to Defendants' Expert Witness Kirthi Kalyanam as a motion in limine, and will address it at the time to be set by the Court for addressing such motions.

IT IS SO ORDERED.

Dated: February 7, 2007

UNITED STATES DISTRICT JUDGE