JEFFER, MANGELS, BUTLER & MARMARO LLP
JEFFREY K. RIFFER (SBN 87016) *JRiffer@jmbm.com*
PAUL A. KROEGER (SBN 229074*) PKroeger@jmbm.com*
BRIAN M. YATES (SBN 241798) *BYates@jmbm.com*
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067-4308
Telephone: 310-203-8080
Facsimile: 310-203-0567

Attorneys for Defendants Netblue, Inc.,
f/k/a YF Direct, Inc., Kenneth Chan and Scott Rewick

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RITCHIE PHILLIPS, dba R&D COMPUTERS<br><br>Plaintiff,<br><br>v.<br><br>NETBLUE, INC., YFDIRECT, LTD., KENNETH CHAN aka KENNETH CHEN, SCOTT REWICK, DEREK PILCH, FREDERICK HARMAN and DOES 1 through 50 inclusive<br><br>Defendants. | CASE NO.   3:05-CV-04401-SC (EDL)<br><br>**STIPULATION RE DISMISSAL** |

Plaintiff Ritchie Phillips dba R&D Computers ("Phillips") and defendants Netblue, Inc. f/k/a YFDirect, Ltd., Kenneth Chan and Scott Rewick Pilch (collectively "Netblue") through their respective counsel do hereby stipulate regarding the dismissal with prejudice of this lawsuit. The parties stipulate as follows:

1. Plaintiff hereby dismisses all parties with prejudice.
2. This dismissal is without court costs or attorney fees to any party.

**IT IS SO STIPULATED.**

Date: March 20, 2007

JEFFER, MANGELS, BUTLER & MARMARO LLP
JEFFREY K. RIFFER
PAUL A. KROEGER
BRIAN M. YATES

By: /S/ -*JEFFREY K. RIFFER* -
JEFFREY K. RIFFER
Attorneys for Defendants Netblue, Inc., f/k/a YFDirect, Inc., Kenneth Chan, Scott Rewick and Derek Pilch

Date: March 20, 2007

SINGLETON LAW GROUP
JASON K. SINGLETON
RICHARD E. GRABOWSKI

By: /S/ - *JASON SINGLETON* -
JASON SINGLETON
Attorneys for Plaintiff Ritchie Phillips, d/b/a R&D Computers



IT IS SO ORDERED
Judge Samuel Conti
3/21/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## DECLARATION OF JEFFREY K. RIFFER

I, Jeffrey K. Riffer, declare as follows:

1. I am duly licensed to practice before this Court and am a partner with the law firm of Jeffer, Mangels, Butler & Marmaro LLP, counsel for Defendants, Netblue, Inc., a/k/a YF Direct, Inc., Kenneth Chan and Scott Rewick.

2. I attest that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signature(s) on this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of March 2007, at Los Angeles, California.

*- JEFFREY K. RIFFER -*
JEFFREY K. RIFFER